Amy L. Nilson
3735 Senter Road
San Jose, CA 95111
TEL: (408) 401-7924
Listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se

**ADR Filed**
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, )<br>)<br>Plaintiff, )<br>)<br>V )<br>)<br>THE CITY OF SAN JOSE, SANTA CLARA )<br>VALLEY WATER DISTRICT, SAN JOSE )<br>WATER COMPANY, et al. )<br>)<br>)<br>Defendants. )<br>) | Case No: C07 03686<br><br>MOTION TO CONSIDER<br>(Civil L.R. 3-12) |

**COMES NOW** the Plaintiff, acting on Amy L. Nilson own behalf, hereby moves the Honorable Court to consider reassignment of Acting Judge of original filed Civil Action Complaint, and offers in support the following: pursuant a NOTICE OF VOLUNTARY DISMISSAL for Civil Case No: C07-01341 JF, due to procedural errors was granted.

The Plaintiff under 3-3, Assignment of Action to a Judge requests the Refiled Action Pursuant to Civil L.R. 3-12., "upon a determination by a Judge that an action or claim pending

1

MOTION TO CONSIDER (Civil L.R. 3-12)

1 | before him or her is covered by this Local Rule, that the residing Judge may transfer the refiled
2 | action to the Judge originally assigned to the action".

**WHEREFORE** the Plaintiff asks the "Court" to consider such actions.

Dated: July 17, 2007

By: _____

Amy L. Nilson

_____

Honorable Judge

MOTION TO CONSIDER (Civil L.R. 3-12)