1  Amy L. Nilson
   3735 Senter Road
2  San Jose, CA 95111
   TEL: (408) 401-7924
3  listcontent@yahoo.com

4  Attorneys for Plaintiff
   Pro Se

Filed
JUL 17 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON | Case No. _____ |
| Plaintiff, | C07 03686 |
| V | Related Cases No. C07 01341 JF |
| THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al. | MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil L.R. 3-12) |
| Defendants. | |

**COMES NOW** the Plaintiff, acting on Amy L. Nilson own behalf, hereby moves the Honorable Court to consider whether these cases should be related. That the ("Plaintiff") hereby notifies the Court that she believes an action previously filed in this district, *5-10Data Systems v. The City of San Jose*, et. al., C07 01341, is related to the above-entitled action.

1

MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
(Civil L.R. 3-12)

## ARGUMENT

Pursuant to Civil L.R. 3-12, "any related actions must be brought forward to if any known related case". In reviewing the District Courts query form ECF.cand.circ9.dcn, the report does not show any related cases and or, "there are no associations for this case" concerning the previous filed case C07 01341 between 01/05/2005 Date of Last Filing – 06/07/2005 Date Termination, and/ or the current complaint being brought forward.

## CONCLUSION

The complaint filed considering these actions, is of the same interest except, The San Jose Water Company has been added to the complaint, laws have been clarified, and that procedural errors have been changed and/ or corrected.

**WHEREFORE** the Plaintiff asks the Honorable Court to consider such actions similar in scope and magnitude of the parties, events, and circumstances related in the first filed complaint.

Dated: July 17, 2007

By: _____

Amy L. Nilson

MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
(Civil L.R. 3-12)