1  Amy L. Nilson
   3735 Senter Road
2  San Jose, CA 95111
   TEL: (408) 401-7924
3  listcontent@yahoo.com

4  Attorneys for Plaintiff
   Pro Se

FILED

2007 AUG -1  A 11: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>  Plaintiff,<br><br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>  Defendants. | Case No.  CV-07-03686-RS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETER CASES SHOULD BE RELATED**<br>[Civ. L.R. 3-12, 7-11]<br><br>Case No. CV-07-01341-JF<br>Case No. CV-07-03756-JW/RS |

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff *Amy L. Nilson v. The City of San Jose, et. al.*, ("Nilson"), hereby files this Motion to Consider Whether Cases Should Be Related to consider whether the subsequently filed case of *5-10Data Systems v. The City of San Jose, et al.* No. CV-07-01341-JF, removed on May 2, 2007 (the "Nilson case") should be related to this case (the "5-10Data Systems" case).

---

1

ADMINISTRATIVE MOTION TO CONSIDER WHETER CASES SHOULD BE
RELATED [Civ. L.R. 3-12, 7-11]   Case No.  CV-07-03686-RS

## I. ACTION REQUESTED.

An order pursuant to Civil Local Rule 3-12 relating 5-10Data Systems to Nilson.

## II. REASONS SUPPORTING THE REQUEST.

Civil Local Rule 3-12 provides the applicable standard: "An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges".

### A. Definition of Related Cases.

1. On the 26 of April 26, 2007 case number CV-07-01341-JF, the Plaintiff filed Motions to Compel, (Disclosure or Discovery or for Sanctions Civ. L.R. 37 (b) requests for intervention During a Discovery Event), however, each motion was ruled to be premature in nature, pursuant Civ. L.R. 7, and was denied by United States Magistrate Judge Howard R. Lloyd.

This motion is made pursuant to the Civil Local Rules 3-12(a) (b) (c) and 7-11, asks the Court to relate *5-10Data Systems v. The City of San Jose et. al.* CV-07-01341-JF, to this case *Amy L. Nilson v. The City of San Jose, et. al.* No. CV-07-03686-RS.

2. The Motion to Relate Cases under L.R. 3-12.2 to relate the *5-10Data Systems* case to the *Nilson* case, and have both been filed before this Court, which is the most familiar with the legal issues and facts presented in both actions. For this reason, it may also be prudent to relate *Santa Clara Valley Water District v. The Olin Corporation*, Case No. C07 - 03756 – JW, in light of the fact that the Santa Clara

1. Valley Water District is named in both the *5-10Data Systems*, and *Nilson* case as the Defendant, and thus relates itself to *5-10Data Systems* or *Nilson* in a formal complaint filed with this Court.

Any party whose case has been referred automatically to non-binding arbitration or the ADR Multi-Option program may file with the assigned Judge a motion for relief from automatic referral under Civil L.R. 7. The criteria under which the Judge will rule on such motions are specific to each program and are set forth below in ADR L.R. 3-5(e) and 4-2(c).

Reassignment of case # C 07 – 03756 RS, which this motion is in support of good faith for the assigned to Mag Judge Richard Seeborg, Standing Order re: Initial Case Management, however, conflicts with that of. "moot" in this instance, would render a question of significance filed under - - *Santa Clara Valley Water District v. Olin Corporation* Civil Complaint filed July 20,2007 under Case No. C07-03756-JW, in the Northern District of San Jose under Environmental Matters.

### III.  CONCLUSION

The verbosity of the case assumes Title 42 under the "Clean Water Act"; however, it assumes the identities and suite in question under *5-10Data Systems* Motion to Compel Evidence filed concerning the assignment of Honorable Judge Jeremy Fogel.

Because the Plaintiff is not filed in, the Complaint related to case no: C07-03756-JW, the Plaintiff brings forward the Motion to Relate references to the third case: *Santa Clara*

---

3

ADMINISTRATIVE MOTION TO CONSIDER WHETER CASES SHOULD BE
RELATED [Civ. L.R. 3-12, 7-11]    Case No.  CV-07-03686-RS

1 | *Valley Water District v. The Olin Corporation*, in which the Plaintiff seeks to have their case
2 | heard by the original assigned Judge for 10/31/07 Initial Case Management Conference Civil
3 | L.R. 16-10.
4 |
5 |       Therefore, the Plaintiff seeks to have their case heard by the same Court than the one
6 | presiding over *Nilson*.
7 | Dated: August 1, 2007
8 | By: _____
9 |     Pro Se. Litigant Amy L. Nilson
10 |
11 | _____
12 | Honorable Judge Jeremy Fogel

---

4

**ADMINISTRATIVE MOTION TO CONSIDER WHETER CASES SHOULD BE
RELATED** [Civ. L.R. 3-12, 7-11]   Case No.   CV-07-03686-RS