Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al. <br><br> Defendants. | Case No. C07 03686 RS <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT:** <br> 1. FOR INSUFFICIENCY OF PROCESS [FRCP 12(b)(4)]; <br> 2. FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; <br> 3. FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; <br> 4. MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)] <br><br> Date:  October 3, 2007 <br> Time:  9:30 a.m. <br> Courtroom: 4 <br> Judge:  The Honorable Richard Seeborg |

TO PLAINTIFF IN *PRO PER:*

NOTICE IS HEREBY GIVEN that on September 12, 2007 at 9:30 a.m., or as soon thereafter as the matter may be heard in the above entitled Court, located at 280 South First Street, San Jose, California 95113, in the courtroom of The Honorable Richard Seeborg, defendant San Jose Water Company ("SJWC") will move the Court (i) to dismiss this action

-1-
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INSUFFICIENCY OF PROCESS [FRCP 12(b)(4)]; FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]

pursuant to Federal Rules of Civil Procedure 12(b)(4) as plaintiff has violated FRCP 4(c)(1) by failing to serve a summons with the complaint or first amended complaint served on defendant SJWC; (ii) to dismiss this action pursuant to FRCP 12(b)(5) as plaintiff has violated FRCP 4(c)(2) by serving defendant SJWC with the complaint and the first amended complaint herself, as a party to the action; (iii) to dismiss this action pursuant to FRCP 12(b)(6) for failure to state a claim for relief or a cognizable legal theory; and (iv) for a more definite statement under FRCP 12(e) as the first amended complaint is so vague and ambiguous that defendant SJWC cannot reasonably be required to frame a responsive pleading.

The above motions will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Dianna Devine filed herewith, and the pleadings and papers filed herein.

DATED: August 8, 2007

SODERQUIST LAW OFFICES

By: ROBERT A. SCHWARTZ
Attorneys for San Jose Water Company

-2-
NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INSUFFICIENCY OF PROCESS [FRCP 12(b)(4)]; FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]