Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>       Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>       Defendants. | Case No. C07 03686 RS<br><br>**[PROPOSED] ORDER**<br><br>**Date:   October 3, 2007**<br>**Time:   9:30 a.m.**<br>**Courtroom: 4**<br>**Judge:  The Honorable Richard Seeborg** |

Defendant San Jose Water Company ("SJWC") motions to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5), and for a more definite statement under FRCP 12(e) came on regularly for hearing in Courtroom 4 of this court on September 12, 2007. Philip R. Soderquist appeared on behalf of defendant SJWC. Plaintiff Amy L. Nilson appeared *in pro per*. The matter having been argued and submitted, and good cause appearing therefore,

     IT IS HEREBY ORDERED that:

1        1.     Plaintiff's first amended complaint against Defendant SJWC is dismissed

2  pursuant to FRCP 12(b)(4) as Plaintiff violated FRCP 4(c)(1) by failing to serve a summons with

3  her complaint or first amended complaint;

4        2.     Plaintiff's first amended complaint is dismissed against SJWC under FRCP

5  12(b)(5) as Plaintiff has violated FRCP 4(c)(2) by serving Defendant SJWC with the complaint

6  and first amended complaint as a party to the action;

7        3.     Plaintiff's first amended complaint is dismissed against SJWC for failure to state

8  a claim for relief pursuant to FRCP 12(b)(6); and

9        4.     Defendant SJWC's motion for a more definite statement pursuant to FRCP 12(e)

10  is granted.

11  DATED:          , 2007

                                                _____

12                                        The Honorable Richard Seeborg,
United States District Court Judge

[PROPOSED] ORDER