RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DENISE BAZZANO, Deputy City Attorney (#220148)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>　　　　　Defendants. | Case Number: C07-03686RS<br><br>**CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>DATE: October 3, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: 4<br>JUDGE: Hon. Richard Seeborg |

TO PLAINTIFF, AMY NILSON, AND HER ATTORNEY OF RECORD:

　　　　NOTICE IS HEREBY GIVEN that on October 3, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6) and 12(b)(4)&(5), to dismiss the entire complaint as to the CITY OF SAN JOSE on the grounds that the First Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted and there are defects in

1

**CITY OF SAN JOSE'S NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED
COMPLAINT[FRCP 12(B)(6); 12(B)(4)&(5)], OR IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]**
C07-03686RS

429667

1  the summons and service of process.  In the alternative, Defendant CITY OF SAN JOSE
2  will move pursuant to Federal Rules of Civil Procedure, Rule 12(e) for a more definite
3  statement.
4        This motion is based on this Notice of Motion, the accompanying request for
5  Judicial Notice, the accompanying Memorandum of Points and Authorities, the Declaration
6  of Denise S. Bazzano, all of the pleadings and papers on file and whatever oral arguments
7  may be made at the hearing of this matter.

                                              Respectfully submitted,

Dated:  8/8/07                     RICHARD DOYLE, City Attorney

                                By:  ___/ S /_____
                                    DENISE BAZZANO
                                    Deputy City Attorney

                          Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME:   AMY L. NILSON v. CITY OF SAN JOSE, et al.

**CASE NO.:   C07-03686RS**

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 8, 2007, I caused to be served the within:

**CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PLAINTIFF'S FIRST AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

**Phone Number:  (408) 401-7924**

*In Pro Per*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2007, at San Jose, California.

/S/
Glenda Lucas

---

3

**CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT[FRCP 12(B)(6); 12(B)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]**
C07-03686RS

429667