1

2  Philip R. Soderquist (SBN 125219)
   Robert A. Schwartz (SBN 107436)
3  SODERQUIST LAW OFFICES
   351 California Street, Suite 550
4  San Francisco, CA 94104
   Telephone: (415) 374-8500
5  Facsimile: (415) 394-6390

6  Attorneys for San Jose Water Company

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  AMY L. NILSON,                    ) Case No. C07 03686 RS
                                      )
13           Plaintiff,               )
                                      ) **PROOF OF SERVICE**
14  v.                                )
                                      )
15  THE CITY OF SAN JOSE, SANTA CLARA )
    VALLEY WATER DISTRICT, SAN JOSE   )
16  WATER COMPANY, et al.             )
                                      )
17           Defendants.              )
                                      )
18                                    )
                                      )
19                                    )
                                      )
20

21

22

23

24

25

26

27

28

-1-
**PROOF OF SERVICE**

**PROOF OF SERVICE [CCP 1013.a]**

*Amy L. Nilson v. City of San Jose, Santa Clara Valley Water District, San Jose Water Company, et al.*

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause. My business address is 351 California Street, Suite 550, San Francisco, California 94104.

On the date set forth below, I served the attached documents:

- Notice of Motion and Motion to Dismiss First Amended Complaint: 1. For Insufficiency of Process, 2. for Insufficiency of Service of Process, For Failure to State a Claim for Relief, and Motion for a More Definite Statement;
- Memorandum of Points and Authorities in Support of Defendant San Jose Water Company's Motion to Dismiss First Amended Complaint and Motion for More Definite Statement;
- Declaration of Dianna Devine in Support of Defendant San Jose Water Company's Motions to Dismiss and for a More Definite Statement; and
- [Proposed] Order.

on the following interested parties in said cause:

Amy Nilson
3735 Senter Road
San Jose, CA 95111

☒ **VIA MAIL** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection and mailing. I am readily familiar with my firm's business practice of collection and processing correspondence for mailing, and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Francisco, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **VIA OVERNIGHT MAIL/COURIER** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection by overnight mail or courier service. I am readily familiar with my firm's business practice of collection and processing correspondence for overnight delivery, and correspondence placed for collection would be delivered to an agent of the overnight mail or courier service authorized to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

☐ **VIA FACSIMILE** By sending a facsimile transmission thereof to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission was reported complete and without error.

☐ **VIA HAND DELIVERY** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-delivered that same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **August 8, 2007**, at San Francisco, California.

*Judy Hunter*