RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DENISE BAZZANO, Deputy City Attorney (#220148)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>        Defendants. | Case Number: C07-03686RS<br><br>**DECLARATION OF DENISE S. BAZZANO IN SUPPORT OF CITY OF SAN JOSE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT[FRCP 12(e)]**<br><br>DATE: October 3, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: 4<br>JUDGE: Hon. Richard Seeborg |

I, DENISE S. BAZZANO, declare:

1.     I am an attorney at law duly licensed to practice in the courts of the state of California and United States District, Northern District of California. I am a Deputy City Attorney for the City of San Jose, defendant in the above-entitled action. As part of my duties as a Deputy City Attorney I have been assigned the above-entitled action, as such I have personal knowledge of the matters set forth herein.

---

1
DECLARATION OF DENISE S. BAZZANO IN SUPPORT                                     429670
OF CITY OF SAN JOSE'S MOTION TO DISMISS FIRST AMENDED
COMPLAINT [FRCP 12(B)(6);12(B)(4)&(5)], OR IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]
C07-03686RS

1    2.    Attached hereto as Exhibit A is a true and correct copy of a letter I received on May 15, 2007 from Plaintiff, Amy Nilson. The letter is entitled "Notice of Intent to Sue". The "Notice" does not indicate what provision of the Clean Water Act was allegedly violated by the City. Nor does the letter provide the location of the alleged violation or any date or dates on which the alleged violations occurred

3.    On July 31, 2007, Ms. Nilson personally served the First Amended Complaint, Case No. C-07-03686 RS to the City Attorney's Office located at 200 East Santa Clara Street, 16th Floor, San Jose, California 95113. To date, the City of San Jose has not been served with the First Amended Complaint by any other person. Additionally, no summons has been served to the City of San Jose.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Executed on the 8th day of August, 2007 at San Jose, California

Dated: 8/8/07

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: __/ S /__
DENISE BAZZANO
Deputy City Attorney

Attorneys for CITY OF SAN JOSE, CITY OF SAN JOSE PLANNING DIVISIONS and the SAN JOSE REDEVELOPMENT AGENCY

---

2
DECLARATION OF DENISE S. BAZZANO IN SUPPORT
OF CITY OF SAN JOSE'S MOTION TO DISMISS FIRST AMENDED
COMPLAINT [FRCP 12(B)(6);12(B)(4)&(5)], OR IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]
C07-03686RS

429670

# EXHIBIT A

Amy L. Nilson
3735 Senter Road
San Jose, Ca 95111
TEL: (408) 401-7924

May 15, 2007
Delivered in Person
RETURN RECEIPT REQUESTED

NOTICE OF INTENT TO SUE

Addressed to:
In care of: Denise Bazzano, Esq.
Office of the City Attorney 16th floor
200 East Santa Clara Street,
San Jose, California 95113

This letter is to inform you of Intentions to Sue for Violations of the Clean Water Act 300f, and under §1365 citizens intent to sue.

Dear Sir/Madam,

The City of San Jose City Council on January 9, 2007 approved the final adoption of ORD. NO. 27952 – Rezoning certain real property situated on the north side of Rock Avenue, approximately 450 feet westerly of Oakland Road (1041 Rock Avenue). However Zoning Improprieties with pre-existing Hazardous Industrial Zoning have been identified in connection with current and past uses of neighboring property.

Civil actions are being considered under the provisions of the Clean Water Act, Title 42 U.S.C. Section 300f (4)(D) under Part A of definitions, "(i) any collection, treatment, storage, and distribution facilities under control of the operator of such system and used primarily in connection with such system, and (ii) any collection or pretreatment storage facilities not under such control which are used primarily in connection with such system".

Under Federal Procedures, rule 17(a), 28 U.S.C.A, which every action shall be brought in name of real party in interest, real party in interest is the party or parties whom, by substantive state law, posses the right sought to be enforced.

Exposure to Toxic Substances through tap water have been on-going for more than a year, and said residence still exist within 1 mile of these Hazardous Industrial areas.

It is determined that through "waste stream" provisions under NPDES Permit II. Waste Discharge to Land, and Discharge to surface water, has caused severe toxic poisoning to these tenants, and or in wrongful handling of disposal of hazardous waste by BFI Waste Systems 1995 Oakland Road, San Jose, Ca 95131.

WHEREFORE the Plaintiff requests Production of Documents; Defendants shall produce the documents set out in said Citizens Request for Identifying Information for Cause of Civil Litigation – Abatement of Public Nuisance, on or before discovery can occur, in a manner, or at a time and place before July 15, 2007, at the convenience to the parties concerned.

Date: May 15, 2007

By: *[signature]*

Amy L. Nilson

# PROOF OF SERVICE

**CASE NAME:** *AMY L. NILSON v. CITY OF SAN JOSE, et al.*

**CASE NO.:** C07-03686RS

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 8, 2007, I caused to be served the within:

**DECLARATION OF DENISE S. BAZZANO IN SUPPORT OF CITY OF SAN JOSE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT[FRCP 12(e)]**

☒  by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

Phone Number: (408) 401-7924

*In Pro Per*

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2007, at San Jose, California.

_____
Glenda Lucas

PROOF OF SERVICE                                                                                     430099