RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DENISE BAZZANO, Deputy City Attorney (#220148)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br>Plaintiff,<br>v.<br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br>Defendants. | Case Number: C07-03686RS<br>**NOTICE OF CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28 U.S.C. section 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

///

///

Dated: 8/8/07 Respectfully submitted,

RICHARD DOYLE, City Attorney

By: / S /
DENISE BAZZANO
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME: *AMY L. NILSON v. CITY OF SAN JOSE, et al.*

**CASE NO.: C07-03686RS**

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 8, 2007, I caused to be served the within:

**NOTICE OF CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

**Phone Number: (408) 401-7924**

***In Pro Per***

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2007, at San Jose, California.

/S/
Glenda Lucas