THIS IS TO CERTIFY THAT COPIES OF THIS CLERK'S NOTICE HAVE BEEN MAILED TO:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

Dated: August 14, 2007                    Richard W. Wieking, Clerk

                                                             By:__/s/_____
                                                             Martha Parker Brown,
                                                             Courtroom Deputy