1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON, | C 07-03686 RS |
| | **AMENDED** |
| | **CLERK'S NOTICE OF** |
| Plaintiff(s), | **IMPENDING REASSIGNMENT** |
| | **TO A UNITED STATES** |
| VS. | **DISTRICT JUDGE** |
| THE CITY OF SAN JOSE, ET AL, | |
| Defendant(s). | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference which was previously set for October 31, 2007 before the Honorable Judge Richard Seeborg has been rescheduled for **November 5, 2007 @ 10:30 a.m.,** before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4TH floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on October 26, 2007.

The parties are directed to contact Judge Ware's Courtroom Deputy to re-notice their Motions on Judge Ware's calendar.

Dated: August 14, 2007                    RICHARD W. WIEKING,
                                          Clerk of Court

                                          /s/_____
                                          Martha Parker Brown
                                          Deputy Clerk