<div style="text-align: left; font-weight: bold;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L NILSON, | No. C 07-03686 JW |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| THE CITY OF SAN JOSE, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for November 5, 2007 at 10:30 AM, has been reset to **November 5, 10:00 AM, Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.**

Dated: August 14, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy