1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DENISE BAZZANO, Deputy City Attorney (#220148)
   Office of the City Attorney
3  200 East Santa Clara Street, 16th Floor
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10            SAN JOSE DIVISION

11

| | |
|---|---|
| 12  AMY L. NILSON, | Case Number: C07-03686JW |
| 13         Plaintiff, | **[PROPOSED] ORDER** |
| 14         v. | DATE: November 5, 2007 |
| 15  THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al., | TIME: 9:00 a.m. |
| 16 | COURTROOM: 8 |
| 17         Defendants. | JUDGE: Hon. James Ware |

19    The Motion to Dismiss the Complaint by Defendant, CITY OF SAN JOSE, came on
20 regularly for hearing on November 5, 2007. Denise S. Bazzano appeared as counsel for
21 the Defendant, CITY OF SAN JOSE and Plaintiff, Amy Nilson appeared in *pro per*. The
22 matter having been argued and submitted, and good cause appearing therefore,
23    **IT IS HEREBY ORDERED** that the Complaint be dismissed without leave to amend
24 as to Defendant CITY OF SAN JOSE, based upon Plaintiff's failure to state a claim upon
25 which relief can be granted.

26

27 Dated:_____            _____
                                   THE HONORABLE JAMES WARE
28
                    1
                                                              **429668**

[PROPOSED] ORDER
C07-03686JW