Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

ORIGINAL FILED

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　　Plaintiff,<br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: CV07-03686RS<br><br>AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)] OR, ALTERNATIVELY, A MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]<br><br>DATE:　November 5, 2007<br>TIME:　9:00 a.m.<br>PLACE:　Department 8<br>Honorable James Ware |

TO: PLAINTIFF APPEARING PRO SE:

PLEASE TAKE NOTICE that on November 5, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 280 South First Street, San Jose, California 95113-3008, Courtroom 8, Defendant SANTA CLARA VALLEY WATER DISTRICT will move the court to dismiss the action pursuant to FRCP 12(b)(6). Plaintiff's Complaint fails to state a claim upon which relief can be granted on the grounds that Plaintiff has failed to provide the proper notices under the Clean Water Act (33 U.S.C. 1365b) and Safe Drinking Water Act (42 U.S.C. § 300j-8) and has failed to file a California Government Tort Claim with the District.

1

Case No. C07-03686RS -  AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], etc.

1  In the alternative, Defendant SANTA CLARA VALLEY WATER DISTRICT hereby moves
2  the court for an order for a more definite statement before requiring Defendant SANTA CLARA
3  VALLEY WATER DISTRICT to respond to Plaintiff's Complaint. The motion for a more definite
4  statement is made on the grounds that the Complaint does not clearly state the grounds upon which
5  relief may be granted and is unintelligible.
6  ~~The complaint contains legal argument and citations to authority seemingly inapplicable to the~~
7  case. It is also unintelligible. Finally, there are no allegations against SCVWD other than those
8  contained in Paragraph 31 wherein it simply proclaims SCVWD is "responsible for Coyote Creek".
9  The complaint contains no allegations charging SCVWD with any misfeasance, malfeasance or
10 nonfeasance.
11    The Motion will be based on this notice of motion, the memorandum of points and authorities
12 filed herewith, and the pleadings and papers filed herein.
13
14 Dated: _____23_____, 2007                LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
15
16                                          By: _____ for
17                                          Thomas S. Brazier
                                            Jeffrey F. Oneal
18                                          Attorneys for Defendant
                                            SANTA CLARA VALLEY WATER DISTRICT

2

Case No. C07-03686RS -  AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A
CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], etc.