Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

**Filed**

AUG 27 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY NILSON,<br><br>Plaintiffs,<br><br>V.<br><br>THE CITY OF SAN JOSE, PLANNING DIVISIONS, REDEVELOPMENT AGENCY, AND SANTA CLARA VALLEY WATER DISTRICT 4,<br><br>Defendants. | Case No.: C07-03686RS<br><br>**PROOF OF SERVICE** |
| SANTA CLARA VALLEY WATER DISTRICT,<br><br>Plaintiff,<br><br>V.<br><br>OLIN CORPORATION; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: C07-03756JW RMW |

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below:

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)] OR, ALTERNATIVELY, A MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

1

Case No. C07-03686RS – PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: | |
| 2 | | |
| 3 | Amy Nilson | In Pro Se Plaintiff |
| 4 | 3735 Senter Road<br>San Jose, CA 95111 | |
| 5 | Telephone: (408) 401-7924 | |
| 6 | | |
| 7 | | |
| 8 | Christopher Berka, Esq.<br>Holly Louise Pearson, Esq. | Attorneys for Plaintiff SCVWD |
| 9 | Bingham McCutchen LLP<br>1900 University Avenue | |
| 10 | East Palo Alto, CA 94303-2223<br>650-849-4400 | |
| 11 | Greg Alan Christianson | Attorney for Plaintiff SCVWD |
| 12 | Bingham McCutcheon LLP<br>355 S. Grand Avenue, Suite 4400 | |
| 13 | Los Angeles, CA 90071<br>213-680-6400 | |
| 14 | Randall C. Creech | Attorney for Olin Corporation |
| 15 | Creech Liebow & Kraus<br>333 W. San Carlos Street, Suite 1600 | |
| 16 | San Jose, CA 95112<br>408-993-9911 | |
| 17 | Denise Sequeira Bazzana | Attorney for Defendant City of San Jose |
| 18 | Office of the City Attorney<br>City of San Jose | |
| 19 | 200 East Santa Clara Street<br>San Jose, CA 95113-1905 | |
| 20 | Robert A. Schwartz | Attorney for Defendant City of San Jose and<br>Santa Clara Valley Water District |
| 21 | Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104 | |
| 22 | [X]     (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California. | |
| 23 | | |
| 24 | [ ]     (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s). | |
| 25 | [ ]     (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). | |
| 26 | | |
| 27 | [ ]     (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California. | |
| 28 | | |

1  [ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

2  [X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on August 24, 2007 at San Jose, California.

*Natalyn Frazier*
Natalyn Frazier

12000-134