1
2  Philip R. Soderquist (SBN 125219)
   Robert A. Schwartz (SBN 107436)
3  SODERQUIST LAW OFFICES
   351 California Street, Suite 550
4  San Francisco, CA 94104
   Telephone: (415) 374-8500
5  Facsimile: (415) 394-6390

6  Attorneys for San Jose Water Company

7

8

9                 UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  AMY L. NILSON,                           ) Case No. C07 03686 JW
                                             )
13            Plaintiff,                      ) **NOTICE OF MOTION AND MOTION TO**
                                             ) **DISMISS FIRST AMENDED**
14  v.                                       ) **COMPLAINT:**
                                             ) **1.  FOR INSUFFICIENCY OF PROCESS**
15  THE CITY OF SAN JOSE, SANTA CLARA )      ) **[FRCP 12(b)(4)];**
    VALLEY WATER DISTRICT, SAN JOSE )        ) **2.  FOR INSUFFICIENCY OF SERVICE**
16  WATER COMPANY, et al.                    ) **OF PROCESS [FRCP 12(b)(5)];**
                                             ) **3.  FOR FAILURE TO STATE A CLAIM**
17            Defendants.                     ) **FOR RELIEF [FRCP 12(b)(6)];**
                                             ) **4.  MOTION FOR A MORE DEFINITE**
18                                           ) **STATEMENT [FRCP 12(e)]**
                                             )
19                                           ) Date:    November 5, 2007
                                             ) Time:    9:30 a.m.
20                                           ) Courtroom:  8
                                             ) Judge:   The Honorable James Ware
21                                           )

22

23        TO PLAINTIFF IN *PRO PER:*

24        NOTICE IS HEREBY GIVEN that on September 12, 2007 at 9:30 a.m., or as soon

25  thereafter as the matter may be heard in the above entitled Court, located at 280 South First

26  Street, San Jose, California 95113, in the courtroom of The Honorable Richard Seeborg,

27  defendant San Jose Water Company ("SJWC") will move the Court (i) to dismiss this action

28                                           -1-

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INSUFFICIENCY OF
PROCESS [FRCP 12(b)(4)]; FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; FOR FAILURE TO
STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]

1  pursuant to Federal Rules of Civil Procedure 12(b)(4) as plaintiff has violated FRCP 4(c)(1) by

2  failing to serve a summons with the complaint or first amended complaint served on defendant

3  SJWC; (ii) to dismiss this action pursuant to FRCP 12(b)(5) as plaintiff has violated FRCP

4  4(c)(2) by serving defendant SJWC with the complaint and the first amended complaint herself,

5  as a party to the action; (iii) to dismiss this action pursuant to FRCP 12(b)(6) for failure to state a

6  claim for relief or a cognizable legal theory; and (iv) for a more definite statement under FRCP

7  12(e) as the first amended complaint is so vague and ambiguous that defendant SJWC cannot

8  reasonably be required to frame a responsive pleading.

9       The above motions will be based on this Notice of Motion and Motion, the Memorandum

10  of Points and Authorities filed herewith, the Declaration of Dianna Devine filed herewith, and

11  the pleadings and papers filed herein.

12

13  DATED:    September 4, 2007          SODERQUIST LAW OFFICES

14

15

16                            By:    ROBERT A. SCHWARTZ

                                  Attorneys for San Jose Water Company

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR INSUFFICIENCY OF
PROCESS [FRCP 12(b)(4)]; FOR INSUFFICIENCY OF SERVICE OF PROCESS [FRCP 12(b)(5)]; FOR FAILURE TO
STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]