Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>Defendants. | Case No. C07 03686 JW<br><br>**DECLARATION OF DIANNA DEVINE IN SUPPORT OF DEFENDANT SAN JOSE WATER COMPANY'S MOTIONS TO DISMISS AND FOR A MORE DEFINITE STATEMENT**<br><br>**Date: November 5, 2007**<br>**Time: 9:30 a.m.**<br>**Courtroom: 8**<br>**Judge: The Honorable James Ware** |

1. I, Dianna Devine, declare as follows:

2. I am employed by defendant San Jose Water Company at 374 West Santa Clara Street in San Jose as a corporate administrative assistant. I am able to attest to the facts stated herein from my own personal knowledge.

3. On July 18, 2007, I received documents which had been served on San Jose Water Company by the plaintiff in this action. The documents were personally handed to me by

-1-

DECLARATION OF DIANNA DEVINE IN SUPPORT OF DEFENDANT SAN JOSE WATER COMPANY'S MOTIONS TO DISMISS AND FOR A MORE DEFINITE STATEMENT

plaintiff Amy Nilson. Although a complaint and other documents were served on SJWC, no summons was served along with the other documents.

4. On July 31, 2007, I again received a document directed to SJWC from plaintiff Amy Nilson, which she personally handed to me. The document was a first amended complaint served on SJWC. She later came back with a motion to consider whether cases should be related. No summons was served along with these documents.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in San Jose, California on August 7, 2007.

By: [signature]
Dianna Devine

-2-

DECLARATION OF DIANNA DEVINE IN SUPPORT OF DEFENDANT SAN JOSE WATER COMPANY'S MOTIONS TO DISMISS AND FOR A MORE DEFINITE STATEMENT