Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>   Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>   Defendants. | Case No. C07 03686 JW<br><br>**[PROPOSED] ORDER**<br><br>Date: November 5, 2007<br>Time: 9:30 a.m.<br>Courtroom: 8<br>Judge: The Honorable James Ware |

  Defendant San Jose Water Company ("SJWC") motions to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5), and for a more definite statement under FRCP 12(e) came on regularly for hearing in Courtroom 4 of this court on September 12, 2007. Philip R. Soderquist appeared on behalf of defendant SJWC. Plaintiff Amy L. Nilson appeared *in pro per*. The matter having been argued and submitted, and good cause appearing therefore,

  IT IS HEREBY ORDERED that:

-1-
[PROPOSED] ORDER

1. Plaintiff's first amended complaint against Defendant SJWC is dismissed pursuant to FRCP 12(b)(4) as Plaintiff violated FRCP 4(c)(1) by failing to serve a summons with her complaint or first amended complaint;

2. Plaintiff's first amended complaint is dismissed against SJWC under FRCP 12(b)(5) as Plaintiff has violated FRCP 4(c)(2) by serving Defendant SJWC with the complaint and first amended complaint as a party to the action;

3. Plaintiff's first amended complaint is dismissed against SJWC without leave to amend for failure to state a claim for relief pursuant to FRCP 12(b)(6); and

4. Defendant SJWC's motion for a more definite statement pursuant to FRCP 12(e) is granted.

DATED:            , 2007            _____
                                    The Honorable James Ware,
                                    United States District Court Judge