**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY L NILSON,  
        Plaintiff(s),  
   v.  
THE CITY OF SAN JOSE, ET AL,  
        Defendant(s).  
_____/

No. C 07-03686 JW

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to File Second Amended Complaint before Judge James Ware previously noticed for November 21, 2007 at 10:00 AM, has been reset to **November 26, 2007, at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 4, 2007

FOR THE COURT,  
Richard W. Wieking, Clerk

by:     /s/  
    Elizabeth Garcia  
    Courtroom Deputy