UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY L. NILSON** | CASE NO.  **C0703686JW** |
| Plaintiff(s), | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| **THE CITY OF SAN JOSE, ET AL.** | |
| Defendant(s). | |

Counsel report that they have met and conferred regarding ADR and that they:

    have not yet reached an agreement to an ADR process **and**
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference **October 31, 2007**

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Robert A. Schwartz | San Jose Water Co. | 415-374-8500 | raschwartzl@gmail.com |
| Denise Bazzano | City of San Jose | 408-535-1900 | cao.main@sanjoseca.gov |
| Jeffrey F. Oneal | Santa Clara Water Dis. | 408-280-6800 | joneal@lbrg.com |
| Amy L. Nilson | Self | 408-401-7924 | listcontent@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr a cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: __October 10, 2007__      **NOT WILLING TO SIGN**
                                                           Attorney for Plaintiff

Dated: **October 10, 2007**      *[signature: Robert Schwartz]*
                                                           Attorney for Defendant

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

## PROOF OF SERVICE

*Nilson v. San Jose Water Co., et al.*

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause. My business address is 351 California Street, Suite 550, San Francisco, California 94104.

On the date set forth below, I served the attached **NOTICE OF NEED FOR ADR PHONE CONFERENCE** on the following interested parties in said cause:

> Amy L. Nilson
> 3735 Senter Road
> San Jose, CA 95111

[X] **VIA MAIL** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection and mailing. I am readily familiar with my firm's business practice of collection and processing correspondence for mailing, and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Francisco, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

[ ] **VIA OVERNIGHT MAIL/COURIER** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection by overnight mail or courier service. I am readily familiar with my firm's business practice of collection and processing correspondence for overnight delivery, and correspondence placed for collection would be delivered to an agent of the overnight mail or courier service authorized to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

[ ] **VIA FACSIMILE** By sending a facsimile transmission thereof to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission was reported complete and without error.

[ ] **VIA HAND DELIVERY** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-delivered that same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 10, 2007** at San Francisco, California.

*/s/ Judy Hunter*
Judy Hunter