UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMY L. NILSON

                Plaintiff(s),

           v.

THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al

                Defendant(s).
_____/

CASE NO. CV07-03686RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

   **X**   have not yet reached an agreement to an ADR process
   ___   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference November 5, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| JEFFREY F. ONEAL | SANTA CLARA VALLEY WATER DISTRICT | 408-280-6800 | joneal@lbrg.com |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 10/10/2007

_____
Attorney for Plaintiff

_____
Attorney for Defendant

Rev 12.05

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California . On the date set forth below I served the documents described below:

## NOTICE OF NEED FOR ADR PHONE CONFERENCE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA  95111<br>Telephone:  (408) 401-7924 | In Pro Se Plaintiff |
| Christopher Berka, Esq.<br>Holly Louise Pearson, Esq.<br>Bingham McCutchen LLP<br>1900 University Avenue<br>East Palo Alto, CA  94303-2223<br>650-849-4400 | Attorneys for Plaintiff SCVWD |
| Greg Alan Christianson<br>Bingham McCutcheon LLP<br>355 S. Grand Avenue, Suite 4400<br>Los Angeles, CA  90071<br>213-680-6400 | Attorney for Plaintiff SCVWD |
| Randall C. Creech<br>Creech Liebow & Kraus<br>333 W. San Carlos Street, Suite 1600<br>San Jose, CA  95112<br>408-993-9911 | Attorney for Olin Corporation |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA  95113-1905 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA  94104 | Attorney for Defendant City of San Jose and Santa Clara Valley Water District |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

1

1
2  [ ]   (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

3  [ ]   (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.
4
5  [ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6  [X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
7
   EXECUTED on October 10, 2007 at San Jose, California.
8
9
                                                    _____
10 12000-134                                        Natalyn Frazier
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

PROOF OF SERVICE – Case 06-0000407

2