Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>              Plaintiff,<br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>              Defendants. | Case No.: CV07-03686RS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 10/10, 2007

LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: /s/ Jeffrey F. Oneal
Jeffrey F. Oneal
Attorney for Defendant
SANTA CLARA VALLEY WATER DISTRICT

1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California . On the date set forth below I served the documents described below:

### CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA  95111<br>Telephone:  (408) 401-7924 | In Pro Se Plaintiff |
| Christopher Berka, Esq.<br>Holly Louise Pearson, Esq.<br>Bingham McCutchen LLP<br>1900 University Avenue<br>East Palo Alto, CA  94303-2223<br>650-849-4400 | Attorneys for Plaintiff SCVWD |
| Greg Alan Christianson<br>Bingham McCutcheon LLP<br>355 S. Grand Avenue, Suite 4400<br>Los Angeles, CA  90071<br>213-680-6400 | Attorney for Plaintiff SCVWD |
| Randall C. Creech<br>Creech Liebow & Kraus<br>333 W. San Carlos Street, Suite 1600<br>San Jose, CA  95112<br>408-993-9911 | Attorney for Olin Corporation |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA  95113-1905 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA  94104 | Attorney for Defendant City of San Jose and Santa Clara Valley Water District |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[ ]  (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on October 10, 2007 at San Jose, California.

_____
Natalyn Frazier

12000-134