UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMY L. NILSON

        Plaintiff(s),

Case No. CV07-03686RS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

THE CITY OF SAN JOSE, SANTA
CLARA VALLEY WATER DISTRICT,
        Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/10/07

                                                  [Party]

Dated: 10-10-2007

                                                  [Counsel]

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below:

## ADR CERTIFCATION BY PARTIES AND COUNSEL

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA 95111<br>Telephone: (408) 401-7924 | In Pro Se Plaintiff |
| Christopher Berka, Esq.<br>Holly Louise Pearson, Esq.<br>Bingham McCutchen LLP<br>1900 University Avenue<br>East Palo Alto, CA 94303-2223<br>650-849-4400 | Attorneys for Plaintiff SCVWD |
| Greg Alan Christianson<br>Bingham McCutcheon LLP<br>355 S. Grand Avenue, Suite 4400<br>Los Angeles, CA 90071<br>213-680-6400 | Attorney for Plaintiff SCVWD |
| Randall C. Creech<br>Creech Liebow & Kraus<br>333 W. San Carlos Street, Suite 1600<br>San Jose, CA 95112<br>408-993-9911 | Attorney for Olin Corporation |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104 | Attorney for Defendant City of San Jose and Santa Clara Valley Water District |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

---

PROOF OF SERVICE – Case 06-0000407

1

1  [ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

2

3  [ ]  (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

4

5  [ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

6  [X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

7      EXECUTED on October 10, 2007 at San Jose, California.

8

9                                                           _____
                                                            Natalyn Frazier
10  12000-134