Amy L. Nilson
3735 Senter Road
San Jose, CA 95111
TEL: (408) 401-7924
Listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se

RECEIVED
2007 AUG 31  AM 10: 07
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON ) | Case No. 5:07-CV-03686 JW |
| ) | |
| Plaintiff, ) | **MOTION TO FILE SECOND** |
| ) | **AMENDED COMPLAINT** |
| V ) | **[PROPOSED ORDER]** |
| ) | |
| ) | Date:  November 21, 2007 |
| THE CITY OF SAN JOSE, SANTA CLARA ) | Time:  10:00 a.m. |
| VALLEY WATER DISTRICT, SAN JOSE ) | Courtroom 8, 4th Floor |
| WATER COMPANY, et al. ) | Judge: Honorable James Ware |
| ) | |
| Defendants. ) | |
| ) | |

-1-

**MOTION TO FILE SECOND AMENDED COMPLAINT [PROPOSED ORDER]**
Case No. 5:07-CV-3686 JW

Plaintiff, "Nilson" moves the Court pursuant to Rule 15 of F.R.C.P. for an Order to amend their complaint. New evidence has been obtained by Plaintiffs, even as late as July 31, 2007. All of which has been reviewed and studied. Plaintiff, "Nilson" respectfully submit their proposed second amended complaint with attachments and exhibits together with a response to Defendants' Motion for a More Definitive Statement.

THIS MATTER is before the Court on Plaintiffs' Motion to amend their complaint, in response to the defendant's Motion for a Definitive Statement. Having considered Plaintiffs' Motion and after reviewing the pleadings, the Plaintiff requests the Court to enter the following Order.

## PROPOSED ORDER

IT IS, THEREFORE, ORDERED that Plaintiffs' Motion to amend their complaint as proposed is GRANTED.

This Order is entered in response to Plaintiffs' Motion to amend their complaint in light of new evidence.

PURSUANT TO STIPULATION IT IS SO ORDERED

Dated: _____, __, 2007

Signed: _____
Honorable Judge James Ware

-2-

**MOTION TO FILE SECOND AMENDED COMPLAINT [PROPOSED ORDER]**
Case No. 5:07-CV-3686 JW