1  Amy L. Nilson
   3735 Senter Road
2  San Jose, CA 95111
   TEL: (408) 401-7924
3  Listcontent@yahoo.com

4  Attorneys for Plaintiff
   Pro Se

FILED

2007 OCT 23 P 3: 59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON ) | Case No. C07-03686 JW |
| ) | |
| Plaintiff, ) | SECOND DECLARATION OF |
| ) | AMY L. NILSON |
| V ) | |
| ) | [Filed Concurrently with Plaintiffs |
| THE CITY OF SAN JOSE, SANTA CLARA ) | and Defendants Case Management |
| VALLEY WATER DISTRICT, SAN JOSE ) | Statement Exhibit A1-01, doc. sets |
| WATER COMPANY, et al. ) | 1-5]. |
| ) | |
| ) | Date: November 5, 2007 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Courtroom 8, 4th Floor |
| ) | Judge: Honorable James Ware |

-1-

I, Amy L. Nilson, state and declare as follows:

1. I am the Plaintiff in this action, and I am an adult over the age of 21 and reside in San Jose, California.

2. I have personal knowledge as to all matters stated herein, and if called as a witness could testify competently thereto, except as to matters stated on information and belief; as to those matters, I believe them to be true for the reasons stated.

3. I first became aware of physical impairing effects from contamination of "tap water" in the spring of 2006. When trying to brush my teeth, I was unable to consume the "tap water", and or to clear out my throat, without suffering from a gag reflex, that became more violent after consuming the tap water. This lasted up to seven months after I had vacated 2151 Oakland Road, Spc. # 550, as a room tenant.

4. I experienced other leading effects through normal use of "tap water" I became aware of developing yeast infections which eventually lead to a mild bladder and kidney infection, that Tina Huynh had so commonly complained of having.

5. During my tenancy at "Casa Del Largo" my face had broke out with acne that drew deep wells of infection, and were not healing for more than a three month period of time, which prior to tenancy at Spc# 550, had always seemed to diminish itself within a few days, as I was continually using an over the counter acne medication, and face scrubs; however it was apparent that they were not healing, and that my jaw and checks bear those marks today.

6. I had filed case number 5:07-CV-1341 JF (See Doc. Folder 5:07-CV-1341 JF), which details graphics and information collected after hospitalization of the Plaintiff, in the time frame for "discovery of facts", and request that all such information may be regarded as ("Exhibit E"), (e.g. Exhibit E – "point source" and Other Ecological Damage to Surrounding Areas of

-2-

SECOND DECLARATION OF AMY L. NILSON [Filed Concurrently with Plaintiffs and Defendants Case Management Statement Exhibit A1-01, doc. sets 1-5]. Case No. C07 – 03686 JW

Coyote Creek; Appended Photos 1 - 6).

7. Most of the other witnesses that I am aware of to the pertinent events to this lawsuit in Northern District reside in San Jose, as well as the ("Class"), has been informed of the subject matter regarding the original complaint and amended complaint, to the best of my knowledge.

8. All of my medical expenses were incurred in hospitals and institutions within the Northern District. A blood sample was taken within weeks after the incident occurred at the Cancer Treatment Center in Palo Alto. I have not received notification of the tests results in the underlying matter due to regarded stipulations, (See "Class Certification" - Docket Report ¶60),

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted

Dated: _____, __, 2007

Signed: __/s/_____
Amy L. Nilson
Pro Se

-3-

SECOND DECLARATION OF AMY L. NILSON [Filed Concurrently with Plaintiffs and Defendants Case Management Statement Exhibit A1-01, doc. sets 1-5]. Case No. C07 – 03686 JW