## TABLE OF CONTENTS

Page (14)

PRELIMINARY STATEMENT . . . . . . . . . . . . . . . . . . 2

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . 3 - 4

ARGUMENT AND AUTHORITIES . . . . . . . . . . . . . . 5

1.  Jurisdiction and Service

    Plaintiff under pro se and that under the L.R. 26 (f) request for admissions under the Federal and L.R. 16 and for the "certification of class actions". Defendant's dispute jurisdiction under 42 U.S.C. 1986, further all Defendants have filed motions to dismiss under L.R. 12 (b) (4) and or for a more definitive statement . . . . . . . . . . . . . . . . . . . . . . 1

    A.  Plaintiff seeks certification of "class" and requests for further pre-trail preparations under this Court to continue a Case Management Statement and requests for an Oral Motion. In addition, the Plaintiff requests for an Answer to the 2nd Amended Complaint . . . . . . . . . . . . 2

    B.  Defendant's have filed a motion to dismiss under Rule 12 (b) (4)  . 2

    C.  Defendant's City of San Jose and San Jose Water Company dispute valid service. . . . . . . . . . . . . . . . . . . . 5

2.  Legal Issues

    A.  Plaintiff requests for the acceptance of the application for Lead Plaintiff, and seeks to set a hearing time and date - to defendants on all such matters as may be subjected by the Court . . . . . . . . . . . . . . 4

    B.  Defendant's Legal issues include whether plaintiff has properly provided proper notice of her claims under the Clean Water Act (U.S.C. 33 §1251 et. seq.) or California Tort Claims act California Government Code §§900 et. seq. . . . . . . . . . . . . . . . . . . 5

MOTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . .

1.  Plaintiff seeks to bring this case forward under the Federal Rules and Civil Procedures (Fed. R. Civ. P.) 16 1, and that of 23 1(a) . . . . . . 5

    A. Plaintiffs requests for Oral Argument of the Pleadings . . . . . 5

    B.    Defendants have filed motions to dismiss based on several theories .    5

AMEMENDMENT OF PLEADINGS

    1.    Plaintiff requests for a motion to strike the Second Amended Complaint DOE DOES 1 – 34 to mean, (DOE DOES 1 – 2000) et al.    .    .    .    .    6

    A.    Plaintiffs request for Motion to strike the ("Santa Clara Plant") to mean the Defendants the San Jose Water Co. and that of Kinder Morgan and Shell Oil Products Terminals to include ("waste water treatment facility").

    B.    Defendant's motions to dismiss.    .    .    .    .    .    .    .    .    6

EVIDENCE PRESERVATION    .    .    .    .    .    .    .    .    .    .    .    6

DISCLOSURES .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    7

    1. Plaintiff is unaware of any personal identifiable information regarding the members of the class other than the area in which the Defendants the San Jose Water Co. are the Whole Sellers of "Potable" or "Irrigation" water to the customers of Casa Del Largo, 2151 Oakland Road, San Jose California, 95134 (596 Units) .    .    .    .    .    .    .    .    .    .    .    .    .    .    5

    A.    Plaintiff's requests for the "Definition of the Class" for further case management on the pleadings and request for a Summary Judgment in opposition of the Defendant's Motion to Dismiss the Original and Amended Complaint.    .    .    .    7

    B.    Defendants    Rule 26 disclosures are premature .    .    .    .    .    7

DISCOVERY    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    7

CLASS ACTION.    .    .    .    .    .    .    .    .    .    .    .    .    .    .    7

RELIEF .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    8

SETTLEMENT AND ADR    .    .    .    .    .    .    .    .    .    .    .    .    9

CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES .    .    .    .    .    9

OTHER REFRENCES    .    .    .    .    .    .    .    .    .    .    .    .    .    10

NARROWING OF ISSUES    .    .    .    .    .    .    .    .    .    .    .    .    10

EXPEDIATED SCHEDULE    .    .    .    .    .    .    .    .    .    .    .    .    10

SCHEDULING . . . . . . . . . . . . . . . 11

TRIAL . . . . . . . . . . . . . . . . 12

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS . 12-13

OTHER MATTERS . . . . . . . . . . . . . . 13