b. Federal Rules of Evidence 403 and CEC 352 give the court discretion to exclude relevant evidence, both require that "probative value" be substantially outweighed and the dangers of prejudicing, confusing or misleading the jury.

*Defendants' statement*

Defendants do not believe there are any other matters ripe for discussion at this time.

Dated_____, 2007        Amy Nilson

Dated: _____, 2007       LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
Thomas S. Brazier
Jeffrey F. Oneal
Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

Dated 10/26/07, 2007        San Jose City Attorney's office

By: _____

Denise Bazzano attorney for City of San Jose

Dated_____, 2007        Soderquist Law Offices

By: _____

Robert A. Schwartz attorney for San Jose Water Company

11

Case No. C07-03686RS – JOINT STATUS CONFERENCE STATEMENT