UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** 11/05/20007  **Court Reporter:** Irene Rodriguez
**Case No:** C-07-03686 JW  **Interpreter:** N/A

## TITLE

**Amy Nilson v. The City of San Jose et al**

**Attorney(s) for Plaintiff(s)**: Amy Nilson (pro per)
**Attorney(s) for Defendant(s)**: Robert Schwartz (San Jose Water Company), Jeffrey Oneal (San Jose Water District), Denise Brazzano (City of San Jose)

## PROCEEDINGS

**Defendant's Motion to Dismiss Amended Complaint or for a More Definite Statement**

## ORDER AFTER HEARING

Hearing Held.  The Court took this matter under submission after oral argument.  The Court vacated the scheduled Case Management Conference.  The Court to issue further order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: