



Case 5:07-cv-03686-JW    Document 71-2    Filed 12/10/2007    Page 2 of 16



Case 5:07-cv-03686-JW    Document 71-2    Filed 12/10/2007    Page 3 of 16

























