1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DENISE BAZZANO, Deputy City Attorney (#220148)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>  Defendants. | Case Number: C07-03686JW<br><br>**CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PLAINTIFF'S SECOND AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>DATE: February 11, 2008<br>TIME:  9:00 a.m.<br>COURTROOM: 8<br>JUDGE: Hon. James Ware |

TO PLAINTIFF, AMY NILSON, AND HER ATTORNEY OF RECORD:

   NOTICE IS HEREBY GIVEN that on February 11, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the entire complaint as to the CITY OF SAN JOSE on the grounds that the Second Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted.  In the alternative, Defendant

1

**CITY OF SAN JOSE'S NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED
COMPLAINT[FRCP 12(B)(6)], OR IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]**
C07-03686JW

453346

1  CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(e) for
2  a more definite statement.
3      This motion is based on this Notice of Motion, the accompanying request for
4  Judicial Notice, the accompanying Memorandum of Points and Authorities, all of the
5  pleadings and papers on file and whatever oral arguments may be made at the hearing of
6  this matter.
7      NOTICE IS ALSO HEREBY GIVEN that defendants SANTA CLARA VALLEY
8  WATER DISTRICT and SAN JOSE WATER COMPANY will also be heard on their
9  motions to dismiss on this same date and time.

Respectfully submitted,

Dated: December 18, 2008        RICHARD DOYLE, City Attorney

By:      / S /
    DENISE BAZZANO
    Deputy City Attorney

Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME:   AMY L. NILSON v. CITY OF SAN JOSE, et al.
**CASE NO.:**   C07-03686JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On December 19, 2007, I caused to be served the within:

1. **CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT PLAINTIFF'S SECOND AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)];**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT, CITY OF SAN JOSE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4) &(5)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)];**
3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, CITY OF SAN JOSE'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e); and**
4. **[PROPOSED] ORDER**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111
*In Pro Per*
**Phone Number:  (408) 401-7924**

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2007, at San Jose, California.

      /S/      
Beverly Troxel

**CITY OF SAN JOSE'S NOTICE OF MOTION
AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED
COMPLAINT[FRCP 12(B)(6), OR IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT [FRCP 12(E)]**          453346
C07-03686JW