1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  DENISE BAZZANO, Deputy City Attorney (#220148)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AMY L. NILSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>    Defendants. | Case Number: C07-03686JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, CITY OF SAN JOSE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>DATE:   February 11, 2007<br>TIME:   9:00 a.m.<br>COURTROOM: 8<br>JUDGE:  Hon. James Ware |
|---|---|

   Defendant, CITY OF SAN JOSE hereby requests that the Court take judicial notice of the following:

   1) Plaintiff's First Amended Complaint filed herein with this Court entitled *Amy Nilson v. The City of San Jose, Santa Clara Valley Water District, San Jose Water Company*, Case No. C07-03686 RS and the allegations contained therein;

1

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF                                       453345
CITY OF SAN JOSE'S MOTION TO DISMISS SECOND AMENDED
COMPLAINT [FRCP 12(B)(6), OR IN THE ALTERNATIVE,
MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(E)**
C07-03686JW

2) Plaintiff's Second Amended Complaint filed herein with this Court entitled *Amy Nilson v. The City of San Jose, Santa Clara Valley Water District, San Jose Water Company*, Case No. C07-03686 RS and the allegations contained therein;

This request is made pursuant to the provisions of Federal Rule of Evidence 201[1] on the grounds that these matters are both generally known within the territorial jurisdiction of this court and are capable of ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Dated: December 18, 2007

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: /S/ Denise Bazzano
DENISE BAZZANO
Deputy City Attorney

Attorneys for CITY OF SAN JOSE

---

[1] Federal Rule of Evidence 201 holds, in relevant part, as follows:
Judicial Notice of Adjudicative Facts
(a) Scope of Rule. This rule governs only judicial notice of adjudicative facts.
(b) Kinds of facts. A judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.
(c) When discretionary. A court may take judicial notice, whether requested or not.
(d) When mandatory. A court shall take judicial notice if requested by a party and supplied with the necessary information.

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF                                              453345
CITY OF SAN JOSE'S MOTION TO DISMISS SECOND AMENDED
COMPLAINT [FRCP 12(B)(6), OR IN THE ALTERNATIVE,
MOTION FOR MORE DEFINITE STATEMENT (FRCP 12(E)
C07-03686JW

**PROOF OF SERVICE**

CASE NAME:  AMY L. NILSON v. CITY OF SAN JOSE, et al.

**CASE NO.:**   C0-03686 JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On August 24, 2007, I caused to be served the within:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT, CITY OF SAN JOSE'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP 12(b)(6); 12(b)(4)&(5)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

**Phone Number: (408) 401-7924**

*In Pro Per*

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, at San Jose, California.

/S/
Beverly Troxel