RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
DENISE BAZZANO, Deputy City Attorney (#220148)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>                    Defendants. | Case Number:  C07-03686JW<br><br>**[PROPOSED] ORDER**<br><br>DATE:  February 11, 2008<br>TIME:    9:00 a.m.<br>COURTROOM: 8<br>JUDGE: Hon. James Ware |

The Motion to Dismiss the Complaint by Defendant, CITY OF SAN JOSE, came on regularly for hearing on February 11, 2008.  Denise S. Bazzano appeared as counsel for the Defendant, CITY OF SAN JOSE and Plaintiff, Amy Nilson appeared in *pro per*.  The matter having been argued and submitted, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Complaint be dismissed without leave to amend as to Defendant CITY OF SAN JOSE, based upon Plaintiff's failure to state a claim upon which relief can be granted.


Dated:_____                              _____
                                                                          THE HONORABLE JAMES WARE

453342

[PROPOSED] ORDER
C07-03686JW