UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L NILSON, | No. C 07-03686 JW |
|       Plaintiff(s), | |
|   v. | CLERK'S NOTICE CONTINUING MOTION HEARING |
| THE CITY OF SAN JOSE, ET AL, | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion Hearing to Dismiss before Judge James Ware previously noticed for February 11, 2008 at 9:00 AM has been reset to **March 10, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: December 20, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by:    /s/
     Elizabeth Garcia
     Courtroom Deputy