Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>　　　　Defendants. | Case No. C07 03686 JW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:　March 10, 2008<br>Time:　9:00 a.m.<br>Courtroom: 8<br>Judge:　The Honorable James Ware |

TO PLAINTIFF IN *PRO PER*:

NOTICE IS HEREBY GIVEN that on March 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above entitled Court, located at 280 South First Street, San Jose, California 95113, in the courtroom of The Honorable James Ware, defendant San Jose Water Company ("SJWC") will move the Court (i) to dismiss this action pursuant to FRCP

-1-
**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]**

1  12(b)(6) for failure to state a claim for relief or a cognizable legal theory; and (ii) for a more
2  definite statement under FRCP 12(e) as the first amended complaint is so vague and ambiguous
3  that defendant SJWC cannot reasonably be required to frame a responsive pleading.

4    The above motions will be based on this Notice of Motion and Motion, the Memorandum
5  of Points and Authorities filed herewith and the pleadings and papers filed herein.

7  DATED: December 20, 2007      SODERQUIST LAW OFFICES

              By: _____
                ROBERT A. SCHWARTZ
                Attorneys for San Jose Water Company