Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, | Case No. C07 03686 JW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al. | Date:  March 10, 2008<br>Time:  9:00 a.m.<br>Courtroom: 8<br>Judge:  The Honorable James Ware |
| Defendants. | |

Defendant San Jose Water Company ("SJWC") motions to dismiss this action pursuant to Federal Rules of Civil Procedure 12(b)(6) and for a more definite statement under FRCP 12(e) came on regularly for hearing in Courtroom 8 of this court on February 11, 2008. Robert A. Schwartz appeared on behalf of defendant SJWC. Plaintiff Amy L. Nilson appeared *in pro per*. The matter having been argued and submitted, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1.    Plaintiff's first amended complaint is dismissed against SJWC without leave to

-1-
[PROPOSED] ORDER

1  amend for failure to state a claim for relief pursuant to FRCP 12(b)(6); and

2      2.    Defendant SJWC's motion for a more definite statement pursuant to FRCP 12(e) is granted.

DATED: March _____, 2008

                                            The Honorable James Ware,
United States District Court Judge