Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　　　Plaintiff,<br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No.: CV07-03686RS<br><br>NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP RULE 12(b)(6)] OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP RULE 41(B)], OR, ALTERNATIVELY, A MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]<br><br>DATE:　　March 10, 2008<br>TIME:　　9:00 a.m.<br>PLACE:　　Department 8<br>Honorable James Ware |

TO:   PLAINTIFF APPEARING PRO SE:

　　PLEASE TAKE NOTICE that on March 10, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled court, located at 280 South First Street, San Jose, California 95113-3008, Courtroom 8, Defendant SANTA CLARA VALLEY WATER DISTRICT will move the court to dismiss the action pursuant to FRCP 12(b)(6) and FRCP 41(b). Plaintiff's Complaint fails to state a claim upon which relief can be granted on the grounds that Plaintiff has failed to provide the proper notices under the Clean Water Act (33 U.S.C. 1365b) and Safe Drinking Water Act (42 U.S.C.

1

§ 300j-8) and has failed to file a California Government Tort Claim with the District. Finally, pursuant to FRCP Rule 41(b), the request for dismissal is also based upon a failure by Plaintiff to comply with the Court's prior Order, requiring Plaintiff to plead a Complaint which "… clearly articulates the bases for the Court's jurisdiction and whether she has exhausted her administrative remedies. …" Said order was issued on November 9, 2007 following hearing on the prior motion to dismiss.

In the alternative, Defendant SANTA CLARA VALLEY WATER DISTRICT hereby moves the court for an order for a more definite statement before requiring Defendant SANTA CLARA VALLEY WATER DISTRICT to respond to Plaintiff's Complaint. The motion for a more definite statement is made on the grounds that the Complaint does not clearly state the grounds upon which relief may be granted and is unintelligible.

The Complaint contains legal argument and citations to authority seemingly inapplicable to the case. Finally, there are no allegations against SCVWD other than those contained in Paragraph 22 and 31. The Complaint contains no allegations charging SCVWD with any misfeasance, malfeasance or nonfeasance, nor does it allege compliance with various statutorily required notice provisions of various environmental law claims.

This Motion to Dismiss will be based on this notice of motion, the memorandum of points and authorities, the request for judicial notice filed herewith, and the pleadings and papers filed herein.

Dated: December 27, 2007

LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
Thomas S. Brazier
Jeffrey F. Oneal
Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below: **NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP RULE 12(b)(6)] OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER FRCP RULE 41(B)], OR, ALTERNATIVELY, A MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA 95111<br>Telephone: (408) 401-7924 | In Pro Se Plaintiff |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>408-535-1900 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104<br>415-374-8500 | Attorney for Defendant San Jose Water Company |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[]    (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[]    (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

[]    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on December 27, 2007 at San Jose, California.

_____
Sheila Mollett

12000-134

1