Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>         Plaintiff,<br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>         Defendants. | Case No.: CV07-03686RS<br><br>**[PROPOSED] ORDER**<br><br>DATE:   March 10, 2008<br>TIME:   9:00 a.m.<br>PLACE:  Courtroom 8<br>**Honorable James Ware** |

The Motion to Dismiss the Second Amended Complaint by Defendant SANTA CLARA VALLEY WATER DISTRICT came on regularly for hearing on March 10, 2008. Jeffrey F. Oneal appeared as counsel for Defendant SANTA CLARA VALLEY WATER DISTRICT and Plaintiff, Amy Nilson, appeared in *pro per*. The matter having been argued and submitted, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Second Amended Complaint be dismissed without leave to amend as to Defendant SANTA CLARA VALLEY WATER DISTRICT based upon Plaintiff's failure to state a claim upon which relief can be granted.

Dated: _____, 2008

_____
The Honorable James Ware

1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below: **[PROPOSED] ORDER**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA 95111<br>Telephone: (408) 401-7924 | In Pro Se Plaintiff |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>408-535-1900 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104<br>415-374-8500 | Attorney for Defendant San Jose Water Company |

[X]  (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[X]  (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[ ]  (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[ ]  (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on December 27, 2007 at San Jose, California.

12000-134

Sheila Mollett