United States District Court

For the Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT
5                         NORTHERN DISTRICT OF CALIFORNIA
6
7   AMY L NILSON,                               No. C 07-03686 JW
8              Plaintiff(s),
                                                CLERK'S NOTICE
9        v.
10  THE CITY OF SAN JOSE, ET AL,
11             Defendant(s).
12  _____/
13
14  TO ALL PARTIES AND COUNSEL OF RECORD:
15
16  YOU ARE NOTIFIED THAT to coincide with previously calendared motions the Plaintiff's Motion
17  to Dismiss Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint before Judge
    James Ware previously noticed for February 11, 2008 at 9:00 AM, has been reset to **March 10, 2008
18  at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.
19
    Dated:  January 7, 2008
20
                                        FOR THE COURT,
21                                      Richard W. Wieking, Clerk
22
23                                      by:  _____/s/_____
                                                 Elizabeth Garcia
24                                               Courtroom Deputy
25
26
27
28