1  COOPER, WHITE & COOPER LLP
   BARRY R. OGILBY (SBN 118133)
2     bogilby@cwclaw.com
   JILL B. ROWE (SBN 197713)
3     jrowe@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California  94111
   Telephone:   (415) 433-1900
5  Facsimile:   (415) 433-5530

6  Attorneys for Defendant KINDER MORGAN
   ENERGY PARTNERS, L.P., erroneously sued as
7  KINDER MORGAN ENERGY PARTNERS
   INC.
8

9

10                        UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| 13 | AMY L. NILSON, | CASE NO. C07-03686 JW |
|---|---|---|
| 14 | Plaintiff, | KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)] |
| 15 | vs. | |
| 16 | KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al., | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |
| 20 | | Date:   March 10, 2008 |
| 21 | | Time:   9:00 a.m. |
| 22 | | Dept.:   8 |
| | | Judge:   Hon. James Ware |

23   TO:   PLAINTIFF APPEARING PRO SE

24   PLEASE TAKE NOTICE that on March 10, 2008, at 9:00 a.m. or as soon thereafter as the

25  matter may be heard in the above-entitled court, located at 280 South First Street, San Jose,

26  California 95113-3008, Courtroom 8, the Honorable James Ware presiding, Defendant KINDER

27  MORGAN ENERGY PARTNERS, L.P., erroneously sued as KINDER MORGAN, INC., will

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593289.1                                                                C07-03686 JW
KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT

1  move the Court to dismiss the action pursuant to FRCP 12(b)(6) and FRCP 41(b).

2      The motion to dismiss is made on the grounds that: Plaintiff's Second Amended Complaint
3  (1) fails to state a claim upon which relief can be granted; (2) fails to state compliance with the
4  pre-litigation notice requirements of the Clean Water Act (33 U.S.C. § 1365(b)) and the Safe
5  Drinking Water Act (42 U.S.C. § 300j-8); (3) fails to state a claim upon which class relief can be
6  granted; and (4) fails to comply with this Court's Nov. 9, 2007 order requiring Plaintiff to plead a
7  complaint that "clearly articulates the bases for the Court's jurisdiction and whether she has
8  exhausted her administrative remedies."

9      In the event the Court declines to grant the motion to dismiss, Defendant KINDER
10 MORGAN ENERGY PARTNERS, L.P. respectfully requests an order for a more definite
11 statement pursuant to Federal Rule of Civil Procedure 12(e). The motion for a more definite
12 statement is made on the ground that the Second Amended Complaint is so vague and ambiguous
13 that Defendant cannot reasonably be required to frame a responsive pleading.

14     This Motion is based on this notice of motion, the accompanying memorandum of points
15 and authorities, and the pleadings and papers on file in this action.

16 DATED: January 10, 2008        Respectfully submitted,

17                               COOPER, WHITE & COOPER LLP

18

19                       By:  *Jill B. Rowe*
                            Jill B. Rowe
20                             Attorneys for Defendant KINDER MORGAN
                            ENERGY PARTNERS, L.P., erroneously sued
21                             as KINDER MORGAN ENERGY
                            PARTNERS INC.

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593289.1                            2                          C07-03686 JW
KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT

**PROOF OF SERVICE**

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On January 10, 2008, I served the following document(s): **KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]** on each of the parties listed below at the following addresses:

**SEE ATTACHED LIST**

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 10, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE          Case No. C07-03686 JW

## SERVICE LIST

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California 95111 | **Plaintiff**<br><br>Telephone: (408) 401-7924<br>Email: listcontent@yahoo.com |
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California 94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone: (415) 374-8500<br>Facsimile: (415) 394-6390<br>Email: raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Denise Bazzano, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California 95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone: (408) 535-1900<br>Facsimile: (408) 998-3131<br>Email: cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California 95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone: (408) 280-6800<br>Facsimile: (408) 275-6284<br>Email: joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW