1  COOPER, WHITE & COOPER LLP
   BARRY R. OGILBY (SBN 118133)
2    bogilby@cwclaw.com
   JILL B. ROWE (SBN 197713)
3    jrowe@cwclaw.com
   201 California Street, 17th Floor
4  San Francisco, California 94111
   Telephone:   (415) 433-1900
5  Facsimile:   (415) 433-5530

6  Attorneys for Defendant KINDER MORGAN
   ENERGY PARTNERS, L.P., erroneously sued as
7  KINDER MORGAN ENERGY PARTNERS
   INC.

8

9

10             UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| 13 | AMY L. NILSON, | CASE NO. C07-03686 JW |
|---|---|---|
| 14 | Plaintiff, | [PROPOSED] ORDER GRANTING KINDER MORGAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT |
| 15 | vs. | |
| 16 | KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al., | Date:   March 10, 2008<br>Time:   9:00 a.m.<br>Dept.:  8<br>Hon. James Ware |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

20  The Motion to Dismiss Second Amended Complaint filed by Defendant KINDER

21  MORGAN ENERGY PARTNERS, L.P., came on regularly for hearing on March 10, 2008. Jill

22  B. Rowe appeared as counsel for Defendant KINDER MORGAN ENERGY PARTNERS, L.P.,

23  and Plaintiff Amy Nilson appeared in *pro per*. The matter having been submitted, and good cause

24  appearing therefore,

25  / / /

26  / / /

27  / / /

28  / / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593302.1                                                                  C07-03686 JW
ORDER GRANTING KINDER MORGAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

1  IT IS HEREBY ORDERED that the Second Amended Complaint be dismissed without
2  leave to amend as to KINDER MORGAN ENERGY PARTNERS, L.P. based upon Plaintiff's
3  failure to state a claim upon which relief can be granted.

5  DATED: March _____, 2008

7  James Ware
8  Judge of the United States District Court, Northern District of California

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593302.1                                    2                                    C07-03686 JW
[PROPOSED] ORDER GRANTING KINDER MORGAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

**PROOF OF SERVICE**

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On January 10, 2008, I served the following document(s): **[PROPOSED] ORDER GRANTING KINDER MORGAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** on each of the parties listed below at the following addresses:

**SEE ATTACHED LIST**

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 10, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE                                           Case No. C07-03686 JW

## SERVICE LIST

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California  95111 | **Plaintiff**<br><br>Telephone:    (408) 401-7924<br>Email:            listcontent@yahoo.com |
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California  94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone:    (415) 374-8500<br>Facsimile:     (415) 394-6390<br>Email:            raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Denise Bazzano, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California  95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone:    (408) 535-1900<br>Facsimile:     (408) 998-3131<br>Email:            cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California  95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone:    (408) 280-6800<br>Facsimile:     (408) 275-6284<br>Email:            joneal@lbrg.com<br>                    Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW