COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
  bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>    Defendants. | CASE NO. C07-03686 JW<br><br>**NOTICE OF APPEARANCE** |

TO:   THE CLERK OF THE COURT, ALL COUNSEL OF RECORD AND PLAINTIFF
      APPEARING IN PRO PER:

PLEASE TAKE NOTICE that the attorney listed below hereby enters his appearances as counsel of record for defendant KINDER MORGAN ENERGY PARTNERS, L.P. (erroneously sued as Kinder Morgan Energy Partners Inc) in the above-captioned action:

**Barry R. Ogilby** (State Bar No. 118133)
Cooper, White & Cooper LLP
1333 N. California Blvd.
Walnut Creek, CA 94596
tel.: (925) 935-0700
fax: (925) 256-9428
e-mail: bogilby@cwclaw.com

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593349.1                                     1                            C07-03686 JW
NOTICE OF APPEARANCE

Mr. Ogilby will serve as co-counsel with the following attorney, who has previously appeared in this action on behalf of KINDER MORGAN ENERGY PARTNERS, L.P.

**Jill B. Rowe** (State Bar No. 197713)
Cooper, White & Cooper LLP
201 California St., 17th Fl.
San Francisco, CA 94111
tel.: (415) 433-1900
fax: (415) 433-5530
e-mail: jrowe@cwclaw.com

DATED: January 14, 2008

Respectfully submitted,

COOPER, WHITE & COOPER LLP

By: _____
Jill B. Rowe
Attorneys for Defendant KINDER MORGAN ENERGY PARTNERS, L.P., erroneously sued as

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593349.1

2

C07-03686 JW

NOTICE OF APPEARANCE

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On January 15, 2008, I served the following document(s): **NOTICE OF APPEARANCE** on each of the parties listed below at the following addresses:

### SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 15, 2008, at San Francisco, California.

_____
Cathie Coyle

593271.1

PROOF OF SERVICE    Case No. C07-03686 JW

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

## SERVICE LIST

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California  95111 | **Plaintiff**<br><br>Telephone:  (408) 401-7924<br>Email:  listcontent@yahoo.com |
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California  94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone:  (415) 374-8500<br>Facsimile:  (415) 394-6390<br>Email:  raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Denise Bazzano, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California  95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone:  (408) 535-1900<br>Facsimile:  (408) 998-3131<br>Email:  cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California  95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone:  (408) 280-6800<br>Facsimile:  (408) 275-6284<br>Email:  joneal@lbrg.com<br>          Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW