| | |
|---|---|
| 1 | COOPER, WHITE & COOPER LLP |
| | BARRY R. OGILBY (SBN 118133) |
| 2 |   bogilby@cwclaw.com |
| | JILL B. ROWE (SBN 197713) |
| 3 |   jrowe@cwclaw.com |
| | 201 California Street, 17th Floor |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 433-1900 |
| 5 | Facsimile: (415) 433-5530 |
| 6 | Attorneys for Defendant KINDER MORGAN |
| | ENERGY PARTNERS, L.P., erroneously sued as |
| 7 | KINDER MORGAN ENERGY PARTNERS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| AMY L. NILSON, | | CASE NO. C07-03686 JW |
|     Plaintiff, | | **KINDER MORGAN ENERGY PARTNERS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | | |
| KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al., | | [N.D. LOCAL RULE 3-16] |
|     Defendants. | | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

/ / /

/ / /

/ / /

/ / /

---

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593970.1

C07-03686 JW

KINDER MORGAN ENERGY PARTNERS, L.P.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[N.D. LOCAL RULE 3-16]

**Ownership Interests**

Kinder Morgan G.P., Inc., general partner of Kinder Morgan Energy Partners, L.P. ("KMEP");

Kinder Morgan Management LLC, limited partner, manages and controls the business and affairs of KMEP;

The remaining limited partner units of KMEP are publicly owned and traded. The top ten holders of these limited partner units, based upon publicly available data, are believed to be:

KN Energy Inc.

Fayez Sarofim & Co.

Goldman Sachs & Company Inc.

Morgan Stanley Investment Management Inc. (US)

Argyll Research LLC

Perkins Wolf McDonnell & Company LLC

Merrill Lynch & Company Inc.

Neuberger Berman LLC

Renaissance Technologies Corp.

Fiduciary Asset Management LLC

**Individuals who are active participants in the affairs of KMEP**

Richard D. Kinder, Chairman and CEO

C. Park Shaper, President

Steven J. Kean, Executive Vice President, COO

Jeffery R. Armstrong, President, Terminals

Thomas A. Bannigan, President, Products Pipelines

R. Tim Bradley, President, CO2

Scott Parker, President, Natural Gas Pipelines

Jordan H. Mintz, Vice President and Chief Tax Officer

Kimberly Allen Dang, CFO and Vice President, Investor Relations

W. Garner Dotson, Vice President, Internal Audit

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593970.1                                2                                C07-03686 JW
KINDER MORGAN ENERGY PARTNERS, L.P.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [N.D. LOCAL RULE 3-16]

1 David D. Kinder, Vice President, Corporate Development and Treasurer

2 Joseph Listengart, Vice President and General Counsel

3 Henry W. Neumann, Vice President and CIO

4 Larry S. Pierce, Vice President, Corporate Communications

5 James E. Street, Vice President, Human Resources, Admin. and Information Technology

6 Debra M. Witges, Vice President and Controller

8 DATED: January 29, 2008              COOPER, WHITE & COOPER LLP

10                                      By: _____
                                          Jill B. Rowe
11                                        Attorneys for Defendant KINDER MORGAN
                                          ENERGY PARTNERS, L.P.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593970.1                                3                                C07-03686 JW
KINDER MORGAN ENERGY PARTNERS, L.P.'s CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
[N.D. LOCAL RULE 3-16]

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On January 29, 2008, I served the following document(s): **KINDER MORGAN ENERGY PARTNERS, L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on each of the parties listed below at the following addresses:

## SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 29, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE   Case No. C07-03686 JW

# SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California  95111 | **Plaintiff**<br><br>Telephone:  (408) 401-7924<br>Email:  listcontent@yahoo.com |

**SERVICE VIA ELECTRONIC FILING**

| | |
|---|---|
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California  94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone:  (415) 374-8500<br>Facsimile:  (415) 394-6390<br>Email:  raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Denise Bazzano, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California  95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone:  (408) 535-1900<br>Facsimile:  (408) 998-3131<br>Email:  cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California  95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone:  (408) 280-6800<br>Facsimile:  (408) 275-6284<br>Email:  joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW