1  Amy L. Nilson
   3735 Senter Road
2  San Jose, CA 95111
   TEL: (408) 401-7924
3  Listcontent@yahoo.com

   FILED

4  Attorneys for Plaintiff
   Pro Se

   2008 JAN 17  A 11: 28

5
6  RICHARD W. WIEKING
   CLERK
   U.S. DISTRICT COURT
   NO. DIST. OF CA. S.J.

7

8              UNITED STATES DISTRICT COURT

9                                              90

10           NORTHERN DISTRICT OF CALIFORNIA

11 AMY L. NILSON                    )    Case No.  C07 – 03686 JW
                                    )
12              Plaintiff,          )    **MOTION TO COMPEL**
                                    )    **DISCLOSURE OR DISCOVERY**
13    V                             )    **AND FOR SANCTIONS**
                                    )
14                                  )    Date:    March 17, 2008
   KINDER MORGAN ENERGY PARTNERS    )    Time:    9:00 a.m.
15 L.P., THE CITY OF SAN JOSE, SANTA)    Courtroom 8, 4th Floor
   CLARA VALLEY WATER DISTRICT, SAN )    Judge:  Honorable James Ware
16 JOSE WATER COMPANY, et al.       )
                                    )
17                                  )
                Defendants.         )
18 _____  )

19         The Movants, ("Nilson") moves for discovery sanctions as follows.

20    **I.   BACKGROUND**

21    .      The failure of the Defendants to file a written response to the Plaintiff's Initial

22 Notification of Intent to Sue has resulted in unreasonable delay, which unjustly dismisses the

23 ("Nilson") First and Second Amended Complaint. Therefore the Plaintiff requests the actions are

24                                   -1-

**MOTION TO COMPEL  DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**
               Case No.  C07 – 03686 JW

1  ruled in favor of proceeding, his the Movants is answering the c\_\_\_nt by filing a Notice of

2  this motion, to allow for Disclosure and Discovery of "class information" by dismissing the

3  Defendants Motions under Federal Rules and Civil Procedures Rule 12 – 4(A) (B) (b) (2), Federal

4  Rules and Civil Procedures 12 -- 4(A) (B) (e) to be ruled in favor of the Movants, and that

5  discovery may continue through the disclosure of ("Exhibits"), that information may be obtained

6  for the "Class Action" to be fully understood of the effects caused by its decision to preclude

7  ("Casa Del Largo") from its discussion.

8

9      **II.    Defendants to be Ordered to Comply With Discovery of Documents**

10          The Movant requested materials from the City of San Jose, Santa Clara Valley Water

11  District, and the San Jose Water Company, pursuant an order requiring further detail in the Second

12  Amended Complaint, and that the Defendants respondent to respond to Movants request for

13  production of documents within 10 days of receipt of such order; and (upon any failure by

14  respondent to comply with the order to compel) a finding that "all information and documents

15  requested and all matters contained within", pursuant Rule 37(b)(1)(C) of the Federal Rules of

16  Civil Procedure, that such failure constitutes a default calling for the entry of a final order against

17  the Defendants.

18

19     **III.    The Movants move for an order compelling a further response.**

20          The motion shall be accompanied by a declaration stating facts ("Exhibit C"), in

21  showing a reasonable and good faith attempt at an informal resolution of each issue presented by

22  (See, DSB Decl.¶17), the Movants (seeks a Administrative Motion to File Under Seal) "Exhibits",

23  that sensitive information may be preserved for the further discovery of such events.

24

-2-

---

**MOTION TO COMPEL  DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**
Case No.  C07 – 03686  JW

1.  The San Jose Water Company produce documents requested work orders, and or
    maintenance on main pump station facilities; and repairing of "clean tap water" and or
    recycled irrigation/potable water sources, ("Casa Del Largo"), and ("SJWC Small Plaint");
    and or any services associated with the "Class" for the following dates:  June 28, 2005 – to
    November 15,  2007.

2.  The Movants request the San Jose Water Company to provide information regarding the
    provisions applied under 16 U.S.C. §665 (2006), "Investigations as to effect of industrial
    wastes; reports . . ." findings under Title 42 of the "Clean Water Act" (See ALN Decl. ¶ 26
    Related Doc. Exhibit B); and as defined as the Movants ("Casa Del Largo"); and stating the
    procedure in which the "Class" receives its "tap water".

3.  The Movants request of a current and prior list of customers of the San Jose Water
    Company is produced for the following dates:  June 28, 2005 – to November of 2007, to be
    supplied to the Movants, for the total amount of "units" represented in this "class action".

4.  The Movants request the total recorded events of interest, be provided by the Santa Clara
    Valley Water District {See Related Doc. Exhibit D) for the construction and or "municipal"
    actions, of the removal and or an admission of abatement and "NPDES TYPE II"
    constituents and or result testing of "creek and bed testing of coyote creek" ground water
    adjacent "KMEP" facilities.


**IV.   CONCLUSION**

5.  The Movants seek the Court consider under the provisions of FRCivP 19, pursuant Gov.
    Code § 68600 et seq., Cal. Rules of Ct., Rule 3.811 (1986), "In actions conducted pursuant
    to the Trial Court Delay Reduction Act . . . "local rules may affect the procedure for

-3-

**MOTION TO COMPEL  DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**
Case No. C07 – 03686  JW

1   judicial arbitration, a̶ ̶l̶imited civil cases in a court that so p̶ ̶ ̶des by local rule, whether

2   each party has any other kind of interest that could be substantially affected by the outcome

3   of the proceeding".

4   6.   The Movants seek a ruling pursuant L.R.16-1, "Scheduling," "discovery" or "status"

5   conferences under FRCivP 26 "Discovery requests that call for responses or depositions

6   after the applicable discovery cut-off . . . [e]xcept by order of the Court for good cause

7   shown".

8

9

10   a.   The district court properly ruled on the plaintiff's motion to dismiss the defendants'

     motion for dismissal or for the resubmission of a second amended complaint.

11

12   b.   The Movants, as members of the class, with no interests in conflict with the class,

13   would fairly insure adequate representation through pro se litigation and or seeking

14   sanctions and an order pursuant the courts stipulation.

15

16   c.   There [a]re . . . common questions of law and fact affecting all members of the

     class, which [o]ver rule the factual differences regarding the damages suffered by

17   each individual.

18

19

20   d.   (5)23e.33 [23d.22] pursuant Rule 23 a 12 FR Serv2d (1969), That in the

     "intervention in class action", the Movants requests the court to properly allow the

21   Movant, under "pro per" to seek certification of absent members of the class on

22   behalf of themselves and other others similarly affected.

23

24

                                    -4-

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MOTION TO COMPEL  DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**
Case No.  C07 – 03686 JW

1     e.  Pursuant Title 33 Section 505 that of a citizen's lawsuit was a law enacted by the

2     United States Congress, to ensure the fairness and equitable treatment of the same

3     afforded to weakened class members in protecting their right from contamination of

4     a "clean water source".

5

6     The refusal to recognize the symptoms and problems, in which the Movant directs the

7     court, its un-afforded application for co-council.  The Movants feel that through the

8     Certification of Class members and further case management may develop an ongoing

9     process to certify such actions, under "pro se" or otherwise certify the intentions of the

10     court pursuant L.R. 26 (f) further case management and or for resubmission of class

11     actions.

12   7.  Motion for Sanctions to be resubmitted to the court no more than 21 days, and asks for the

13     resubmission and certification of the "class".

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED

16   Dated: January 17, 2008

17                           Pro Se

18

19

20   Dated _____, ___ , 2008

21

22                       Honorable Judge James Ware

23

24

**MOTION TO COMPEL  DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**
Case No.  C07 – 03686  JW