1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  MARGO LASKOWSKA, Deputy City Attorney (#187252)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 | AMY L. NILSON,              | Case Number: C07-03686JW
12 |         Plaintiff,          | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CITY OF SAN JOSE**
13 |   v.                        |
14 | THE CITY OF SAN JOSE, SANTA |
   | CLARA VALLEY WATER DISTRICT,|
15 | SAN JOSE WATER COMPANY, et al., |
16 |         Defendants.         |

17

18 **TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

19     Please be advised that Deputy City Attorney Margo Laskowska has been substituted
20 as attorney for the Defendant City of San Jose, replacing Deputy City Attorney Denise S.
21 Bazzano.

22                                    Respectfully submitted,

23 Dated: January 29, 2008           RICHARD DOYLE, City Attorney

24
                                     By: /s/ Margo Laskowska
25                                       MARGO LASKOWSKA
                                         Deputy City Attorney
26
                                     Attorneys for CITY OF SAN JOSE
27

28

---
1
NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CITY OF SAN JOSE      C07-03686JW
                                                                      459962

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **CASE NAME:**   *AMY L. NILSON v. CITY OF SAN JOSE, et al.* |
| 3 | CASE NO.:   C07-03686RS |
| 4 | I, the undersigned declare as follows: |
| 5 | I am a citizen of the United States, over 18 years of age, employed in Santa Clara |
| 6 | County, and not a party to the within action. My business address is 200 East Santa Clara |
| 7 | Street, San Jose, California 95113-1905, and is located in the county where the service |
| 8 | described below occurred. |
| 9 | On **January 29, 2008**, I caused to be served the within: |
| 10 | **NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT CITY OF SAN JOSE** |
| 11-12 | ☒  by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s). |
| 13-14 | ☒  by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above. |
| 15-17 | I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business. |
| 18 | Addressed as follows: |
| 19 | **SEE ATTACHED SERVICE LIST** |
| 20 | |
| 21 | I declare under penalty of perjury that the foregoing is true and correct. Executed at |
| 22 | San Jose, California, on **January 29, 2008**. |
| 23 | *Margarita Martinez* (signature)<br>Margarita Martinez |

PROOF OF SERVICE                                                                                                  430099

## SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

Amy L. Nilson
3735 Senter Road
San Jose, California 95111

Telephone No.: (408) 401-7924

*Plaintiff In Pro Per*

**SERVICE VIA ELECTRONIC FILING**

Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.
COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone No.:   (415) 433-1900
Facsimile No.:    (415) 433-5530

*Attorneys for Defendant Kinder Morgan Energy Partners, LP*

Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.
Soderquist Law Offices
351 California Street, Suite 550
San Francisco, California 94111
Telephone No.:   (415) 374-8500
Facsimile No.:    (415) 394-6390

*Attorneys for Defendant San Jose Water Co.*

Thomas S. Brazier
Jeffrey F. Oneal
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, Caliornia 95126
Telephone No.:   (408) 280-6800
Facsimile No.:    (408) 275-6284

*Attorneys for Defendant Santa Clara Valley Water District*