UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L NILSON, | No. C 07-03686 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE ADVANCING HEARING |
| THE CITY OF SAN JOSE, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Plaintiff's Motion to Compel, Motion for Discovery, Motion for Sanctions filed before Judge James Ware previously noticed for March 17, 2008 at 9:00 AM has been ADVANCED to coordinate with other related motions on **March 10, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 30, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: ___/s/___
Elizabeth Garcia
Courtroom Deputy