Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

ORIGINAL
08 JAN 29 PM 3:04
RICH...
...ING
U.S....
...RT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>    Defendants. | Case No.: CV07-03686RS<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**<br><br>DATE:    March 17, 2008<br>TIME:    9:00 a.m.<br>PLACE:   Courtroom 8<br>**Honorable James Ware** |

## INTRODUCTION

The plaintiff has filed a "motion to compel disclosure or discovery and for sanctions". The papers are procedurally defective and are also unintelligible.

## STATEMENT OF FACTS

As the court is no doubt aware, this matter involves allegations by Amy L. Nilson, in Pro Per, for a variety of claims which have been the subject of motions to dismiss. Currently, there are motions to dismiss pending which are to be heard on March 10, 2008.

The motions to dismiss are based upon a failure of Ms. Nilson to assert any cognizable legal theory in an intelligible fashion. Ms. Nilson originally filed a complaint in early 2007 which was voluntarily dismissed. She has now filed three separate complaints in this action none of which contain

1

Case No. CV07-03686RS – MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS

any rational legal theory.

In the meantime, Ms. Nilson has at various times attempted to conduct discovery in a manner which does not comply with any known or reasonable procedure. In that regard, through email, Ms. Nilson has commanded the attendance of the defendants at a deposition of a third party witness without a notice or subpoena. She has also demanded directly from at least Santa Clara Valley Water District, documents without a request. Furthermore, in the previously dismissed action, Ms. Nilson filed a similar motion to compel and for sanctions, again without properly conducting any form of discovery.

Now, Ms. Nilson has filed this motion to compel disclosure or discovery and for sanctions. As with her other submittals to the court, there is no compliance with the various rules of civil procedure and certainly there has been no valid discovery procedure utilized which would in any way support this motion to compel.

## DISCUSSION

It is impossible for defendant to provide any kind of rational or reasonable opposition to the motion given the unintelligible nature of plaintiff's papers. However, defendant Santa Clara Valley Water District wishes to bring to the court's attention two things.

First, apparently, plaintiff believes that the court's previous order, concerning defendant's motion to dismiss, required defendants to produce documents. (See page 2, line 10 thru line 17) Clearly, that was not the court's order.

Secondly, on page 5, plaintiff includes the following language: "pursuant to stipulation, it is so ordered". While no doubt Ms. Nilson is using that phraseology mistakenly, defendant Santa Clara Valley Water District wishes to advise the court that no stipulations have been made with plaintiff concerning any subject, and in particular any matter concerning discovery.

## CONCLUSION

Ms. Nilson is utilizing the court's process contrary to the Federal Rules of Civil Procedure and local court rules. She is doing so in a manner which causes defendants to expend costs and fees

//
//
//

2

1  unnecessarily. While defendant does not request sanctions at this time, it should be made clear to Ms.
2  Nilson that any further abuse of the court's processes could be met with a request for sanctions in one
3  form or another.

Dated: 1/28/08, 2008

Respectfully submitted,

LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
Thomas S. Brazier
Jeffrey F. Oneal
Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

3

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California. On the date set forth below I served the documents described below: **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION OF MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA 95111<br>Telephone: (408) 401-7924 | In Pro Se Plaintiff |
| Denise Sequeira Bazzana<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>408-535-1900 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104<br>415-374-8500 | Attorney for Defendant San Jose Water Company |
| Jill B. Rowe, Esq.<br>Cooper, White & Cooper LLP<br>201 California Street, 17th Flr<br>San Francisco, CA 94111<br>Telephone: (415) 433-1900<br>Facsimile: (415) 433-5530 | Attorneys for Defendant Kinder Morgan Energy Partners, LP, erroneously sued as Kinder Morgan Energy Partners, Inc. |
| Barry R. Ogilby, Esq.<br>Cooper, White & Cooper LLP<br>1333 N. California Blvd.<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-0700<br>Facsimile: (925) 256-0428<br>Email: bogilby@cwclaw.com | Attorneys for Defendant Kinder Morgan Energy Partners, LP, erroneously sued as Kinder Morgan Energy Partners, Inc. |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[ ]   (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

1

1  [ ]   (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.
2
3  [ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
4  [X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
5
6       EXECUTED on January 28, 2008 at San Jose, California.
7  12000-134
                                                     _____
                                                            NATALYN FRAZIER

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    2
                Case No. C07-03686RS – PROOF OF SERVICE