1  Philip R. Soderquist (SBN 125219)
   Robert A. Schwartz (SBN 107436)
2  SODERQUIST LAW OFFICES
   351 California Street, Suite 550
3  San Francisco, CA 94104
   Telephone: (415) 374-8500
4  Facsimile: (415) 394-6390

5  Attorneys for San Jose Water Company

6

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  AMY L. NILSON,                          )  Case No. C07 03686 JW
                                            )
12            Plaintiff,                     )  MEMORANDUM OF POINTS AND
                                            )  AUTHORITIES IN OPPOSITION TO
13  v.                                       )  PLAINTIFF'S MOTION TO COMPEL
                                            )  DISCLOSURE OR DISCOVERY AND
14  KINDER MORGAN ENERGY PARTNERS,)  FOR SANCTIONS
    INC., THE CITY OF SAN JOSE, SAN JOSE)
15  WATER COMPANY, SANTA CLARA        )  Date:    March 10, 2008
    VALLEY WATER DISTRICT, et al.       )  Time:    9:00 a.m.
16                                          )  Courtroom: 8
             Defendants.                    )  Judge: The Honorable James Ware
17                                          )
                                            )
18                                          )
                                            )
19  _____)

20                    I.    INTRODUCTION

21        Despite never serving any discovery requests, plaintiff has now filed a "Motion to

22  Compel Disclosure or Discovery and for Sanctions." The motion is both unintelligible and

23  procedurally deficient and should be denied.

24                    II.    SUMMARY OF FACTS

25        Plaintiff has filed four complaints in this action, attempting to allege that defendants are

26  responsible for air, water and noise pollution that she contends affects her in some manner. This

27  court granted defendants' motion to dismiss plaintiff's second amended complaint on November

28  9, 2007, but granted leave to amend. Motions to dismiss plaintiff's current amended complaint

                                       -1-
_____
MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
             DISCLOSURE OR DISCOVERY AND FOR SANCTIONS

1   have been filed by defendant San Jose Water Company ("SJWC") and the other defendants with

2   a hearing set for March 10, 2008. Plaintiff's complaints do not allege any cognizable legal claim

3   for relief, are unintelligible and procedurally defective. This motion is similarly deficient.

### III.    ARGUMENT

5   While it is difficult to respond to plaintiff's contentions because of the unintelligible

6   nature of her motion, defendant SJWC notes the following.

7   The only request for information served on defendant SJWC was a request contained in a

8   pre-lawsuit Notice of Intent to Sue. Plaintiff filed this motion under Federal Rule of Civil

9   Procedure 37 without seeking discovery under Federal Rules of Civil Procedure 21-36. Nor are

10  the early disclosures required by FRCP 26(a) due, because no Rule 26(a)(f) conference has been

11  set. Plaintiff did not comply with the meet and confer requirements of Local Rule 37-1(a) before

12  filing this motion. Because plaintiff has not complied with the federal rules or local rules her

    motion is deficient and must be denied.

13  Plaintiff believes that this court's November 9, 2007, Order dismissing her second

14  amended complaint ordered defendants to produce documents within 10 days. (Motion, p. 5:10-

15  17.) This is not correct. In addition, plaintiff makes repeated requests for "class information" so

16  that her "class action" may be pursued despite the fact, as the court advised, that a class action

17  suit cannot proceed unless there is an attorney acting as class counsel. FRCP 23(c)(1)(B).

18  Finally, the court is directed to page 5 of plaintiff's motion where plaintiff states:

19  "Pursuant to stipulation, it is so ordered." No stipulations have been made with plaintiff

20  concerning discovery or any other matter.

### IV.    CONCLUSION

22  Plaintiff is continuing to pursue her action in violation of the Federal Rules of Civil

23  Procedure and local court rules. Therefore, plaintiff's motion must be denied. Defendant SJWC

24  requests that the court inform plaintiff that if she continues to prosecute her action without

25  following proper procedures and without complying with the court's orders, defendants will

26  request sanctions for the continued expenditure of costs and fees required to address plaintiff's

27  misguided use of the court's process.

28

-2-

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**

1

DATED:   February 14, 2008                    SODERQUIST LAW OFFICES

2

3

4                                             By:   ROBERT A. SCHWARTZ
                                                    Attorneys for San José Water Company

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**

1

2

## PROOF OF SERVICE

*Nilson v. San Jose Water Co., et al.*

3

4

     I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause. My business address is 351 California Street, Suite 550, San Francisco, California 94104.

5

     On the date set forth below, I served the attached

6

-   **Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Compel Disclosure or Discovery and for Sanctions**

7

on the following interested parties in said cause:

8

## SEE ATTACHED LIST

9

10
  ☐  **BY ELECTRONIC FILING** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

11
  ☐  **VIA MAIL** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection and mailing. I am readily familiar with my firm's business practice of collection and processing correspondence for mailing, and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Francisco, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

12

13

14
  ☐  **VIA OVERNIGHT MAIL/COURIER** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection by overnight mail or courier service. I am readily familiar with my firm's business practice of collection and processing correspondence for overnight delivery, and correspondence placed for collection would be delivered to an agent of the overnight mail or courier service authorized to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

15

16

17

18
  ☐  **VIA FACSIMILE** By sending a facsimile transmission thereof to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission was reported complete and without error.

19
  ☐  **VIA HAND DELIVERY** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-delivered that same day.

20

21

22
     I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 14, 2008** at San Francisco, California.

23

24

25
                              Judy Hunter

26

27

28

1

## SERVICE LIST

2

3    By Mail:

4    Amy L. Nilson                                    **Plaintiff**
      3735 Senter Road
5    San Jose, CA  95111

6

7    By Electronic Filing:

8    Barry R. Ogilby                                  **Attorneys for Defendant**
      Jill B. Rowe                                     **Kinder Morgan Energy Partners, LP**
9    Cooper, White & Cooper LLP
      201 California Street, 17th Floor
10   San Francisco, CA  94111

11

12   Richard Doyle, City Attorney               **Attorneys for Defendant**
      George Rios, Assist. City Attorney          **City of San Jose**
13   Margo Laskowska, Deputy City Attorney
      Office of the City Attorney
14   200 East Santa Clara Street
      San Jose, CA  95113
15

16   Thomas S. Brazier                             **Attorneys for Defendant**
      Jeffrey F. Oneal                               **Santa Clara Valley Water District**
17   LaMore, Brazier, Riddle & Giampaoli
      1570 The Alameda, Suite 150
18   San Jose, CA  95126

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE