```
COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
   bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
   jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>    Defendants. | CASE NO. C07-03686 JW<br><br>**KINDER MORGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**<br><br>Date:    March 10, 2008<br>Time:    9:00 a.m.<br>Dept.:   8<br>Judge:   Hon. James Ware |

Plaintiff Amy Nilson, representing herself in pro per, has filed a "Motion to Compel Disclosure or Discovery and for Sanctions." The motion does not appear to be directed at Defendant Kinder Morgan Energy Partners, L.P. ("Kinder Morgan"). Rather, it alleges that Ms. Nilson "requested materials from the City of San Jose, Santa Clara Valley Water District, and the San Jose Water Company..." (Plaintiff's Motion, at 2:10-11.) Out of an abundance of caution, Kinder Morgan files this opposition to clarify that no discovery has been served upon it, and thus there is no discovery to compel from Kinder Morgan. (Rowe Decl., ¶2.) In addition, there has been no Federal Rules of Civil Procedure, Rule 26(f) conference in this case, and thus no early disclosures are required by Federal Rules of Civil Procedure, Rule 26(a). (Rowe Decl., ¶3.) There

595130.1                                                                                                              C07-03686 JW
KINDER MORGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO
COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1  is simply no discovery to compel from Kinder Morgan, and Ms. Nilson's motion must therefore be
2  denied.

3  DATED: February 15, 2008                    COOPER, WHITE & COOPER LLP

5                                              By: _____/s/ Jill B. Rowe_____
                                                    Jill B. Rowe
6                                                   Attorneys for Defendant KINDER MORGAN
                                                    ENERGY PARTNERS, L.P.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595130.1                                        2                              C07-03686 JW
KINDER MORGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO
COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On February 14, 2008, I served the following document(s): **KINDER MORGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS and ROWE DECLARATION IN SUPPORT OF KINDER MORGAN'S OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS** on each of the parties listed below at the following addresses:

### SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY OVERNIGHT DELIVERY:** On the date specified above in San Francisco County, as to each of the parties identified in the above service list, I deposited in a box or other facility regularly maintained by the overnight service carrier, or delivered to a courier or driver authorized by said overnight service carrier to receive documents on its behalf, a true copy of the above-referenced document(s) in a sealed envelope or package designated by the overnight service carrier, with delivery fees paid or provided for.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 14, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE          Case No. C07-03686 JW

# SERVICE LIST

**SERVICE VIA OVERNIGHT DELIVERY**

Amy L. Nilson  
3735 Senter Road  
San Jose, California 95111

**Plaintiff**

Telephone: (408) 401-7924  
Email: listcontent@yahoo.com

**SERVICE VIA ELECTRONIC FILING**

Philip R. Soderquist  
Robert A. Schwartz  
Soderquist Law Offices  
351 California Street, Suite 550  
San Francisco, California 94111

**Attorneys for Defendant**  
**San Jose Water Company**

Telephone: (415) 374-8500  
Facsimile: (415) 394-6390  
Email: raschwartz1@gmail.com

Richard Doyle, City Attorney  
George Rios, Assist. City Attorney  
Margo Laskowska, Deputy City Attorney  
Office of the City Attorney  
200 East Santa Clara Street  
San Jose, California 95113

**Attorneys for Defendant**  
**City of San Jose**

Telephone: (408) 535-1900  
Facsimile: (408) 998-3131  
Email: cao.main@sanjoseca.gov

Thomas S. Brazier  
Jeffrey F. Oneal  
LaMore, Brazier, Riddle & Giampaoli  
1570 The Alameda, Suite 150  
San Jose, California 95126

**Attorneys for Defendant**  
**Santa Clara Valley Water District**

Telephone: (408) 280-6800  
Facsimile: (408) 275-6284  
Email: joneal@lbrg.com  
Tom_Brazier@lbrg.com

COOPER, WHITE  
& COOPER LLP  
ATTORNEYS AT LAW  
201 CALIFORNIA STREET  
SAN FRANCISCO, CA 94111

595167.1

2  
PROOF OF SERVICE

Case No. C07-03686 JW