COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
  bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>        Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>        Defendants. | CASE NO. C07-03686 JW<br><br>**ROWE DECLARATION IN SUPPORT OF KINDER MORGAN'S OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**<br><br>Date:    March 10, 2008<br>Time:    9:00 a.m.<br>Dept.:   8<br>Judge:   Hon. James Ware |

I, Jill B. Rowe, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Cooper, White & Cooper LLP, attorneys of record for Kinder Morgan Energy Partners, L.P. ("Kinder Morgan"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. No discovery requests have been served upon Kinder Morgan in this litigation.

3. I am informed and believe that there has been no Federal Rules of Civil Procedure Rule 26(f) conference in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595155.1                                                                                                C07-03686 JW
ROWE DECLARATION IN SUPPORT OF KINDER MORGAN'S OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS

1  foregoing is true and correct.

2      Executed February 14, 2008, at San Francisco, California.

*[signature]*
Jill B. Rowe

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595155.1                    2                    C07-03686 JW
ROWE DECLARATION IN SUPPORT OF KINDER MORGAN'S OPPOSITION TO MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS