RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>Defendants. | Case Number: C07-03686JW<br><br>**CITY OF SAN JOSE'S JOINDER IN SANTA CLARA VALLEY WATER DISTRICT'S, SAN JOSE WATER COMPANY'S, AND KINDER MORGAN ENERGY PARTNERS, L.P.'S MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**<br><br>DATE: March 10, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 8<br>JUDGE: Hon. James Ware |

Defendant City of San Jose hereby joins in the memoranda of points and authorities filed by Co-Defendants Santa Clara Valley Water District, San Jose Water Company, and Kinder Morgan Energy Partners, L.P. in opposition to Plaintiff's Motion to Compel Disclosure or Discovery and for Sanctions.

This motion is procedurally improper and unintelligible. Defendant City of San Jose received no discovery request from the Plaintiff and has not entered into any stipulations with

///

1

CITY OF SAN JOSE'S JOINDER IN SANTA CLARA VALLEY WATER DISTRICT'S, SAN JOSE WATER COMPANY'S, & KINDER MORGAN ENERGY PARTNERS, L.P.'S MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION C07-03686JW 463109

Plaintiff. *See* Declaration of Margo Laskowska in Support of City of San Jose's Joinder. The City requests that Plaintiff's motion be denied.

Dated: February 15, 2008

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: Margo Laskowska
MARGO LASKOWSKA
Deputy City Attorney
Attorneys for CITY OF SAN JOSE

# PROOF OF SERVICE

CASE NAME: AMY L. NILSON v. CITY OF SAN JOSE, et al.

CASE NO.: C07-03686JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **February 15, 2008**, I caused to be served the within:

**CITY OF SAN JOSE'S JOINDER IN SANTA CLARA VALLEY WATER DISTRICT'S, SAN JOSE WATER COMPANY'S, AND KINDER MORGAN ENERGY PARTNERS, L.P.'S MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**

☒ by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on **February 15, 2008**.

Margarita Martinez

**SERVICE LIST**

**SERVICE VIA FIRST CLASS MAIL**

Amy L. Nilson
3735 Senter Road
San Jose, California 95111

Telephone No.: (408) 401-7924

***Plaintiff In Pro Per***

**SERVICE VIA ELECTRONIC FILING**

Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.
COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone No.: (415) 433-1900
Facsimile No.: (415) 433-5530

***Attorneys for Defendant Kinder Morgan Energy Partners, LP***

Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.
Soderquist Law Offices
351 California Street, Suite 550
San Francisco, California 94111
Telephone No.: (415) 374-8500
Facsimile No.: (415) 394-6390

***Attorneys for Defendant San Jose Water Co.***

Thomas S. Brazier
Jeffrey F. Oneal
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, Caliornia 95126
Telephone No.: (408) 280-6800
Facsimile No.: (408) 275-6284

***Attorneys for Defendant Santa Clara Valley Water District***