1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  MARGO LASKOWSKA, Deputy City Attorney (#187252)
   Office of the City Attorney
3  200 East Santa Clara Street, 16th Floor
   San José, California 95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number: (408) 998-3131
5  E-Mail Address: cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  AMY L. NILSON,                          Case Number: C07-03686JW

12                                          **DECLARATION OF MARGO**
                    Plaintiff,              **LASKOWSKA IN SUPPORT OF CITY**
13                                          **OF SAN JOSE'S JOINDER IN SANTA**
           v.                               **CLARA VALLEY WATER DISTRICT'S,**
14                                          **SAN JOSE WATER COMPANY'S, AND**
                                            **KINDER MORGAN ENERGY**
15  THE CITY OF SAN JOSE, SANTA             **PARTNERS, L.P.'S MEMORANDA OF**
    CLARA VALLEY WATER DISTRICT,            **POINTS AND AUTHORITIES IN**
16  SAN JOSE WATER COMPANY, et al.,         **OPPOSITION TO PLAINTIFF'S MOTION**
                                            **TO COMPEL DISCLOSURE OR**
17                  Defendants.             **DISCOVERY AND FOR SANCTIONS**

18
                                            DATE: March 10, 2008
19                                          TIME:  9:00 a.m.
                                            COURTROOM: 8
20                                          JUDGE: Hon. James Ware

21

22      I, Margo Laskowska, hereby declare that:

23      1.    I am a Deputy City Attorney with the Office of the City Attorney for the City of

24  San Jose, and counsel of record for Defendant City of San Jose in this case.

25      2.    Defendant City of San Jose received no discovery request from Plaintiff Nilson

26  in this case.

27      3.    Defendant City has not entered into any stipulations with Plaintiff.

28  ///

                                    1

1       I declare under penalty of perjury under the laws of the United States of America that

2   the foregoing is true and correct.  Executed this 15th day of February 2008 at San Jose,

3   California.

4

5   _____
    MARGO LASKOWSKA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARGO LASKOWSKA IN SUPPORT OF CSJ'S JOINDER IN SANTA      C07-03686JW
CLARA VALLEY WATER DISTRICT'S, SAN JOSE WATER COMPANY'S, AND KINDER            463177
MORGAN ENERGY PARTNERS, L.P.'S OPPOSITION TO PLAINTIFF'S MOTION

1

**PROOF OF SERVICE**

2 | CASE NAME:    AMY L. NILSON v. CITY OF SAN JOSE, et al.

3 | CASE NO.:    C07-03686JW

4 |        I, the undersigned declare as follows:

5 |        I am a citizen of the United States, over 18 years of age, employed in Santa Clara

6 | County, and not a party to the within action.  My business address is 200 East Santa Clara

7 | Street, San Jose, California  95113-1905, and is located in the county where the service

8 | described below occurred.

9 |        On **February 15, 2008**, I caused to be served the within:

10

11

12 | **DECLARATION OF MARGO LASKOWSKA IN SUPPORT OF CITY OF SAN JOSE'S JOINDER IN SANTA CLARA VALLEY WATER DISTRICT'S, SAN JOSE WATER COMPANY'S, AND KINDER MORGAN ENERGY PARTNERS, L.P.'S MEMORANDA OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCLOSURE OR DISCOVERY AND FOR SANCTIONS**

13

14 | ☒      by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

15

16 | ☒      by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

17

18 | I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

19

20

21 | Addressed as follows:

22 | **SEE ATTACHED SERVICE LIST**

23

24 |        I declare under penalty of perjury that the foregoing is true and correct.  Executed at

25 | San Jose, California, on **February 15, 2008**.

26 | Margarita Martinez

27

28

PROOF OF SERVICE                                                                    430099

1                                              **SERVICE LIST**

2    **SERVICE VIA FIRST CLASS MAIL**

3       Amy L. Nilson
        3735 Senter Road
4       San Jose, California 95111

5       Telephone No.:  (408) 401-7924

6       ***Plaintiff In Pro Per***

7    **SERVICE VIA ELECTRONIC FILING**

8       Jill B. Rowe, Esq.
        Barry R. Ogilby, Esq.
9       COOPER, WHITE & COOPER, LLP
        201 California Street, 17th Floor
10      San Francisco, California 94111
        Telephone No.:      (415) 433-1900
11      Facsimile No.:      (415) 433-5530

12      ***Attorneys for Defendant Kinder Morgan
        Energy Partners, LP***
13

14      Philip R. Soderquist, Esq.
        Robert A. Schwartz, Esq.
15      Soderquist Law Offices
        351 California Street, Suite 550
16      San Francisco, California 94111
        Telephone No.:      (415) 374-8500
17      Facsimile No.:      (415) 394-6390

18      ***Attorneys for Defendant San Jose Water Co.***

19      Thomas S. Brazier
        Jeffrey F. Oneal
20      LaMore, Brazier, Riddle & Giampaoli
        1570 The Alameda, Suite 150
21      San Jose, Caliornia 95126
        Telephone No.:      (408) 280-6800
22      Facsimile No.:      (408) 275-6284

23      ***Attorneys for Defendant Santa Clara Valley
        Water District***
24

25

26                         .

27

28

PROOF OF SERVICE                                                                    430099