Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS, INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.<br><br>    Defendants. | Case No. C07 03686 JW<br><br>**DEFENDANT SAN JOSE WATER COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED SECOND AMENDED COMPLAINT**<br><br>Date:   March 10, 2008<br>Time:   9:00 a.m.<br>Courtroom: 8<br>Judge:  The Honorable James Ware |

## I. INTRODUCTION

Plaintiff has improperly filed her Motion to File Amended Second Amended Complaint while defendants' Motions to Dismiss her Second Amended Complaint are still pending. Plaintiff's motion is procedurally improper and should not be considered by the court. The Amended Second Amended Complaint is also fatally deficient and should be dismissed on the merits. Because of its procedural impropriety, defendant San Jose Water Company ("SJWC") will only briefly discuss plaintiff's latest motion's most obvious flaws.

## II. ARGUMENT

**A.    The Motion to File Amended Second Amended Complaint is procedurally deficient.**

-1-
DEFENDANT SAN JOSE WATER COMPANY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED SECOND AMENDED COMPLAINT

In addition to being filed without leave of court, and while motions to dismiss plaintiff's prior complaint are pending, plaintiff's Motion violates the Federal Rules of Civil Procedure and the Court's Local Rules.

First, the motion is untimely. The motion was served by mail on February 4, 2008, 35 days before the March 10, 2008 hearing date as required by Local Rule 7.2(a). However, plaintiff did not add the additional three days required for service by mail by Federal Rule of Civil Procedure 6(e). Therefore, the motion is untimely and should not be considered.

Second, the motion contains no memorandum of points and authorities as required by Local Rules 7-2(b) and 7-4, nor any declaration supporting the motion as required by Local Rules 7-2(d) and 7-5.

Therefore, the motion should be denied based upon its procedural violations.

**B.      The motion should be denied because the Amended Second Amended Complaint fails to show compliance with the Clean Water Act.**

Plaintiff's Amended Second Amended Complaint makes clear that plaintiff's entire lawsuit is based on alleged violations of the Clean Water Act. However, despite being given numerous opportunities to allege and provide evidence of compliance with the prerequisites for filing a private action under the Clean Water Act, plaintiff has still failed to allege that she has fulfilled the notice requirements of 33 U.S.C. §1365(b).

Therefore, even should the court consider the Amended Second Amended Complaint on the merits, the court would in all likelihood dismiss it. Because plaintiff has been given numerous opportunities to allege compliance with the Clean Water Act notice requirement, the complaint, if considered, would likely be dismissed without leave to amend.

### III.      CONCLUSION

This plaintiff is continuing to pursue her action in violation of the Federal Rules of Civil Procedure, the Northern District's Local Rules and the Clean Water Act. Plaintiff's Motion to File Amended Second Amended Complaint must be denied. In addition, the Amended Second Amended Complaint demonstrates that plaintiff is unable to state proper claims for relief against these defendants. Therefore, defendants' motions to dismiss her Second Amended Complaint

should be granted without leave to amend to avoid further improper utilization of the Court's resources and the continued expenditure of attorney fees and costs by defendants to defend this meritless action.

DATED:   February 19, 2008            SODERQUIST LAW OFFICES

By:   ROBERT A. SCHWARTZ
      Attorneys for San Jose Water Company

-3-

# PROOF OF SERVICE

*Nilson v. San Jose Water Co., et al.*

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause. My business address is 351 California Street, Suite 550, San Francisco, California 94104.

On the date set forth below, I served the attached

- **Defendant San Jose Water Company's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to File Amended Second Amended Complaint**

on the following interested parties in said cause:

## SEE ATTACHED LIST

☒ **BY ELECTRONIC FILING** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒ **VIA MAIL** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection and mailing. I am readily familiar with my firm's business practice of collection and processing correspondence for mailing, and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Francisco, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **VIA OVERNIGHT MAIL/COURIER** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection by overnight mail or courier service. I am readily familiar with my firm's business practice of collection and processing correspondence for overnight delivery, and correspondence placed for collection would be delivered to an agent of the overnight mail or courier service authorized to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

☐ **VIA FACSIMILE** By sending a facsimile transmission thereof to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission was reported complete and without error.

☐ **VIA HAND DELIVERY** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-delivered that same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **February 19, 2008** at San Francisco, California.

_____
Judy Hunter

## SERVICE LIST

**By Mail:**

Amy L. Nilson  
3735 Senter Road  
San Jose, CA 95111

**Plaintiff**

**By Electronic Filing:**

Barry R. Ogilby  
Jill B. Rowe  
Cooper, White & Cooper LLP  
201 California Street, 17th Floor  
San Francisco, CA 94111

**Attorneys for Defendant**  
**Kinder Morgan Energy Partners, LP**

Richard Doyle, City Attorney  
George Rios, Assist. City Attorney  
Margo Laskowska, Deputy City Attorney  
Office of the City Attorney  
200 East Santa Clara Street  
San Jose, CA 95113

**Attorneys for Defendant**  
**City of San Jose**

Thomas S. Brazier  
Jeffrey F. Oneal  
LaMore, Brazier, Riddle & Giampaoli  
1570 The Alameda, Suite 150  
San Jose, CA 95126

**Attorneys for Defendant**  
**Santa Clara Valley Water District**

PROOF OF SERVICE

Case 5:07-cv-03686-JW    Document 103    Filed 02/19/2008    Page 5 of 5