COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
  bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California  94111
Telephone:    (415) 433-1900
Facsimile:     (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>    Defendants. | CASE NO. C07-03686 JW<br><br>**KINDER MORGAN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:    March 10, 2008<br>Time:    9:00 a.m.<br>Crtrm.:   8<br>Judge:   Hon. James Ware |

Plaintiff Amy Nilson's opposition to Kinder Morgan's motion to dismiss (which she labels an "Amended Motion to Dismiss Defendants Motions' to Dismiss Plaintiffs Second Amended Complaint") does nothing to address the deficiencies identified in Kinder Morgan's moving papers.

1.   Both the Second Amended Complaint and Plaintiff's proposed third amended complaint (which is labeled an Amended Second Amended Complaint), remain unclear,

unintelligible and wholly insufficient because they fail to state a cognizable legal theory under which relief may be granted. It is still impossible to determine who is being sued for what. Plaintiff never answers the fundamental question: what did each defendant do wrong, and how is that actionable?

2. To the extent Plaintiff is seeking recovery under the Clean Water Act or the Safe Drinking Water Act, she still fails to allege compliance with the notice requirements of those statutes. Consequently, she still fails to plead that she has exhausted her administrative remedies, which requires the action to be dismissed.

3. Plaintiff still appears to assert class action allegations, yet fails to comply with the requirements for proceeding as a class. A *pro se* litigant may not represent a class, and Plaintiff also fails to plead any of the required elements of a class action under FRCP 23, such as numerosity, common questions of law or fact, typicality, or fair and adequate protection of class interests.

4. Plaintiff still fails to comply with this Court's order that it would dismiss the action unless the Second Amended Complaint "clearly articulate[s] the bases for the Court's jurisdiction and whether [Plaintiff] has exhausted her administrative remedies."

Plaintiff has been given ample opportunities to frame an adequate pleading, but has demonstrated that she cannot do so. The action should now be dismissed without leave to amend.

DATED: February 19, 2008

COOPER, WHITE & COOPER LLP

By: _____
Jill B. Rowe
Attorneys for Defendant KINDER MORGAN ENERGY PARTNERS, L.P., erroneously sued as KINDER MORGAN ENERGY PARTNERS INC.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

2                                                           C07-03686 JW
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF KINDER MORGAN'S MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On February 19, 2008, I served the following document(s): **KINDER MORGAN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]** on each of the parties listed below at the following addresses:

### SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2008, at San Francisco, California.

*Cathie Coyle*
Cathie Coyle

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE    Case No. C07-03686 JW

# SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California 95111 | **Plaintiff**<br><br>Telephone: (408) 401-7924<br>Email: listcontent@yahoo.com |

**SERVICE VIA ELECTRONIC FILING**

| | |
|---|---|
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California 94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone: (415) 374-8500<br>Facsimile: (415) 394-6390<br>Email: raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Margo Laskowska, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California 95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone: (408) 535-1900<br>Facsimile: (408) 998-3131<br>Email: cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California 95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone: (408) 280-6800<br>Facsimile: (408) 275-6284<br>Email: joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW