RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>　　　　　Defendants. | Case Number: C07-03686JW<br><br>**CITY OF SAN JOSE'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>DATE: March 10, 2008<br>TIME: 9:00 a.m.<br>COURTROOM: 8<br>JUDGE: Hon. James Ware |

**ARGUMENT**

Plaintiff's Second Amended Complaint should be dismissed against the City of San Jose without leave to amend because it does not cure the deficiencies of the previous complaint. The Court's Order issued on November 9, 2007, granted defendants' motions to dismiss for failure to state a claim.

The Court found that Plaintiff failed to state a cognizable legal theory because "the allegations within [the] causes of action do not identify the particular Defendant to which they apply, nor do they provide a sufficient statutory or common law basis for the claim for relief. Further, the allegations are vague, ambiguous, and unintelligible." Order filed November 9, 2007, at 3:8-11.

1

The Court also found that Plaintiff did not sufficiently allege that she fulfilled notice requirements to bring an action under the Clean Water Act or the Safe Drinking Water Act. *Id.* at 3:12-16.

Finally, the Court found that Plaintiff, in her attempt to sue public entities, did not sufficiently allege compliance with the requirements of the California Government Tort Claims Act. *Id.* at 4: 1-4.

The Second Amended Complaint does not cure any of the above deficiencies. Nor do any of Plaintiff's pleadings filed in response to the City's and the other Defendants' motions to dismiss clarify the Second Amended Complaint. Since the complaint remains substantively insufficient, it must be dismissed. *Yuba Consol. Gold Fields v. Kilkeary*, 206 F.2d 884 (9th Cir. 1953).

The Amended Second Amended Complaint that Plaintiff improperly attempts to file does not satisfy the objections to the original complaint, either. This next version of the complaint indicates that Plaintiff is unable to cure the deficiencies and that further leave to amend would be futile.

## CONCLUSION

For the foregoing reasons, Defendant City of San Jose respectfully requests the Court to grant the City's motion to dismiss without leave to amend.

Dated: February 21, 2008

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: *Margo Laskowska*
MARGO LASKOWSKA
Deputy City Attorney
Attorneys for CITY OF SAN JOSE

2

CITY OF SAN JOSE'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED    C07-03686JW
COMPLAINT [FRCP 12(B)(6)], OR IN THE ALTERNATIVE, MOTION FOR A MORE    463776
DEFINITE STATEMENT [FRCP 12(E)]

# PROOF OF SERVICE

CASE NAME:   AMY L. NILSON v. CITY OF SAN JOSE, et al.

CASE NO.:   C07-03686JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On **February 21, 2008**, I caused to be served the within:

**CITY OF SAN JOSE'S REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]**

☒   by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒   by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on **February 21, 2008**.

*/s/ Margarita Martinez*
Margarita Martinez

## SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

Amy L. Nilson
3735 Senter Road
San Jose, California 95111

Telephone No.: (408) 401-7924

*Plaintiff In Pro Per*

**SERVICE VIA ELECTRONIC FILING**

Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.
COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor
San Francisco, California 94111
Telephone No.:    (415) 433-1900
Facsimile No.:    (415) 433-5530

*Attorneys for Defendant Kinder Morgan Energy Partners, LP*

Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.
Soderquist Law Offices
351 California Street, Suite 550
San Francisco, California 94111
Telephone No.:    (415) 374-8500
Facsimile No.:    (415) 394-6390

*Attorneys for Defendant San Jose Water Co.*

Thomas S. Brazier
Jeffrey F. Oneal
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, Caliornia 95126
Telephone No.:    (408) 280-6800
Facsimile No.:    (408) 275-6284

*Attorneys for Defendant Santa Clara Valley Water District*