

1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  MARGO LASKOWSKA, Deputy City Attorney (#187252)
   Office of the City Attorney
3  200 East Santa Clara Street, 16th Floor
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11  AMY L. NILSON,                          Case Number:  C07-03686JW

12
                    Plaintiff,             **DEFENDANT CITY OF SAN JOSE'S**
13                                          **JOINDER IN DEFENDANT SAN JOSE**
        v.                                  **WATER COMPANY'S OPPOSITION TO**
14                                          **PLAINTIFF'S MOTION TO FILE**
                                            **AMENDED SECOND AMENDED**
15  THE CITY OF SAN JOSE, SANTA             **COMPLAINT**
    CLARA VALLEY WATER DISTRICT,
16  SAN JOSE WATER COMPANY, et al.,         DATE:  March 10, 2008
                                            TIME:  9:00 a.m.
17                  Defendants.             COURTROOM: 8
                                            JUDGE: Hon. James Ware
18

19      Defendant City of San Jose hereby joins in the memorandum of points and authorities

20  filed by Co-Defendant San Jose Water Company in opposition to Plaintiff's Motion to File

21  Amended Second Amended [sic] Complaint.  The City requests that Plaintiff's motion be

22  denied.

23  Dated: February 21, 2008                Respectfully submitted,

24                                          RICHARD DOYLE, City Attorney

25

26                                          By: _Margo Laskowska_
27                                             MARGO LASKOWSKA
                                               Deputy City Attorney
28                                             Attorneys for CITY OF SAN JOSE

                                     1

**PROOF OF SERVICE**

CASE NAME:    AMY L. NILSON v. CITY OF SAN JOSE, et al.

CASE NO.:    C07-03686JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action.  My business address is 200 East Santa Clara Street, San Jose, California  95113-1905, and is located in the county where the service described below occurred.

On **February 21, 2008**, I caused to be served the within:

**DEFENDANT CITY OF SAN JOSE'S JOINDER IN
DEFENDANT SAN JOSE WATER COMPANY'S OPPOSITION TO
PLAINTIFF'S MOTION TO FILE AMENDED SECOND AMENDED COMPLAINT**

☒    by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Jose, California, on **February 21, 2008**.

Margarita Martinez

PROOF OF SERVICE                                                                                                    430099

1

**SERVICE LIST**

2
**SERVICE VIA FIRST CLASS MAIL**

3
Amy L. Nilson
3735 Senter Road
4
San Jose, California 95111

5
Telephone No.:  (408) 401-7924

6
***Plaintiff In Pro Per***

7
**SERVICE VIA ELECTRONIC FILING**

8
Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.
9
COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor
10
San Francisco, California 94111
Telephone No.:     (415) 433-1900
11
Facsimile No.:      (415) 433-5530

12
***Attorneys for Defendant Kinder Morgan
Energy Partners, LP***
13

14
Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.
15
Soderquist Law Offices
351 California Street, Suite 550
16
San Francisco, California 94111
Telephone No.:     (415) 374-8500
17
Facsimile No.:      (415) 394-6390

18
***Attorneys for Defendant San Jose Water Co.***

19
Thomas S. Brazier
Jeffrey F. Oneal
20
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
21
San Jose, Caliornia 95126
Telephone No.:     (408) 280-6800
22
Facsimile No.:      (408) 275-6284

23
***Attorneys for Defendant Santa Clara Valley
Water District***
24

25

26

27

28

PROOF OF SERVICE

430099