COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
   bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
   jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>  Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>  Defendants. | CASE NO. C07-03686 JW<br><br>**KINDER MORGAN'S JOINDER IN SAN JOSE WATER COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED SECOND AMENDED COMPLAINT**<br><br>Date:   March 10, 2008<br>Time:  9:00 a.m.<br>Dept.:  8<br>Judge: Hon. James Ware |

Defendant Kinder Morgan Energy Partners, L.P. hereby joins in Defendant San Jose Water Company's Memorandum of Points and Authorities In Opposition to Plaintiff's Motion to File Amended Second Amended Complaint. Kinder Morgan requests that Plaintiff's motion be denied.

DATED: February 25, 2008                COOPER, WHITE & COOPER LLP

                                        By: /s/ Jill B. Rowe
                                        Jill B. Rowe
                                        Attorneys for Defendant KINDER MORGAN
                                        ENERGY PARTNERS, L.P.

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

595130.1                                                                C07-03686 JW
KINDER MORGAN'S JOINDER IN SAN JOSE WATER COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION
TO FILE AMENDED SECOND AMENDED COMPLAINT

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On February 25, 2008, I served the following document(s): **KINDER MORGAN'S JOINDER IN SAN JOSE WATER COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO FILE AMENDED SECOND AMENDED COMPLAINT** on each of the parties listed below at the following addresses:

### SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 25, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE                                    Case No. C07-03686 JW

## SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California  95111 | **Plaintiff**<br><br>Telephone:  (408) 401-7924<br>Email:  listcontent@yahoo.com |

**SERVICE VIA ELECTRONIC FILING**

| | |
|---|---|
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California  94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone:  (415) 374-8500<br>Facsimile:  (415) 394-6390<br>Email:  raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Margo Laskowska, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California  95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone:  (408) 535-1900<br>Facsimile:  (408) 998-3131<br>Email:  cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California  95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone:  (408) 280-6800<br>Facsimile:  (408) 275-6284<br>Email:  joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW