FILED

FEB 22 2008

W. WIEKING
STRICT COURT
CLER
NORTHE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY L. NILSON

           Plaintiff(s),

    v.

KINDER MORGAN ENERGY PARTERS LP.,
THE CITY OF SAN JOSE, SCVWD, SJWC.

           Defendant(s).

No.  C  05:07 - 03686 JW

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _Feb 22 2008_

Signature _____

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")