Name: AMY L. NILSON
Address: 3735 Senter Road, San Jose, CA 95111
Tel: (408) 401-7924
Email: listcontent@yahoo.com

Attorneys for
Pro Per



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br>On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　V<br><br>KINDER MORGANENERGY PARTNERS LP, THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT. ET AL.<br><br>　　　　　　　　Defendants. | Case No. C07-03686 JW<br><br>4TH DECLARATION OF AMY L. NILSON IN SUPPORT OF MOTION TO DISMISS AND FOR SANCTIONS<br><br>Date: March 10, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Before: Hon. James Ware |

I, Amy L. Nilson, declare as follows:

1. I am the Lead Plaintiff under Pro Se. That I, Amy L. Nilson make this Declaration in support of these plaintiffs' motion to dismiss, set to be heard by this Court on March 10, 2008 at 9:00 am. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

-1-
4th DECLARATION OF AMY L. NILSON IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND FOR SANCTIONS Case No. 5:07 - cv- 3686

1  2. Attached hereto as Exhibit J is true and correct copy of Notice of petition to deny NPDES permit

2. Kinder Morgan Energy Partners LP and that of (Coking Emissions) to California Regulatory Notice

3  Register Office of Administrative Law; SAN FRANCISCO -- U.S. Environmental Protection Agency

4  Administrator Stephen L. Johnson, as attached hereto as doc. 1-9 is a true and correct copy of the

5  petition letter and documents submitted.

Dated: February 22, 2008

_____
Pro Se

-2-
**4th DECLARATION OF AMY L. NILSON IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO DISMISS AND FOR SANCTIONS** Case No. 5:07 - cv- 3686

California Regulatory Notice Register
Office of Administrative Law
Board's office at 2520 Venture Oaks Way,
Suite 350, Sacramento, California 95833

Dated: February 16, 2008

To: California Regulatory Notice Register Office of Administrative Law; SAN FRANCISCO -- U.S. Environmental Protection Agency Administrator Stephen L. Johnson.

I am petitioning for the denial of NPDES permit for May 2008 of Kinder Morgan Energy Partners LP San Jose Terminal 2150 Kruse Drive, San Jose, California 95131 for violations under the Clean Water Act. The proposed intent address the "preventable causes of pollution," Pronsolino v. Nastri, 291 F.3d 1123, 1126 (9th Cir. 2002) "Water quality-based standards are instead a "backstop" of regulation, requiring lower effluent limits when existing (KMEP Coking Emissions) technology standards fail to maintain water quality at acceptable levels".

Other factors include Publicly Owned and Treated Works and that of CWA Section 304(b)(1)(B), 33 U.S.C. §1314(b)(1)(B). Other factors include: the age of the equipment and facilities involved, the process employed, the engineering aspects of the application of various types of control technique procedures, process changes non-water quality environmental impact (failure to demonstrate control activities) pursuant CWA Sections 301(b)(2)(A), 304(b)(2)(B), 33 U.S.C. §§1311(b)(2)(A), 1341(b)(2)(B).*

*"The estimated annual population risk . . . since the "individual" risk estimate assumes a 70-year lifespan, (to reflect the 2000 persons exposed) thus the estimated

additional annual cancer (damage to lungs, kidneys, reproductive toxicity; breast tumors, current appearance of non-malignant and malignant cancerous lumps in breast and skin of more than 3 tenants in same household) . . . [I]ncidence for this population (has increased to all residence adjacent KMEP facility). Of course any other cancer cases estimated to result from exposure to the waste across the overall population would be added in to produce the complete population risk estimate". [See American Petroleum Inst. v. EPA, 661 F.2d 340, 355 (5th Cir. 1981)].

I would appreciate it if the California Regulatory Notice Register Office of Administrative Law; SAN FRANCISCO -- U.S. Environmental Protection Agency Administrator Stephen L. Johnson, would deny any further activities associated with "Coking Emissions") and ask for the denial of any or all activities associated with such. I have attached doc. 1-7 in support of the denial of permits and all other applications that are considered.

This petition requires immediate action because there is imminent danger to the public health, safety, or general welfare.

Thank you for your consideration.

Sincerely,


Amy L. Nilson

Stanford Hospital & Clinics - Emergency Department
300 Pasteur Drive Stanford, CA 94305  (650) 723-4000

Patient: AMY NILSON, Date: 12/15/2007 Time: 16:35
MR# 20693958
Discharge Instructions

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below**.

You were treated today by JOSEPH RYAN, MD.

## THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

## TODAY YOUR DIAGNOSIS IS: RIGHT BREAST LUMP

**Do the following:**

**Call your doctor if you have:**
- any new or severe symptoms.

## THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

Call as soon as possible to make an appointment in 1 week TO 2 weeks at the SOUTH VALLEY MEDICAL CENTER. You can reach the SOUTH VALLEY MEDICAL CENTER at (408) 683-0310, 90 W. HIGHLAND AVENUE, SAN MARTIN, CA, 95046. If you have any problems or concerns before the appointment, call the Clinic.

Call as soon as possible to make an appointment in 2 days at the STANFORD MEDICAL GROUP. You can reach the STANFORD MEDICAL GROUP at (650) 723-6028, 900 BLAKE WILBUR DRIVE W-2080, STANFORD, CA, 94304. If you have any problems or concerns before the appointment, call the Clinic.

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, **call or visit your doctor right away.** If you cannot reach your doctor, return to the Emergency Department.

## FOR YOUR PHYSICIAN:

Stanford Hospital and Clinics now has a physician portal on the Internet, where you can retrieve information about your patient's recent visit to our Emergency Department. Go to **www.physicianportalinfo.stanfordhospital.com** for more details and to apply for a user account.

Portions Copyrighted 1987-2007, LOGICARE Corporation Page 1 of 2


15074



Case 5:07-cv-03686-JW    Document 109    Filed 02/22/2008    Page 7 of 7

