AMY L. NILSON
Address: 3735 Senter Road
San Jose, CA 95111
Telephone: (408) 401-7924
Email: listcontent@yahoo.com



FILED

08 MAR -5 A 10: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

## CERTIFICATE OF SERVICE

I, Amy L. Nilson, hereby certify that on February 23, 2008 , I Amy L. Nilson, delivered copies of the Consent to Proceed before a Magistrate Judge, Motion to file Amended Motion and for Sanctions [Proposed Order], Motion to Dismiss Defendants Motions' to Dismiss Plaintiffs Second Amended Complaint and for Sanctions, 4th Decl. ALN in support of Motion to Dismiss and For Sanctions, Doc. Letter California Notice Register Office of Administrative Law, Exhibit J Doc. 1 – 7, for the following Case No: C07 0368 6 JW, dated February 22, 2008 FIRST CLASS MAIL and to the court on or before the hour of five p.m.

.

1. Kinder Morgan Energy Partners, Inc
   In care of: Jill B. Rowe Esq.
   Cooper, White & Cooper LLP
   1333 N. California Blvd, suite 450
   Walnut Creek, Ca 94596

2. Margo Laskowska, Esq. Deputy City Attorney
   Office of the City Attorney
   Attorney for the City of San Jose
   200 East Santa Clara Street
   San Jose, CA 95113, USA.

3. Jeffrey F. O'neal Esq.
   LaMore, Brazier, Riddle & Giampaoli
   Attorney for Santa Clara Valley Water District
   1570 The Alameda, Suite 150
   San Jose, CA 95126, USA.

4. Robert A. Schwartz Esq.
   Soderquist Law Offices
   Attorney for the San Jose Water Company
   351 California Street, Suite 550
   San Francisco, CA 94104, USA.

[X]   **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   **(BY FACSIMILIE)** By transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. Transmitted to: _____

[ ]   **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]   (*Federal*) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 23, 2008, at San Jose, California.

March 5, 2008

_____
AMY L. NILSON