**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CIVIL MINUTES**

**Judge: James Ware**                     **Courtroom Deputy: Elizabeth Garcia**
**Date:  3/10/2008**                        **Court Reporter: Irene Rodriguez**
**Case No.: C- 07-03686 JW**           **Interpreter: N/A**
**Related Case No.: N/A**

**TITLE**

**Amy Nilson v. The City of San Jose et al**

**Attorney(s) for Plaintiff(s)**: Amy Nilson (pro per)
**Attorney(s) for Defendant(s)**: Margo Laskowska (City of San Jose), Jeffrey Oneal (Santa Clara Valley Water District), Philip Soderquist (San Jose Water), Jill Rowe (Kinder Morgan)

**PROCEEDINGS**

1.  Defendants' Motion to Dismiss Second Amended Complaint [Doc. 72, 77,81, 87]
2.  Plaintiff's Motion to Dismiss Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [Doc. 85]
3.  Plaintiff's Motion to Compel Disclosure or Discovery and for Sanctions [Doc.90]
4.  Plaintiff's Motion to Dismiss   Defendants Motions to Dismiss re Doc #s 72 , 77 , 81 , 87 [Doc. 95]
5.  Plaintiff's Motion for Leave to File Third Amended Complaint [Doc. 96

**ORDER AFTER HEARING**

Hearing Held.  The Court took the matters under submission after oral argument.  Plaintiff to file Third Amended Complaint by March 31, 2008.  The Court to issue further Order on motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: