**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amy L. Nilson, | NO. C 07-03686 JW |
|       Plaintiff,<br>v.<br>The City of San Jose, et al.,<br>      Defendants.<br>_____ / | **ORDER GRANTING DEFENDANTS' VARIOUS MOTIONS TO DISMISS WITH LEAVE TO AMEND** |

Amy L. Nilson ("Plaintiff"), in *pro per*, brings this putative class action against the City of San Jose ("City"), Kinder Morgan Energy Partners, Inc. ("Kinder Morgan"), San Jose Water Company ("SJ Water"), and the Santa Clara Valley Water District ("SC Water") (collectively, "Defendants") alleging, *inter alia*, violations of the Clean Water Act, 33 U.S.C. § 2136, *et seq.*, and the Safe Drinking Water Act, 42 U.S.C. § 300J-8.

Presently before the Court are Defendants' various Motions to Dismiss. The Court conducted a hearing on March 10, 2008. Plaintiff and counsel for the respective Defendants were present.

For the reasons stated on the record, the Court GRANTS Defendants' Motions to Dismiss for failure to allege notice as required by the Clean Water Act and the Safe Drinking Water Act *with leave to amend*. In light of the Court's dismissal regarding failure to allege notification, the Court will defer consideration of whether Plaintiff has otherwise failed to state a claim.

As the Court noted on the record, Plaintiff shall file a "Third Amended Complaint" by **March 31, 2008**. The Third Amended Complaint shall clearly allege the following:

(1) Proper and timely notification to the Administrator, the State, and each Defendant as required by the Clean Water Act and the Safe Drinking Water Act. Specifically, Plaintiff must allege that proper notification was given to the appropriate parties sixty (60) days before the commencement of the action on July 17, 2007.

(2) Compliance with the California Tort Claims Act to the extent she alleges causes of action against governmental entities protected by the Act.

(3) Her claims as they relate to each Defendant in clear and concise terms as well as the specific dates on which the events giving rise to these claims are alleged to have occurred.

In addition, while not directly at issue because Plaintiff does not yet seek to certify this putative class action, Defendants raise whether a *pro se* litigant may bring a class action. To certify a class, the Court must appoint class counsel under Fed. R. Civ. P. 23. A *pro se* litigant cannot represent others and, as such, would not be able to protect the interests of a class. Thus, a *pro se* litigant may not bring a class action. See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987); Ferren v. Norton, 125 Fed. Appx. 184 (9th Cir. 2005). Accordingly, Plaintiff shall not file her Third Amended Complaint as a putative class action.

The Court will dismiss this action without leave to amend[1] if Plaintiff fails to file a Third Amended Complaint by **March 31, 2008**, or if she fails to comply with any part of this Order.

Dated: March 13, 2008

JAMES WARE
United States District Judge

---

[1] Such a dismissal would operate as an adjudication on the merits. Fed. R. Civ. P. 41(b).

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry Ray Ogilby bogilby@cwclaw.com
Jeffrey Frank Oneal joneal@lbrg.com
Jill Battilega Rowe jrowe@cwclaw.com
Malgorzata Laskowska CAO.Main@sanjoseca.gov
Robert A. Schwartz raschwartz1@gmail.com
Thomas S. Brazier Tom_Brazier@lbrg.com

**Dated: March 13, 2008**                    **Richard W. Wieking, Clerk**

                                              **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**