AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-6872
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se

FILED

2008 MAR 18 P 2: 42

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMY L. NILSON, Individually, | ) | Case No.  C 07-03686 RS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF CHANGE O F** |
| v. | ) | **CONTACT INFORMATION** |
| | ) | |
| | ) | |
| KINDER MORGAN ENERGY PARTNERS | ) | |
| LP, THE CITY OF SAN JOSE, SAN JOSE | ) | |
| WATER COMPANY, SANTA CLARA | ) | |
| VALLEY WATER DISTRICT et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Amy L. Nilson individually states that the following information has been changed:

TEL:  (408) 401-7924 is no longer in service and requests the new telephone number: (408) 509-6872, be amended in its place.

DATED:    March 18/19, 2008                    AMY L. NILSON

/s/  _A. Nilson_
AMY L. NILSON
Pro Se

-1-

**NOTICE OF CHANGE O F CONTACT INFORMATION** - Case No. 5:07 - cv- 3686 JW