COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
  bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>　　　　Defendants. | CASE NO. C07-03686 JW<br><br>**KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:　　July 7, 2008<br>Time:　　9:00 a.m.<br>Dept.:　　8<br>Judge:　　Hon. James Ware |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on July 7, 2008, at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled court, located at 280 South First Street, San Jose, California 95113-3008, Courtroom 8, the Honorable James Ware presiding, Defendant KINDER MORGAN ENERGY PARTNERS, L.P., will move the Court to dismiss the action pursuant to

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

598280.1                                                                                           C07-03686 JW
KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT

1  FRCP 12(b)(6) and FRCP 41(b).

2      The motion to dismiss is made on the grounds that: Plaintiff's Third Amended Complaint
3  (1) fails to state a claim upon which relief can be granted; (2) fails to state compliance with the
4  pre-litigation notice requirements of the Clean Water Act (33 U.S.C. § 1365(b)) and the Safe
5  Drinking Water Act (42 U.S.C. § 300j-8); and (3) fails to comply with this Court's Nov. 9, 2007
6  and March 13, 2008 orders requiring Plaintiff to plead a complaint that clearly articulates her
7  claims and alleges that proper pre-litigation notice was provided.

8      In the event the Court declines to grant the motion to dismiss, Defendant KINDER
9  MORGAN ENERGY PARTNERS, L.P. respectfully requests an order for a more definite
10 statement pursuant to Federal Rule of Civil Procedure 12(e).  The motion for a more definite
11 statement is made on the ground that the Third Amended Complaint is so vague and ambiguous
12 that Defendant cannot reasonably be required to frame a responsive pleading.

13     This Motion is based on this notice of motion, the accompanying memorandum of points
14 and authorities, and the pleadings and papers on file in this action.

15 DATED: April 10, 2008                      Respectfully submitted,

16                                            COOPER, WHITE & COOPER LLP

18                                       By:  _____
                                              Jill B. Rowe
19                                            Attorneys for Defendant KINDER MORGAN
                                              ENERGY PARTNERS, L.P.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

598280.1                                     2                                     C07-03686 JW
KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT

## PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On April 10, 2008, I served the following document(s): **KINDER MORGAN'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT;**

**KINDER MORGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT; and**

**JILL ROWE DECLARATION IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED** on each of the parties listed below at the following addresses:

**SEE ATTACHED LIST**

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 10, 2008, at San Francisco, California.

*/s/ Cathie Coyle*
Cathie Coyle

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE   Case No. C07-03686 JW

# SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

Amy L. Nilson  
3735 Senter Road  
San Jose, California 95111

**Plaintiff**

Telephone: (408) 401-7924  
Email: listcontent@yahoo.com

**SERVICE VIA ELECTRONIC FILING**

Philip R. Soderquist  
Robert A. Schwartz  
Soderquist Law Offices  
351 California Street, Suite 550  
San Francisco, California 94111

**Attorneys for Defendant**  
**San Jose Water Company**

Telephone: (415) 374-8500  
Facsimile: (415) 394-6390  
Email: raschwartz1@gmail.com

Richard Doyle, City Attorney  
George Rios, Assist. City Attorney  
Margo Laskowska, Deputy City Attorney  
Office of the City Attorney  
200 East Santa Clara Street  
San Jose, California 95113

**Attorneys for Defendant**  
**City of San Jose**

Telephone: (408) 535-1900  
Facsimile: (408) 998-3131  
Email: cao.main@sanjoseca.gov

Thomas S. Brazier  
Jeffrey F. Oneal  
LaMore, Brazier, Riddle & Giampaoli  
1570 The Alameda, Suite 150  
San Jose, California 95126

**Attorneys for Defendant**  
**Santa Clara Valley Water District**

Telephone: (408) 280-6800  
Facsimile: (408) 275-6284  
Email: joneal@lbrg.com  
Tom_Brazier@lbrg.com

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW