Name: Amy L. Nilson
Address: 3735 Senter Road
San Jose, CA 95111
Telephone: (408) 509 - 6872
Email: listcontent@yahoo.com



Filed
APR 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## CERTIFICATE OF SERVICE

I, Amy L. Nilson, hereby certify that on March 28, 2008, I Amy L. Nilson, mailed copies of the THIRED AMEDMEND COMPLAINT Case No: C07 0368 6 JW, dated March 28, 2008; and Notice of Change of Contact to the following defendants:

1. Kinder Morgan Energy Partners, LP
   In care of: Jill B. Rowe Esq.
   Cooper, White & Cooper LLP
   1333N. California Blvd, suite 450
   Walnut Creek, Ca 94596, USA.

2. Office of the City Attorney
   Attorney for the City of San Jose
   In care of: Deputy City Attorney
   Margo Laskowska, Esq.
   200 East Santa Clara Street
   San Jose, Ca 95113, USA.

3. Santa Clara Valley Water District
   In care of: Jeffrey F. O'neal Esq.
   La More, Brazier, Riddle and Giampaoli
   1570 The Alameda, Suite 150
   San Jose, Ca 95126, USA.

4. San Jose Water Company
   In care of: Phillip Soderquist Law Offices
   351 California Street, Suite 550
   San Francisco, Ca 94104, USA.


[X]   **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]  **(BY FACSIMILIE)** By transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. Transmitted to: _____

[ ]  **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]  **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]  **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  *(Federal)* I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 28, 2008, at San Jose, California.

AMY L. NILSON