1   Thomas S. Brazier, Esq. /SBN 055484
    Jeffrey F. Oneal, Esq. / SBN 129072
2   LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
    1570 The Alameda, Suite 150
3   San Jose, California  95126-2305
    Telephone:  (408) 280-6800
4   Facsimile:  (408) 275-6284

5   Attorneys for Defendant
    SANTA CLARA VALLEY WATER DISTRICT
6

7

8                          UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

10

11  AMY L. NILSON,                          Case No.:  CV07-03686RS

12                      Plaintiff,
         V.
13                                          NOTICE OF MOTION AND MOTION TO
                                            DISMISS THIRD AMENDED COMPLAINT
14  THE CITY OF SAN JOSE, SANTA CLARA       DEMAND FOR JURY TRIAL
    VALLEY WATER DISTRICT, SAN JOSE
15  WATER COMPANY, et al.,                  DATE:      July 7, 2008
                                            TIME:      9:00 a.m.
16                      Defendants.         PLACE:     Department 8
                                            Honorable James Ware
17

18

19  TO:    PLAINTIFF APPEARING PRO SE:

20          PLEASE TAKE NOTICE that on July 7, 2008, at 9:00 a.m., or as soon thereafter as the matter

21  may be heard in the above-entitled court, located at 280 South First Street, San Jose, California

22  95113-3008, Courtroom 8, Defendant SANTA CLARA VALLEY WATER DISTRICT will move the

23  court to dismiss the action pursuant to FRCP 12(b)(6)  and FRCP 41(b).  Plaintiff's Complaint fails to

24  state a claim upon which relief can be granted on the grounds that Plaintiff has failed to provide the

25  proper notices under the Clean Water Act (33 U.S.C. 1365b) and Safe Drinking Water Act (42 U.S.C.

26  § 300j-8) and has failed to file a California Government Tort Claim with the District.  Finally,

27  pursuant to FRCP Rule 41(b), the request for dismissal is also based upon a failure by Plaintiff  to

28  comply with the Court's prior Orders, requiring Plaintiff to plead "her claims as they relate to each

                                            1

1    Defendant in clear and concise terms as well as the specific dates on which the events giving rise to

2    these claims are alleged to have occurred."   Said Orders were issued on November 9, 2007 and March

3    13, 2008, following the two previous hearings on the prior motions to dismiss.

4         In the alternative, Defendant SANTA CLARA VALLEY WATER DISTRICT hereby moves

5    the court for an order for a more definite statement before requiring Defendant SANTA CLARA

6    VALLEY WATER DISTRICT to respond to Plaintiff's Complaint.  The motion for a more definite

7    statement is made on the grounds that the Complaint does not clearly state the grounds upon which

8    relief may be granted and is unintelligible.

9         The Complaint contains legal argument and citations to authority seemingly inapplicable to the

10   case.  Finally, there are no allegations against SCVWD which support any valid claim for relief.  The

11   Complaint contains no allegations charging SCVWD with any misfeasance, malfeasance or

12   nonfeasance, nor does it allege compliance with various statutorily required notice provisions of various

13   environmental law claims.

14        This Motion to Dismiss will be based on this notice of motion, the memorandum of points and

15   authorities, the request for judicial notice filed herewith, and the pleadings and papers filed herein.

16

17   Dated: April 10, 2008                              LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

18

19                                                      By: _____

20                                                          Thomas S. Brazier

21                                                          Jeffrey F. Oneal
                                                            Attorneys for Defendant
22                                                          SANTA CLARA VALLEY WATER DISTRICT

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California . On the date set forth below I served the documents described below:
**NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT DEMAND FOR JURY TRIAL**
on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Amy Nilson                                          In Pro Se Plaintiff
3735 Senter Road
San Jose, CA  95111
Telephone:  (408) 509-6872


Margo Laskowska                                     Attorney for Defendant City of San Jose
Office of the City Attorney
City of San Jose
200 East Santa Clara Street
San Jose, CA  95113-1905
408-535-1900

Robert A. Schwartz                                  Attorney for Defendant San Jose Water
Soderquist Law Office                               Company
351 California Street, Suite 550
San Francisco, CA  94104
415-374-8500

Jill B. Rowe, Esq.                                  Attorneys for Defendant Kinder Morgan Energy
Cooper, White & Cooper LLP                          Partners, LP, erroneously sued as Kinder
201 California Street, 17th Flr                     Morgan Energy Partners, Inc.
San Francisco, CA 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

Barry R. Ogilby, Esq.                               Attorneys for Defendant Kinder Morgan Energy
Cooper, White & Cooper LLP                          Partners, LP, erroneously sued as Kinder
1333 N. California Blvd.                             Morgan Energy Partners, Inc.
Walnut Creek, CA 94596
Telephone:  (925) 935-0700
Facsimile:  (925) 256-0428
Email:  bogilby@cwclaw.com

[X]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[]    (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[]    (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

1

1

2    []    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3    [X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4

5    EXECUTED on April 10, 2008 at San Jose, California.

6    12000-134                                  _____
                                                 NATALYN FRAZIER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2