Thomas S. Brazier, Esq. /SBN 055484
Jeffrey F. Oneal, Esq. / SBN 129072
LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
1570 The Alameda, Suite 150
San Jose, California 95126-2305
Telephone: (408) 280-6800
Facsimile: (408) 275-6284

Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　　Plaintiff,<br>V.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: CV07-03686RS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT DEMAND FOR JURY TRIAL**<br><br>DATE:　　July 7, 2008<br>TIME:　　9:00 a.m.<br>PLACE:　　Courtroom 8<br>Honorable James Ware |

　　　　Defendant SANTA CLARA VALLEY WATER DISTRICT hereby requests that the Court take judicial notice of the following:

　　　　1.　　All of Plaintiff's Complaints filed herein with this Court entitled *Amy Nilson v. The City of San Jose, Santa Clara Valley Water District, San Jose Water Company,* Case No. C07-03686 RS and the allegations contained therein.

　　　　2.　　The Court's Order Denying Defendants' Motions to Dismiss with Leave To Amended, dated November 9, 2007.

　　　　3.　　The Court's Order Granting Defendants' various motions to dismiss with Leave to Amend.

1

1   This request is made pursuant to the provisions of Federal Rule of Evidence 201[1] on the grounds
2   that these matters are both generally known within the territorial jurisdiction of this Court and are
3   capable of ready determination by resort to sources whose accuracy cannot reasonably be questioned.

Respectfully submitted,

Dated:  April 10, 2008               LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
Thomas S. Brazier
Jeffrey F. Oneal
Attorneys for Defendant
SANTA CLARA VALLEY WATER DISTRICT

---

[1] Federal Rule of Evidence 201 holds, in relevant part, as follows:
Judicial Notice of Adjudicative Facts:
(a) Scope of Rule.  This rule governs only judicial notice of adjudicative facts.
(b) Kinds of facts.  A judicially notice fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.
(c) When discretionary.  A court may take judicial notice, whether requested or not.
(d) When mandatory.  A court shall take judicial notice if requested by a party and supplied with the necessary information.

2

Case No. C07-01341JF – REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT DEMAND FOR JURY TRIAL

# CERTIFICATE OF SERVICE

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1570 The Alameda, Suite 150, San Jose, California . On the date set forth below I served the documents described below: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT DEMAND FOR JURY TRIAL** on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Amy Nilson<br>3735 Senter Road<br>San Jose, CA 95111<br>Telephone: (408) 509-6872 | In Pro Se Plaintiff |
| Margo Laskowska<br>Office of the City Attorney<br>City of San Jose<br>200 East Santa Clara Street<br>San Jose, CA 95113-1905<br>408-535-1900 | Attorney for Defendant City of San Jose |
| Robert A. Schwartz<br>Soderquist Law Office<br>351 California Street, Suite 550<br>San Francisco, CA 94104<br>415-374-8500 | Attorney for Defendant San Jose Water Company |
| Jill B. Rowe, Esq.<br>Cooper, White & Cooper LLP<br>201 California Street, 17th Flr<br>San Francisco, CA 94111<br>Telephone: (415) 433-1900<br>Facsimile: (415) 433-5530 | Attorneys for Defendant Kinder Morgan Energy Partners, LP, erroneously sued as Kinder Morgan Energy Partners, Inc. |
| Barry R. Ogilby, Esq.<br>Cooper, White & Cooper LLP<br>1333 N. California Blvd.<br>Walnut Creek, CA 94596<br>Telephone: (925) 935-0700<br>Facsimile: (925) 256-0428<br>Email: bogilby@cwclaw.com | Attorneys for Defendant Kinder Morgan Energy Partners, LP, erroneously sued as Kinder Morgan Energy Partners, Inc. |

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY ELECTRONIC FILING) I caused such document(s) to be transmitted electronically on this date to the offices of addressee(s).

[]   (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s).

[]   (BY FEDERAL EXPRESS) I caused such envelope(s) with all fees fully prepaid to be placed in the Federal Express office at San Jose, California.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on April 10, 2008 at San Jose, California.

12000-134

*/s/ Natalyn Frazier*
NATALYN FRAZIER

2

Case No. C07-03686RS – PROOF OF SERVICE