Philip R. Soderquist (SBN 125219)
Robert A. Schwartz (SBN 107436)
SODERQUIST LAW OFFICES
351 California Street, Suite 550
San Francisco, CA 94104
Telephone: (415) 374-8500
Facsimile: (415) 394-6390

Attorneys for San Jose Water Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.<br><br>    Defendants. | Case No. C07 03686 JW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date: July 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8<br>Judge: The Honorable James Ware |

TO PLAINTIFF IN *PRO PER:*

NOTICE IS HEREBY GIVEN that on July 7, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard in the above entitled Court, located at 280 South First Street, San Jose, California 95113, in the courtroom of The Honorable James Ware, defendant San Jose Water Company ("SJWC") will move the Court (i) to dismiss this action pursuant to FRCP 12(b)(6) for

-1-

failure to state a claim for relief or a cognizable legal theory; and (ii) for a more definite statement under FRCP 12(e) as the first amended complaint is so vague and ambiguous that defendant SJWC cannot reasonably be required to frame a responsive pleading.

The above motions will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the pleadings and papers filed herein.

DATED:  April 11, 2008                         SODERQUIST LAW OFFICES

                                               By: _____
                                                    ROBERT A. SCHWARTZ
                                                    Attorneys for San Jose Water Company

NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF [FRCP 12(b)(6)]; MOTION FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]

Case 5:07-cv-03686-JW    Document 124    Filed 04/14/2008    Page 2 of 4

# PROOF OF SERVICE

*Nilson v. San Jose Water Co., et al.*

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause. My business address is 351 California Street, Suite 550, San Francisco, California 94104.

On the date set forth below, I served the attached

- **Notice of Motion and Motion to Dismiss Third Amended Complaint for Failure to State a Claim for Relief [FRCP 12(b)(6)]; Motion for a More Definite Statement [FRCP 12(e)];**

- **Memorandum of Points and Authorities in Support of Defendant San Jose Water Company's Motions to Dismiss Third Amended Complaint [FRCP 12(b)(6)], and Motion for More Definite Statement [FRCP 12(e)]**

on the following interested parties in said cause:

**SEE ATTACHED LIST**

☒ **BY ELECTRONIC FILING** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒ **VIA MAIL** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection and mailing. I am readily familiar with my firm's business practice of collection and processing correspondence for mailing, and correspondence placed for collection and mailing would be deposited with the United States Postal Service at San Francisco, California, with postage thereon fully prepaid, that same day in the ordinary course of business.

☐ **VIA OVERNIGHT MAIL/COURIER** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and depositing for collection by overnight mail or courier service. I am readily familiar with my firm's business practice of collection and processing correspondence for overnight delivery, and correspondence placed for collection would be delivered to an agent of the overnight mail or courier service authorized to receive documents, with delivery fees paid or provided for, that same day, for delivery on the following business day.

☐ **VIA FACSIMILE** By sending a facsimile transmission thereof to the above-listed facsimile number(s) prior to 5:00 p.m. The facsimile transmission was reported complete and without error.

☐ **VIA HAND DELIVERY** By placing a true copy thereof enclosed in a sealed envelope(s), addressed as above, and causing each envelope(s) to be hand-delivered that same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **April 14, 2008** at San Francisco, California.

_____
Judy Hunter

## SERVICE LIST

<u>By Mail:</u>

Amy L. Nilson  **Plaintiff**
3735 Senter Road
San Jose, CA 95111

<u>By Electronic Filing:</u>

Barry R. Ogilby  **Attorneys for Defendant**
Jill B. Rowe  **Kinder Morgan Energy Partners, LP**
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111

Richard Doyle, City Attorney  **Attorneys for Defendant**
George Rios, Assist. City Attorney  **City of San Jose**
Margo Laskowska, Deputy City Attorney
Office of the City Attorney
200 East Santa Clara Street
San Jose, CA 95113

Thomas S. Brazier  **Attorneys for Defendant**
Jeffrey F. Oneal  **Santa Clara Valley Water District**
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, CA 95126