| | |
|---|---|
| 1 | RICHARD DOYLE, City Attorney (#88625) |
| | GEORGE RIOS, Assistant City Attorney (#77908) |
| 2 | MARGO LASKOWSKA, Deputy City Attorney (#187252) |
| | Office of the City Attorney |
| 3 | 200 East Santa Clara Street |
| | San José, California  95113-1905 |
| 4 | Telephone Number: (408) 535-1900 |
| | Facsimile Number:  (408) 998-3131 |
| 5 | E-Mail Address:  cao.main@sanjoseca.gov |
| 6 | Attorneys for Defendant, |
| | CITY OF SAN JOSE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON, | Case Number: C07-03686 JW |
| Plaintiff, | |
| v. | **CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]** |
| THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al., | |
| Defendants. | |
| | Date:        July 7, 2008 |
| | Time:        9:00 a.m. |
| | Courtroom: 8 |
| | Judge:       Hon. James Ware |

TO PLAINTIFF, AMY NILSON, AND HER ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on July 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the entire complaint as to the CITY OF SAN JOSE on the grounds that the Third Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted.  In the alternative, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(e) for a more definite statement.

1

1  This motion is based on this Notice of Motion, the accompanying Request for Judicial
2  Notice, the accompanying Memorandum of Points and Authorities, all of the pleadings and
3  papers on file and whatever oral arguments may be made at the hearing of this matter.

Respectfully submitted,

Dated: April 17, 2008            RICHARD DOYLE, City Attorney


By: _____/s/_____
    MARGO LASKOWSKA
    Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

2

CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S        C07-03686JW
THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION       475442
FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]