RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendant,
CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al.,<br><br>          Defendants. | Case Number:  C07-03686 JW<br><br>**CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:       July 7, 2008<br>Time:       9:00 a.m.<br>Courtroom: 8<br>Judge:      Hon. James Ware |

TO PLAINTIFF, AMY NILSON, AND HER ATTORNEY OF RECORD:

   NOTICE IS HEREBY GIVEN that on July 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 280 South First Street, San Jose, California, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the entire complaint as to the CITY OF SAN JOSE on the grounds that the Third Amended Complaint fails to state facts sufficient to state a claim upon which relief can be granted.  In the alternative, Defendant CITY OF SAN JOSE will move pursuant to Federal Rules of Civil Procedure, Rule 12(e) for a more definite statement.

1

CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S
THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION
FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]                                              C07-03686JW
                                                                                         475442

1  This motion is based on this Notice of Motion, the accompanying Request for Judicial
2  Notice, the accompanying Memorandum of Points and Authorities, all of the pleadings and
3  papers on file and whatever oral arguments may be made at the hearing of this matter.

Respectfully submitted,

Dated: April 17, 2008                              RICHARD DOYLE, City Attorney


By:  _____/s/_____
     MARGO LASKOWSKA
     Deputy City Attorney

Attorneys for Defendant,
CITY OF SAN JOSE

2

CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S           C07-03686JW
THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION     475442
FOR A MORE DEFINITE STATEMENT [FRCP 12(e)]