# PROOF OF SERVICE

CASE NAME: **AMY L. NILSON v. CITY OF SAN JOSE, et al.**
CASE NO.: **C07-03686JW**

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

On April 17, 2008, I caused to be served the within:

1. **CITY OF SAN JOSE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]; and**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT, CITY OF SAN JOSE'S MOTION TO DISMISS THIRD AMENDED COMPLAINT [FRCP 12(b)(6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

Amy L. Nilson
3735 Senter Road
San Jose, California 95111
*In Pro Per*
Phone No.: (408) 401-7924

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 17, 2008, at San Jose, California.

_____
Tam Lobach