AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-7924
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se Litigant

**FILED**

2008 MAY -2 A 10: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, Individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS LP, THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT et al.<br><br>　　　　　Defendants. | Case No. C 07-03686 JW/RS<br><br>**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: July 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th floor<br>Before: Hon. Judge James Ware |

The plaintiff in the above-entitled action requests to continue the Case Management Conference, to be scheduled for September 5, 2008. On March 28, 2008 an order was granted to amend the complaint and served it on the Defendants. On April 10, 2008 – April 17, 2008, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 and said motion is set for hearing on June 7, 2008, at 9:00 am. In light of Defendants' Motions to Dismiss and no Answers having been filed, therefore the plaintiff

-1-
**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 5:07-CV-3686 JW/RS

requests that the Case Management Conference be continued to September 5, 2008, at 10:30 am.

DATED: May 2, 2008           AMY L. NILSON
                             Pro Se Litigant

                             /s/ Amy L. Nilson

                             _____
                             AMY L. NILSON
                             Pro Se Litigant

Having considered the plaintiff's request to continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on September 5, 2008, at 10:30 am in Courtroom 8, 4th Floor. The parties shall file an Amended Joint Case Management Statement no later than 10 days before the Motion is to be heard before the court.

DATED: May ____, 2008

                             _____
                             Honorable James Ware
                             United States District Judge

-2-
**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 5:07-CV-3686 JW/RS