AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-7924
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se Litigant

FILED

2008 MAY -2  A 10: 14

RICHARD W. WICKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, Individually, ) | Case No.  C 07-03686 JW/RS |
| ) | |
| Plaintiff, ) | **FIFTH DECLARATION OF AMY** |
| ) | **L. NILSON** |
| v. ) | |
| ) | **[Filed concurrently with Plaintiffs** |
| ) | **Opposition of Motion to Dismiss,** |
| KINDER MORGAN ENERGY PARTNERS ) | **Memorandum Points and** |
| LP, THE CITY OF SAN JOSE, SAN JOSE ) | **Authorities and Stipulation of** |
| WATER COMPANY, SANTA CLARA ) | **[Proposed] Order Continuing Case** |
| VALLEY WATER DISTRICT et al. ) | **Management Conference].** |
| ) | |
| ) | Date: July 7, 2008 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Courtroom: 8, 4th floor |
| ) | Before: Hon. Judge James Ware |

-1-

I, Amy L. Nilson, state and declare as follows:

1.    I am the Plaintiff in this action, and I am an adult over the age of 21 and reside in San Jose, California.

2.    I have personal knowledge as to all matters stated herein, and if called as a witness could testify competently thereto, except as to matters stated on information and belief; as to those matters, I believe them to be true for the reasons stated.

3.    The following doc. presented as Exhibits J – L where given to the plaintiff, ("Nilson") in response to request for information regarding operations of Kinder Morgan Terminal, Shell Oil Products US Transportation, and Chevron USA by Vilcia, Rodriquez (CMO) City Managers Office.

4.    The information requested details ongoing and past violations recognized under the use of and or abatement method of (Water Pollution Control Plaint Industrial Wastewater Discharge Permit), and or use of provisions of "temporary permit" to discharge into Public Owned Treatment Works.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,

DATED: May **5**, 2008

AMY L. NILSON
Pro Se Litigant

/s/ Amy L. Nilson

AMY L. NILSON
Pro Se Litigant

-2-

**FIFTH DECLARATION OF AMY L. NILSON [Filed concurrently with Plaintiffs Opposition of Motion to Dismiss and Stipulation of [Proposed] Order Continuing Case Management Conference].** Case No. 5:07-CV-3686 JW/RS

**Rodriguez, Vilcia (CMO)**

| | |
|---|---|
| **From:** | Rodriguez, Vilcia (CMO) |
| **Sent:** | Monday, October 22, 2007 11:03 AM |
| **To:** | 'listcontent@yahoo.com' |
| **Subject:** | CITY RESPONSE to PRA Request regarding Kinder Morgan Terminal, Shell Oil Product US Transportation, and Chevron USA |

Hello Susan,
This to inform you that in addition to the documents available online and the ones listed below, staff has also located other records from Environmental Services, Fire and Planning, Building & Code Enforcement responsive to your PRA request. These additional records total approximately 211 pages. If you are interested in these records, please remit payment to the City for photocopying charges in the amount of $42.20 ($0.20 per page).

Below is a list of additional records available online or in Microfiche. Different reproduction fees apply to these records. If you are interested in any of these records, please remit payment to the City for photocopying charges.

**Chevron, USA, Inc.**
1020 Berryessa Road, San Jose, CA (APNs: 254-13-122, 123, 124)

H67-274 ~ Imaged and available through On-Line Permits
H70-139 ~ Imaged and available through On-Line Permits **[Dropped, no actual permit]**
H80-245 ~ Available on Microfiche (only @ City Hall) **[Withdrawn, no actual permit]**
H84-045 ~ Imaged and available through On-Line Permits
H89-078 ~ Available on Microfiche (only @ City Hall) **[6 pgs, $0.25 per page (8.5x11)]**
H90-136 ~ Imaged and available through On-Line Permits
AD91-825 ~ Available on Microfiche (only @ City Hall) **[1 pg, $0.25 per page (8.5x11)]**
AD98-1091 ~ Imaged and available through On-Line Permits
AD02-523 ~ Imaged and available through On-Line Permits
H05-005 ~ Imaged and available through On-Line Permits
AD06-587 ~ Imaged and available through On-Line Permits

**Shell Oil Products**
2165 O'Toole Avenue, San Jose, CA (APN: 237-19-033):

H70-341 ~ Imaged and available through On-Line Permits

10/22/2007

**per page (8.5x11)]**
H86-050 ~ Available on Microfiche (only @ City Hall) **[3 pgs, $0.25**
**per page (8.5x11)]**
C87-051 ~ Available on Microfiche (only @ City Hall) **[3 pgs, $0.25**
**per page (8.5x11)]**
H87-034 ~ Available on Microfiche (only @ City Hall) **[4 pgs, $0.25**
**per page (8.5x11)]**
H88-143 ~ Available on Microfiche (only @ City Hall) **[4 pgs, $0.25**
**per page (8.5x11)]**
AD94-793 ~ Available on Microfiche (only @ City Hall) **[1 pg, $0.25**
**per page (8.5x11)]**
AD97-1202 ~ Imaged and available through On-Line Permits
CP99-059 ~ Imaged and available through On-Line Permits
SP02-050 ~ Imaged and available through On-Line Permits
H05-041 ~ Imaged and available through On-Line Permits

**From:** Rodriguez, Vilcia (CMO)
**Sent:** Monday, October 15, 2007 5:04 PM
**To:** 'listcontent@yahoo.com'
**Subject:** PRA Request regarding Kinder Morgan Terminal, Shell Oil Product US Transportation, and Chevron USA

Hello Susan,
This email is in regard to your Public Records Act (PRA) request received by the City
Manager's Office on October 3, 2007.Your request seeks numerous records related to fines,
permits, NPDES Type II, financial data associated with permits and violations for Kinder
Morgan Terminal, Shell Oil Product US Transportation and Chevron USA, Inc. The City has
located some responsive records and is working on locating the remaining records but this
search will take additional time. Via this email, I am informing you of the City's request to
extend its time to respond to your PRA request as authorized pursuant to Government Code
Section 6253. Pursuant to Subdivision (c) of Section 6253 of the Government Code, the City
can extend the 10-day time to respond to a request for up to 14 days if "unusual
circumstances" exist. Due to the numerous records being requested and the number of
departments involved in the search, **the City is extending its time to respond to the request
to October 29, 2007.**

As previously mentioned, the City has located some responsive records related to Kinder
Morgan Terminal, Shell Oil Product US Transportation and Chevron USA, Inc. Below is a list of
these available records, their location and cost for reproduction. Records not available online
can be made available for review with an appointment at my office during regular City business
hours (Monday through Friday, 8 a.m. to 5 p.m.) or a set of copies can be mailed upon receipt
of payment for photocopy charges and postage fee. Please make a check payable to the City
of San Jose and send the payment to: City of San Jose (Attention: Vilcia Rodriguez) 200 E.
Santa Clara Street, San Jose, CA 95113.

10/22/2007

Shell Oil Products US Transportation
T-77-CA-4653 Shell Oil Products US 2165 O'Toole Ave. San Jose CA 95131-1181.
Chevron USA- Is this a new address (not included your original PRA)? If so, it will be treated as a new separate PRA request . . . *
*Yes, that is fine if it is added as a second request.
T-77-CA-4650 Chevron USA, Inc. San Jose; 1020 Berryessa Road San Jose CA 95133-1182.


Thank you,

*Amy L. Nilson*


Shape Yahoo! in your own image. Join our Network Research Panel today!

10/22/2007

Exhibit J Doc. labeled [1 – 12]

Water Pollution Control Plant Industrial Wastewater Discharge Permit SJ-379 B for the years of 5/25/03 – 5/25/08.

SAN JOSE/SANTA CLARA
# WATER POLLUTION CONTROL PLANT
## INDUSTRIAL WASTEWATER DISCHARGE PERMIT

| STP CONNECTION FEES   (San Jose only) | | |
|---|---|---|
| Flow-gal/day: 3,500 | Fee $ | 10,732 |
| BOD lbs/day: 3.795 | Fee $ | 360 |
| SS lbs/day: 2.335 | Fee $ | 295 |
| NH3 lbs/day: 0.321 | Fee $ | 16 |
| TOTAL FEE | $ | 11,403 |
| DATE PAID | Predates STP Ordinance | |

PERMIT NO:      SJ-379B

EFFECTIVE DATE:      05/25/03

EXPIRATION DATE:      05/25/08

DATE OF ISSUE:      09/11/03

AMENDED DATE:

NAME OF COMPANY:      Kinder Morgan Energy Partners, L.P. dba SFPP, L.P.

MAILING ADDRESS:      1100 Town and Country Drive

Orange, CA 92868

DISCHARGE ADDRESS:      2150 Kruse Drive, San Jose, CA

EPA CATEGORY:      Non-categorical

(Under 40 CFR)

SUBCATEGORY:

SIC NO:      4226

This Permit is issued under authority established in the San Jose Municipal Code, Chapter 15, Section 15.14.725, "Mandatory Wastewater Discharge Permits." It is the duty of the permittee to comply with all applicable federal, state, and local laws, whether expressly stated in this permit or not.

**All spills, upsets and or accidental discharges into the storm or sanitary sewer must be reported immediately to the SJ/SC WPCP at (408) 945-5300.**

Rev. 02/07/03

SAN JOSE/SANTA CLARA WPCP INDUSTRIAL WASTEWATER DISCHARGE PERMIT

A. 2 LOCAL DISCHARGE CONDITIONS-INTERFERING SUBSTANCES

Monitoring Conducted by SJ/SC WPCP

| Pollutant | Local Max. mg/l | Monitoring Frequency (See Key below) | Pollutant | Local Max. mg/l | Monitoring Frequency (See Key below) |
|---|---|---|---|---|---|
| Antimony | 5.0 | | Mercury | 0.010 | |
| Arsenic | 1.0 | | Nickel | 2.6 | |
| Beryllium | 0.75 | | Phenol & derivatives | 30.0 | |
| Cadmium | 0.7 | | Selenium | 2.0 | |
| Chromium – Total | 1.0 | | Silver | 0.7 | |
| Copper | 2.7 | | Xylene | 1.5 | 2 |
| Cyanides | 1.0 | | Zinc | 2.6 | |
| Cyanides | 0.5 | | TTOs | 2.13 | 2 |
| Lead | 0.4 | | pH(standard units) | 6.0-12.5 | 2 |
| Manganese | 35.0 | | Oil and Grease | 150 | 2 |

A. 3 LOCAL DISCHARGE CONDITIONS-AVERAGE CONCENTRATION LIMITS

Monitoring Conducted by SJ/SC WPCP

| Group 1 Dischargers-Mass Equivalent Concentration Limit | Local Average mg/l | Monitoring Frequency (See Key below) |
|---|---|---|
| Copper | | |
| Nickel | | |

| Group 2 Dischargers-Daily Maximum Average Concentration Limit | Local Average mg/l | Monitoring Frequency (See Key below) |
|---|---|---|
| Copper-Average Annual Concentration | 0.4 | |
| Nickel-Average Annual Concentration | 0.5 | |
| Copper-Average Daily Concentration | 1.0 | |
| Nickel-Average Daily Concentration | 1.1 | |

**MONITORING KEY:** 1 = Annually, 2 = Semiannually, 3 = Quarterly, 4 = Bimonthly, 5 = Monthly, 6 = Weekly

Frequency of Grab and Composite Sampling is subject to the discretion of the SJ/SC WPCP.

(2) Compliance with the local discharge limit for Total Toxic Organics (TTOs) is determined by the sum of Total Toxic Organic compounds listed at 40 CFR 401.15 and which are found to be present in the discharge at a concentration greater than ten (10) micrograms per liter.

The use of Diluting Waters as a partial or complete substitute for adequate treatment, to achieve compliance, or to meet any limitations set forth for wastewater, or to minimize any requirement imposed in a Wastewater Discharge Permit is prohibited.

Permit No. SJ-379B

SAN JOSE/SANTA CLARA WPCP INDUSTRIAL WASTEWATER DISCHARGE PERMIT

The following shall be submitted with each Self-Monitoring Report:

| | |
|---|---|
| X | Average daily flow in gallons/day |
| X | Maximum daily flow in gallons/day |
| X | Results of Part B.2 of this permit |
| X | Water bills for reporting period |
| X | Copies of daily effluent flowmeter totalizer readings |
| X | Verification of effluent flowmeter calibration must be submitted annually from the date of initial calibration with your October Self-Monitoring Report. |
| | Documentation of calculations for reported water use values |
| | Waste manifests for reporting period |
| | pH recorder charts |
| | Average production volume in _____ (units produced) per _____ |
| X | Copies of self-monitoring analytical results, detection limits, documentation of the method used, and chain of custody, shall be submitted with the permittee's Self-Monitoring Report. |
| X | If the permittee monitors any pollutant required to be monitored in Part B.2 of this permit more frequently than required by this permit, using collection and analytical methods specified in 40 CFR 136, the result of this monitoring shall be included in the permittee's Self-Monitoring Report pursuant to 40 CFR 403.12(g)(5). |
| X | Documentation of the laboratory's quality assurance/quality control (qa/qc) shall be provided with the self-monitoring test results. |
| | |
| | |

COMMENTS:

Permit No. SJ-379B

Kinder Morgan Energy Partners
dba SFPP, LP
2150 Kruse Drive, San Jose
*sample point location*



6a

SJ-379B

SAN JOSE/SANTA CLARA WPCP INDUSTRIAL WASTEWATER DISCHARGE PERMIT

## C. OTHER REQUIREMENTS

Within ____ days of Permit issuance, establish or install the following:

____ A non-resettable effluent totalizing flow meter

____ With recording capability

This flow meter shall be calibrated according to the manufacturers recommendations. Documentation of calibration shall be submitted with the results of Part B.2 of this permit.

____ A non-resettable influent totalizing flow meter dedicated to process.

____ A method of accurate flow quantification with documentation approved by the Director of Environmental Services

| | |
|---|---|
| | Within 60 days of Permit issuance, a Waste Minimization Plan prepared in accordance with established guidelines must be submitted. |
| | Submit a Waste Minimization update annually in _____ of each year. |
| | Within 90 days of Permit issuance, a Solvent Management Plan prepared in accordance with established guidelines must be submitted. The permittee must certify that the Solvent Management Plan is being implemented. |
| | Within 90 days of Permit issuance for first time permittees, or by _____ for current permittees, a plan for the prevention of Slug Discharges must be submitted. The plan shall be prepared in accordance with the guidelines set forth at 403.8 (f) (2) (v). The permittee must certify that the Slug Prevention Plan is being implemented. |
| | See additional requirements attached as page(s) 8___. |
| | |
| | |

## D. COMPLIANCE SCHEDULE

__X__ None

_____ See compliance schedule established on _____ and found on page(s) 8___.

8

Permit No. SJ-379B

SAN JOSE/SANTA CLARA WPCP INDUSTRIAL WASTEWATER DISCHARGE PERMIT

## POWER TO INSPECT

Right of Entry onto the permitted facility must be granted to the Director of Environmental Services and other duly authorized employees and agents of the Control Authority bearing credentials and identification for the purpose of inspection, sampling of industrial wastewater and to examine and copy the industrial user records. At no time can wastewater effluent data be claimed or held as confidential information.

## RECORD KEEPING

Records of monitoring activities for all samples shall be retained for a minimum of three years. Such records shall be available for inspection and copying by the Director of Environmental Services, and other duly authorized employees and agents of the Control Authority bearing credentials and identification. Records shall include the date, exact place, method and time of sampling and the names of the person or persons taking the sample, the dates analysis were performed, who performed the analysis, quality assurance and quality control data, the analytical techniques/methods used, and the results of such analysis.

## SEVERABILITY

The provisions of this Permit are severable, and if any provision of this Permit, or the application of any provision of this Permit to any circumstance is held invalid, the application of such provisions to other circumstances, and the remainder of this Permit, shall not be affected thereby.

## SLUDGE AND HAZARDOUS WASTE DISPOSAL

The permittee has the responsibility for the proper disposal of pretreatment or other sludge and any hazardous wastes (e.g., spent chemicals) used or generated at the industrial user's facility so as to prevent the discharge of such materials to the San Jose/Santa Clara Water Pollution Control Plant or sanitary sewer.

## SIGNATORY REQUIREMENTS

Reports submitted pursuant to Part B. 2 of this Permit shall be signed as follows:

1.  By a responsible corporate officer if the Industrial User submitting the reports is a corporation. For the purposes of this Permit, a responsible corporate officer shall be defined as (A) A president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation or, (B) the manager of one or more manufacturing, production, or operation facilities, employing more than 250 persons or having gross annual sales or expenditures exceeding $25 million (in second quarter 1980 dollars), if authority to sign documents has been assigned or delegated to the manager in accordance with corporate procedures.

2.  By a general partner or proprietor if the industrial user submitting the reports is a partnership or sole proprietorship respectively.

Permit No. SJ-379B

Exhibit K
Record of Inspection San Jose Fire Department
Doc. File No. 401943 doc. pages 1 of 4, as labeled for exhibit K doc. [13 – 16].

Doc. Request for map page 10-36-76. request for exhibit K doc. [17].

Doc. STL Chromalab doc. 1-4 labeled exhibit K doc. [18 – 21].
Secondary Conclusion of 160 ph level Total Toxic Organics (TTO) gasoline waste
products. . . Confirmed Violation of Samplings by STL Chromalab 1220 Quarry Lane,
Pleasanton CA, 94566.

**San Jose Fire Department**
Four North Second Street
Suite 1100
San Jose, CA 95113-1305

**RECORD OF INSPECTION**
TELEPHONE (408) 277-**4656**

Bus. Acct. No. **401943**    PAGE **1** OF

**Conducted by**
Code Enforcement ☐    ☐ Engineering
HazMat ☒    ☐ Line

**Type of Inspection**
F/S Permit ☐    ☐ One-Time permit
HazMat Permit ☐    ☐ Non-permitted
                  ☐ FDIC

Bus. Acct. No. **116936**    Bus. Start Date **1221198**

**BUSINESS INFORMATION**

| Street Number | Dir. | Street Name | Type | Zip | Building Unit | Map Page | X | Y | 1st Due | Cn |
|---|---|---|---|---|---|---|---|---|---|---|
| 02150 | | KRUSE DR 95131-1213 | A | | | 10 | -36 | -76 | 29 | |

Business Name: **SFPP LP**    Business Phone: **435-7399**    Plan Check N

**BILLING INFORMATION IF NO B:ACCT NO.**

Business Owners Name (Last, First): **KINDER MORGAN OPERATING LP**    Area Code **213**-**624-9461**    Emergency Phone Number    Type (pager,

Street Number **500 DALLAS SUITE 1000**    Dir    Street Name    Area Code    Emergency Phone Number    Type (pager,

City **HOUSTON TX 77002**    State    Zip Code

**BUILDING INFORMATION**

| Use UBC | Cert UBC | NFPA | SIC | Bldgs. | Mgt. | Yr. Const. | Stories | Sq. Ft. Gr. Flr. |
|---|---|---|---|---|---|---|---|---|
| H2 | | 841 | 4613 | | 1 | 1965 | 01 | 600 |

| Sprnk. | Stndpipe | 5 Yr. Test Date | Alarm | Spec. Sys | Assmbly | O.L. | Dining |
|---|---|---|---|---|---|---|---|
| 0 | 0 | | 0 | 3 | 0 | | |

**HAZMAT INFORMATION**

| UG Tanks | SPCC Req'd? | Toxic Gas | Flam. Gas? | Gas Mon.? | HMOC | HMBP |
|---|---|---|---|---|---|---|
| 0 | | 0 | N | N | 9 | 1 |

FS INITIAL INSP. DATE **05271997**  **03102000**
FS PERMIT EXP. DATE **03302002**  **03302002**
FS INSP / GEO AREA **2305**  **H**

Initial Inspection **4/30/02**    Completion Date    Employee/Company No.    **13**

**NOTICE OF FIRE AND SAFETY HAZARDS AND/OR PERMITS REQUIRED:**
You are hereby notified that an inspection of your premises has disclosed that the following permits are required and/or that corrections are required for the following violations of the follow provisions of Title 19, Title 23, Title 24, or Title 25 of the California Code of Regulations, Chapter 6.7 and 6.95 of the California Health and Safety Code, or the San Jose Municipal Co

**VIOLATION TYPE:** ☒ SJFC    ☐ UST    ☒ HMBP    ☐ SPCC

| CODE SECTION | P/V | DESCRIPTION | APPR | DATE |
|---|---|---|---|---|
| | | ☐ SERVICE FIRE EXTINGUISHER    ☐ PROVIDE NONCOMBUSTIBLE TRASH CONTAINER | | |
| | | ☐ NO EXTENSION CORDS IN PLACE OF PERMANENT WIRING    ☐ PROVIDE FIRE EXTINGUISHER | | |
| | | ☐ KEEP EXIT WAYS CLEAR    ☐ KEEP ELECTRICAL PANELS CLEAR | | |
| | V | ☐ OTHER VIOLATIONS AS NOTED BELOW: Cylinders non Flammable | | |
| F3 | 105af3 | P | FLAM/COMB LIQUIDS | | |
| H1 | 105eh1 | P | HAZARDOUS MATERIAL | | |
| | P | Liquified Petroleum Gas | | |
| SJMC 17.12 | V | Provide an updated Hazardous Materials Business Plan (HMBP) to address: | | |
| | | - New facility contacts business name, phone nos etc | | |
| | | - Updated inventory statement | | |
| | | - Up to 5 drums of waste fuel filters/absorbent | | |
| | | - Propane tank 1000 gal, nitrogen/propane compressed gases | | |
| | | Note: I requested inventory statement to test report | | |
| | | each tank separately. Provide copy of last inventory | | |
| | | SPCC Plan is still current - Pass | | |

| Date HMIS Rec'd: | Date HMBP Rec'd: HM 3/5 9/5 | Date HMBP Approved: | Permit Status: | E  S  W  Z |
|---|---|---|---|---|
| REPRINT THIS INFORMATION FOR REFERENCE NEXT YEAR ☐ | | | | SUP. AP |

Inspections are reported in 30 minute increments; e.g. 30 minutes = 1; 1 hour = 2; 1:30 = 3, etc. Inspections to be billed will be indicated below.

| CLASS | 1 | 2 | 3 | 4 | 5 | 6 | 8 | 9 | Z | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| SOLID | | ■ | | | | | | | | |
| LIQUID | | | ■ | | | | | | ■ | |
| GAS | | ■ | | | | | | | | |
| TOTAL | | | | | | | | | | |

TIME **8**  **2**    NO FEE
DATE **4/30/02**  **6/10/02**
BILL? Y/N **N**  **N**
OCC INIT

**FILE COPY**

**ORDER TO COMPLY:**
As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice.
An inspection to determine whether or not you have complied with this notice will be conducted on or after _____ **30** _____ days.
Failure to comply with the foregoing order by the date of reinspection may cause a **CITATION** to be issued for the penalties provided by law for such violations and may also render you liable for all suppression costs that might occur in the event of a fire.

X _____    X _Mike Randolph_    X _Mike Randolph_
Occupant    Inspecting Officer (Print Name, Assignment)    Inspecting Officer (Signature)

240-14 (REV. 5/

**RECORD OF INSPECTION**
**SUPPLEMENT**

City of San Jose — San Jose Fire Department
Four North Second Street
Suite 1100
San Jose, CA 95113-1305

File Number

PAGE [2] OF [ ]

Conducted by: Code Enforcement ☐  Engineering ☐  HazMat ☐  Line ☐

Type of Inspection: F/S Permit ☐  One-Time permit ☐  HazMat Permit ☐  Non-permitted ☐  FDIC ☐

Employee No

| Street Number | Dir | Street Name | Type | Zip | Building Unit |
|---|---|---|---|---|---|
| 2150 | | Kruse | | | |

**NOTICE OF FIRE AND SAFETY HAZARDS AND/OR PERMITS REQUIRED:**
You are hereby notified that an inspection of your premises has disclosed that the following permits are required and/or that corrections are required for the following violations of the following provisions of Title 19, Title 23, Title 24, or Title 25 of the California Code of Regulations, Chapter 6.7 and 6.95 of the California Health and Safety Code, or the San Jose Municipal Code.

| CODE SECTION | P/V | DESCRIPTION | APPR | DATE |
|---|---|---|---|---|
| 17.12 | V | Sign Hazardous Materials Storage Permit | MXR | 6/10/02 |
| | | Research if underground piping to product sump and sump itself are regulated as UST. Piping goes to two aboveground transmix tanks, one pipe to sample house, one pipe to intrastate pipeline. | 14 | |
| | V | Document visual inspections of all aboveground piping including additive piping in trench, additive tanks, and oil/water separator monitoring well at least monthly. | MXR  6/10/02  MXR  4/30/02 They do this | |
| | V | ~~Monitor~~ Provide a vent pipe that slopes back to the tank and is 12 ft abovegrade for tank SJ-A4 | MXR | 6/10/02 |
| | V | ~~Service Repair~~ Service monitoring system for underground Community Additive piping to SJ-A4. Leak Sensor Jr Model CL103. | MXR  6/10/02 - work is in progress | 7/30/02 |

TIME [ ] [ ] [ ] [ ] [ ]   NO FEE [ ]
DATE 4/30/02
BILL? Y/N [ ] [ ] [ ] [ ] [ ]
O C C [ ] [ ] [ ] [ ] [ ]
INIT [ ]

**ORDER TO COMPLY:**
As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice.

An inspection to determine whether or not you have complied with this notice will be conducted on or after ___50___ days.

Failure to comply with the foregoing order by the date of reinspection may cause a **CITATION** to be issued for the penalties provided by law for such violations and may also render you liable for all suppression costs that might occur in the event of a fire.

X _____ Occupant

X Mike Randolph
Inspecting Officer (Print Name, Assignment)

X Mike Randolph
Inspecting Officer (Signature)

240-14supp (REV 5-'99)



RECORD OF INSPECTION
SUPPLEMENT

**San Jose Fire Department**
Four North Second Street
Suite 1100
San Jose, CA 95113-1305

File Number _____  PAGE [ 3 ] OF [ ]

Conducted by
Code Enforcement ☐   Engineering ☐
HazMat ☐   Line ☐

Type of Inspection
F/S Permit ☐   One-Time permit ☐
HazMat Permit ☐   Non-permitted ☐
FDIC ☐

Employee No. _____

| Street Number | Dir | Street Name | Type | Zip | Building Unit |
|---|---|---|---|---|---|
| 2150 | | Kruse | | | |

**NOTICE OF FIRE AND SAFETY HAZARDS AND/OR PERMITS REQUIRED:**
You are hereby notified that an inspection of your premises has disclosed that the following permits are required and/or that corrections are required for the following violations of the following provisions of Title 19, Title 23, Title 24, or Title 25 of the California Code of Regulations, Chapter 6.7 and 6.95 of the California Health and Safety Code, or the San Jose Municipal Code.

| CODE SECTION | P/V | DESCRIPTION | APPR | DATE |
|---|---|---|---|---|
| 1712 | V | Label aboveground fuel additive piping "Combustible Liquid" every 20 feet. I observed additive piping to Community Additive tank SJ-A9 ~~and to~~ Arco loading rack piping ~~not labeled~~ must be labeled "Diesel" every 20 ft. | WR | 6/10/02 |
| | V | to obtain a permit  Submit a proposal "to install a leak detection system for two underground single-wall fuel additive piping systems associated with aboveground tank SJ-A9. Proposal must include an acceptable monitoring method and time table for installation. Permit application fee is $400. Replacing piping with secondary containment is strongly recommended. The responsible party for these piping systems ~~will~~ must satisfy this requirement. Excellent logs/records — keep up good work. | 15 | |
| | | 6/10/02 - Equilon is working on this. | | |

| | |
|---|---|
| TIME | |
| DATE | 4/XX/02 |
| BILL? Y/N | |
| O C C | |
| INIT | |

NO FEE

**ORDER TO COMPLY:**
As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice.
An inspection to determine whether or not you have complied with this notice will be conducted on or after __45__ days.

Failure to comply with the foregoing order by the date of reinspection may cause a **CITATION** to be issued for the penalties provided by law for such violations and may also render you liable for all suppression costs that might occur in the event of a fire.

X _____  Occupant

X Mike Randolph
Inspecting Officer (Print Name, Assignment)

X Mike Randolph
Inspecting Officer (Signature)

240-14supp (REV. 5/99)

# RECORD OF INSPECTION

File Number

PAGE [ 1 ]  OF [ ]

Employee No.

**San Jose Fire Department**
Four North Second Street
Suite 1100
San Jose, CA 95113-1305

Type of Inspection

Code Enforcement ☐  Engineering ☐    F/S Permit ☐    One-Time permit ☐
HazMat ☐  Line ☐    HazMat Permit ☐    Non-permitted ☐
                                          FDIC ☐

Building Unit

| Street Number | Dir. | Street Name | | Type | | Zip | |
| 2150 | | Kruse | Dr | | | | |

**CE OF FIRE AND SAFETY HAZARDS AND/OR PERMITS REQUIRED:**
are hereby notified that an inspection of your premises has disclosed that the following permits are required and/or that corrections are required for the following violations of the following
visions of Title 19, Title 23, Title 24, or Title 25 of the California Code of Regulations, Chapter 6.7 and 6.95 of the California Health and Safety Code, or the San Jose Municipal Code.

| CODE SECTION | P/V | DESCRIPTION | APPR | DATE |
|---|---|---|---|---|
| | | Tank SJ-13 has 80:B fire extinguisher w/in 75 feet ~ (Pass) | | |
| | | Note: Informed facility contacts to place placard on Tank 13 with Red=3 Blue=2 before Gasoline is placed in tank. 9/9/02 Pm, w/tanks - Morgan stated Tank is in use w/gasoline and has placard R=3 B=2 | 16 | |

NO FEE

TIME [ ]

DATE 3/04/02

BILL? Y/N

O C C [ ]
INIT

**ORDER TO COMPLY:**
As such conditions are contrary to law, you are hereby required to correct said conditions immediately upon receipt of this notice.
An inspection to determine whether or not you have complied with this notice will be conducted on or after _____ days.

Failure to comply with the foregoing order by the date of reinspection may cause a **CITATION** to be issued for the penalties provided by law for such violations and
may also render you liable for all suppression costs that might occur in the event of a fire.

x Mike Randolph    v/Mike Randolph    x Mike Randolph
                                          _____ Officer (Signature)

Submission #: 2001-12-0355                Date: December 28, 2001

**SEVERN**
**TRENT**
**SERVICES**

**STL Chromalab**
1220 Quarry Lane
Pleasanton, CA 94566

Tel 925 484 1919
Fax 925 484 1096
www.stl-inc.com
www.chromalab.com

CA DHS ELAP#1094

**Kinder-Morgan**

1100 Town & Country Road
Orange, CA 92868

      Mr. Ron Zinner

Project:   San Jose

Dear Mr. Zinner,

Attached is our report for your samples received on Wednesday December 19, 2001
This report has been reviewed and approved for release. Reproduction of this report
is permitted only in its entirety.

The report contains a Case Narrative detailing sample receipt and analysis.

Please note that any unused portion of the samples will be discarded after
February 2, 2002 unless you have requested otherwise.
We appreciate the opportunity to be of service to you. If you have any questions,
please call me at (925) 484-1919.
You can also contact me via email. My email address is: vvancil@chromalab.com

Sincerely,

Vincent Vancil
Project Manager

*18*

Submission #: 2001-11-0382

**SEVERN TRENT SERVICES**

Flashpoint

**Batch QC report**

Test Method:    EPA 1010                    Prep Method:    1010

**STL Chromalab**
1220 Quarry Lane
Pleasanton, CA 94566

| **Method Blank** | **Water** | **QC Batch # 2001/11/20-01.34** |
|---|---|---|
| MB: 2001/11/20-01.34-001 | | Date Extracted: 11/20/2001 |

Tel 925 484 1919
Fax 925 484 1096
www.stl-inc.com
www.chromalab.com

CA DHS ELAP#1094

| Compound | Result | Rep.Limit | Unit | Analyzed | Flag |
|---|---|---|---|---|---|
| Flashpoint | 80.0 | | °F | 11/20/2001 | |

19

Submission #: 2001-11-0382

**SEVERN**
**TRENT**
**SERVICES**

Flashpoint

**Kinder-Morgan**

Attn: Ron Zinner

| | | Test Method: | EPA 1010 |
|---|---|---|---|
| | | Prep Method: | 1010 |

**STL Chromalab**
1220 Quarry Lane
Pleasanton, CA 94566

Tel 925 484 1919
Fax 925 484 1096
www.stl-inc.com
www.chromalab.com

CA DHS ELAP#1094

| | | | |
|---|---|---|---|
| Sample ID: | **EFFLUENT** | Lab Sample ID: | 2001-11-0382-001 |
| Project: | | Received: | 11/19/2001 15:30 |
| | KRUSE DRIVE | | |
| | | Extracted: | 11/20/2001 |
| Sampled: | 11/19/2001 11:15 | QC-Batch: | 2001/11/20-01.34 |
| Matrix: | Water | | |

| Compound | Result | Rep.Limit | Units | Dilution | Analyzed | Flag |
|---|---|---|---|---|---|---|
| Flashpoint | >160 | 0.0 | °F | 1.00 | 11/20/2001 | |

Submission #: 2001-11-0382

**SEVERN TRENT SERVICES**

Flashpoint

**STL Chromalab**
1220 Quarry Lane
Pleasanton, CA 9456

**Kinder-Morgan**   ☒ 1100 Town & Country Road
Orange, CA 92868

Tel 925 484 1919
Fax 925 484 1096
www.stl-inc.com
www.chromalab.com

Attn: Ron Zinner   Phone: (714) 560-4752 Fax: (714) 560-4884

Project:   KRUSE DRIVE

CA DHS ELAP#1094

**Samples Reported**

| Sample ID | Matrix | Date Sampled | Lab # |
|-----------|--------|--------------|-------|
| EFFLUENT | Water | 11/19/2001 11:15 | 1 |

Exhibit L

Doc. 1 of 2 as labeled for exhibit L doc. [22].
Self-Monitoring report permit: SJ – 379 B
Sample taken from Waste Water Treatment Facility ph violation 5.5 or showing increase
of 1.0 mg/L.

Doc. 1 of 9 as labeled for exhibit L doc. [23 -29].

Notice of Violation of Industrial Waste Regulations
Doc. No 21248 12 -01-00 [23].
Section 15.14.555
"Flammable or Explosive Substance".

Date of Violation permit # SJ – 379B
NPDES permit for ph levels TTO gasoline waste products for July – 2005
Enforcement Action Approval form doc. 1 of 1. [24-25].

August 9, 2006 permit SJ-379B TTO 12.07 mg/L
June 22, 2006 doc. 1 of 1. [26].

Notice of Violation of Industrial Waste Regulations
Doc. No. 21295 page 1 of 2.
Notice of Violation 4 – 25 – 01 [27].
Contradictory or inclusive action of the enforcement of non-compliance of violations.

Doc. 1 of 2 [28 – 29].
Total Toxic Organics (gasoline waste products) exceeded standards of 2.13 mg/L to that
of 12. 07 mg/L for the total amount of 9.94 mg/L over the regulated amount of discharge.
Corrective action identifies failure in monitoring procedures for the efficient prevention
of contamination into "Potable" water sources.

*SAN JOSE / SANTA CLARA*
*WATER POLLUTION CONTROL PLANT*



CITY OF SAN JOSÉ
ENVIRONMENTAL SERVICES DEPARTMENT
ENVIRONMENTAL ENFORCEMENT PROGRAM

June 15, 2001

CONTRIBUTING AGENCIES

CITY OF SAN JOSÉ
CITY OF SANTA CLARA
COUNTY SANITATION DIST. NO. 2 - 3
BURBANK SANITARY DISTRICT
CUPERTINO SANITARY DISTRICT
*City of Cupertino*
CITY OF MILPITAS
SUNOL SANITARY DISTRICT
WEST VALLEY SANITATION DISTRICT
*Cities of Campbell, Los Gatos*
*Monte Sereno and Saratoga*

Mr. Mark Sandon
SFPP, L.P.
1100 Town & Country Rd.
Orange, CA 92868

Discharge Address: 2150 Kruse Dr., San Jose, CA

Dear Mr. Sandon:

Enclosed is Notice of Violation No. 21295 for violation of San Jose Municipal Code, Section 15.14.575 "Corrosive Matter", and 15.14.555 " Flammable or Explosive Substances." These sections establish limits for discharge into the sanitary sewer of the following pollutant:

|  | Acceptable Range |
|---|---|
| pH | 6.0 - 12.5 units |
| Closed Cup Flashpoint | $\geq 140°F$ |

On April 25, 2001, your facility's wastewater discharge was found in violation of the following parameter:

| pH | 5.2 units |
|---|---|
| Closed Cup Flashpoint | 91°F |

Additionally, this closed cup flashpoint concentration may be a violation of California State Hazardous Waste limits.

You are hereby directed to immediately implement measures necessary to prevent future occurrence of this violation. A report must be submitted to this office within two weeks from the date of this letter explaining the violation and detailing an action plan to prevent similar violations in the future.

The violation may be used in the assessment of civil penalties as provided in San Jose Municipal Code, Section 15.14.720, or revocation of your Permit to discharge as provided in San Jose Municipal Code, Section 15.14.710.

Sincerely

PHIL McGINNIS
Sr. Source Control Inspector

Enclosure

4245 ZANKER ROAD, STE. S                    SAN JOSE, CA 95134                    (408) 945-3000

SAN JOSE / SANTA CLARA WATER POLLUTION CONTROL PLANT

## SELF MONITORING REPORT

| COMPANY NAME: KINDER MORGAN DBA SFPP | Permit #: SJ-3796 | |
|---|---|---|
| Discharge Address: 2150 KRUSE DRIVE, SAN JOSE, CA 95131 | | |
| SMR Due Date: N/A | Sample Time: | Sample Point Description: PRIMARY SAMPLE POINT |
| Sampled By: I U | Sample Date: 11/28/06 | |

Date Received: _____ Received by: _____

*List all values in mg/l*
(or indicate units)

### ANALYTICAL RESULTS

*Attach Original Repo*

| PARAMETER | Det. Limit | Conc. | Grab Comp (G/C) | PARAMETER | Det. Limit | Conc. | Grab Comp (G/C) |
|---|---|---|---|---|---|---|---|
| Antimony | | | | EPA 601/602* | | | |
| Arsenic | | | | EPA 624/625* | 0.105 | 0.051 | G |
| Beryllium | | | | Phenols | | | |
| Cadmium | | | | Xylene | 0.0025 | <0.0025 | G |
| Chromium (T) | | | | Oil & Grease | | | |
| Copper | | | | Cyanide (A) | | | |
| Lead | | | | Cyanide (T) | | | |
| Managanese | | | | pH | | 4.5 | G |
| Mercury | | | | Other: | | | |
| Nickel | | | | FLASH POINT | 60.0 | 7150.0 | G |
| Selenium | | | | | | | |
| Silver | | | | | | | |
| Zinc | | | | QA/QC Provided?  Y ☒   N ☐ | | | |

**Laboratory Used:** CURTIS & TOMPKINS

Attach extra sheets for additional sampl points.
Included?  Yes? ○   No? ○

ARE DISCHARGE STANDARDS BEING MET ON A CONSISTENT BASIS?  Yes? ○   No? ○

If "no", what additional operation and maintenance or pretreatment measures are necessary to achieve consistent compliance?
Enclose a statement or report

Flow Measurement by: (Circle one)

(Effluent Meter) (Influent Meter) (Bills)

Composite Sample? ○

Sample duration (hrs)

or

Batch Sample? ○

Representative of:

* Totalize all TTO (EPA 601/602 & EPA 624/625) results greater than 10 ppb (ug/l)

| FLOW DATA: | Process Name: | Ave. (gpd) | Max (gpd) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## CERTIFICATION STATEMENT

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations."

**THIS FORM MUST BE COMPLETED IN ITS ENTIRETY**

23

| PREPARED BY: | CERTIFIED BY: |
|---|---|
| Signature and Date | Signature and Date |
| Printed Name and Title | Printed Name and Title |

☒ NOTE: A SAMPLE WAS TAKEN BY POTW ON THE SAME DAY. A WARNING NOTICE WAS ISSUED ON THE POTW SAMPLE FOR pH VIOLATION. S.S.

*file*

**TRIBUTARY AGENCIES**

| | |
|---|---|
| City of San Jose | Cupertino Sanitary District |
| City of Santa Clara | City of Cupertino and Saratoga |
| City of Milpitas | West Valley Sanitation District |
| Burbank Sanitary District | Cities of Campbell , Los Gatos, |
| Sunol Sanitary District | Monte Sereno and Saratoga |
| County Sanitary District No. 2-3 | |

SAN JOSE - SANTA CLARA
WATER POLLUTION CONTROL PLANT
Telephone (408) 945-5307

Refer to
Notice

No. **21248**

## NOTICE OF VIOLATION OF INDUSTRIAL WASTE REGULATIONS

To the owner, lessee, manager or other person(s) having charge of the following premises: M/A: 1100 Town & Country Rd., Orange, CA 928(

___SFPP, L.P.___                       ___2150 Kruse Dr., San Jose, CA___
Name of Industry or Business                              Address of Installation

You are hereby notified to discontinue violation of the Industrial Waste Ordinance/Municipal Code with respect to discharge of industrial waste from your premises into the (sanitary sewer) (storm drain) (other), as indicated below:

Section: ___15.14.555 "Flammable or Explosive Substances"___

Sample #: _2000-09-0587-001_    Date: ___09/29/00___    Time: __2:00 PM__

Observations: __The above Self-Monitoring Report sample contained 160 mg/l of gasoline which__
___violates the local limit which prohibits any wastewater containing any flammable___
___liquid, solid, vapor, or gas from being discharged to the sanitary sewer.___

You are hereby directed to: ___take immediate action to prevent further violation of the San Jose___
___Municipal Code. Respond in writing within two weeks explaining the cause of the___
___violation and steps being taken to assure consistent compliance with federal, state,___
___and local regulations in the future.___

Notice served to: __Mr. Scott Kilkenny__

Source Control Insp.: _____
                        PAUL ALEXA

[X] U.S. Mail  Date Mailed: __12/01/00__

**WARNING:** Violation of the Industrial Waste Ordinance/Municipal Code is a misdemeanor, punishable by a fine of $1,000 or imprisonment of six months, or both. Negligent or intentional violation is also subject to civil penalties of $10,000-$50,000 per day.

Form 31-908  Rev. 9/92          ORIGINAL - Recipient  GREEN - Inspector  YELLOW - Other  PINK - File

24

Enforcement Action Approval Form

Approved: _____   Today's Date _08/5_

Company name / address: ___ton SFPP___

Permit #: _SJ-379B_

Parameter(s) violated: _pH = 5.2   Flammables = 91._

Date of violation: _4-25-01  SMR_

Sample # (or other) _SMR___

History of violations: _9-29-00  Gasoline = 160 mg/l   NV ✓_

_____

_____

Recommended enforcement action(s): _NV ✓_

---

**TRIBUTARY AGENCIES**
City of San Jose          Cupertino Sanitary District
City of Santa Clara        City of Cupertino and Saratoga
City of Milpitas          West Valley Sanitation District
Burbank Sanitary District    Cities of Campbell , Los Gatos,
Sunol Sanitary District      Monte Sereno and Saratoga
County Sanitary District No. 2-3

**SAN JOSE - SANTA CL**
WATER POLLUTION CONTROL PLANT
Telephone (408) 945-5307

Refer to
Notice

No. **21295**

25

## NOTICE OF VIOLATION OF INDUSTRIAL WASTE REGULATIONS

To the owner, lessee, manager or other person(s) having charge of the following premises: M/A: 1100 Town & Country Roac
Orange, CA 928(

SFPP, L.P.                          2150 Kruse Dr., San Jose, CA
___Name of Industry or Business___          ___Address of Installation___

You are hereby notified to discontinue violation of the Industrial Waste Ordinance/Municipal Code with respect to discharge of industrial
waste from your premises into the (sanitary sewer) (storm drain) (other), as indicated below:

Section: _15.14.575 "Corrosive Matter" and 15.14.555 "Flammable or Explosive Substances"_

Sample #: _Self-Monitoring Report_ Date: _04/25/01_     Time: _12:37 PM_

Observations: _The above sample contained a pH of 5.2 standard units which violates the local_
_lower limit of 6.0 standard units for pH.  Additionally, your sample had a closed cup_
_flashpoint of 91 degrees F. which is less than the allowed flashpoint of 140 degrees F._
_This flashpoint may also be a violation of State Hazardous Waste limits._

You are hereby directed to: _take immediate action to prevent further violation of the San Jose_
_Municipal Code.  Respond in writing within two weeks explaining the cause of the_
_violation and steps being taken to assure consistent compliance with federal, state,_
_and local regulations in the future._

Notice served to: _Mark Sandon_     ☒U.S. Mail  Date Mailed: _06/15/01_

Source Control Insp. _____ 6/14/01   **WARNING:** Violation of the Industrial Waste Ordinance/Municipal
PHIL McGINNIS                    Code is a misdemeanor, punishable by a fine of $1,000 or
imprisonment of six months, or both.  Negligent or intentional violation
is also subject to civil penalties of $10,000-$50,000 per day.

Form 31-908  Rev. 9/92          ORIGINAL - Recipient  GREEN - Inspector  YELLOW - Other  PINK - File

**Curtis & Tompkins, Ltd.**
Analytical Laboratories, Since 1878

## Purgeable Organics by GC/MS

| | | | |
|---|---|---|---|
| Lab #: | 191092 | Location: | SJ Waste Water Effluent |
| Client: | Kinder Morgan | Prep: | METHOD |
| Project#: | STANDARD | Analysis: | EPA 624 |
| Field ID: | WASTEWATER EFFLUENT | Batch#: | 120062 |
| Lab ID: | 191092-001 | Sampled: | 11/28/06 |
| Matrix: | Water | Received: | 11/28/06 |
| Units: | ug/L | Analyzed: | 12/05/06 |
| Diln Fac: | 5.000 | | |

| Analyte | Result | RL |
|---|---|---|
| Freon 12 | ND | 5.0 |
| Chloromethane | ND | 5.0 |
| Vinyl Chloride | ND | 2.5 |
| Bromomethane | ND | 5.0 |
| Chloroethane | ND | 5.0 |
| Trichlorofluoromethane | ND | 5.0 |
| Acetone | 51 | 50 |
| Freon 113 | ND | 2.5 |
| 1,1-Dichloroethene | ND | 2.5 |
| Methylene Chloride | ND | 50 |
| Carbon Disulfide | ND | 2.5 |
| MTBE | ND | 2.5 |
| trans-1,2-Dichloroethene | ND | 2.5 |
| Vinyl Acetate | ND | 50 |
| 1,1-Dichloroethane | ND | 2.5 |
| 2-Butanone | ND | 50 |
| cis-1,2-Dichloroethene | ND | 2.5 |
| 2,2-Dichloropropane | ND | 2.5 |
| Chloroform | ND | 2.5 |
| Bromochloromethane | ND | 2.5 |
| 1,1,1-Trichloroethane | ND | 2.5 |
| 1,1-Dichloropropene | ND | 2.5 |
| Carbon Tetrachloride | ND | 2.5 |
| 1,2-Dichloroethane | ND | 2.5 |
| Benzene | ND | 2.5 |
| Trichloroethene | ND | 2.5 |
| 1,2-Dichloropropane | ND | 2.5 |
| Bromodichloromethane | ND | 2.5 |
| Dibromomethane | ND | 2.5 |
| 4-Methyl-2-Pentanone | ND | 50 |
| cis-1,3-Dichloropropene | ND | 2.5 |
| Toluene | ND | 2.5 |
| trans-1,3-Dichloropropene | ND | 2.5 |
| 1,1,2-Trichloroethane | ND | 2.5 |
| 2-Hexanone | ND | 50 |
| 1,3-Dichloropropane | ND | 2.5 |
| Tetrachloroethene | ND | 2.5 |

26

ND= Not Detected
RL= Reporting Limit
Page 1 of 2

6.0



**KINDER MORGAN**
ENERGY PARTNERS, L.P.
SFPP, L.P.

**SFPP, L.P.**
Operating Partnership



September 18, 2006

Mr. Sudhir Singh
City of San Jose
Environmental Services Department
170 West San Carlos Street
San Jose, CA 95113

RE:     CORRECTIVE ACTIONS FOR TOTAL TOXIC ORGANICS EXCEEDANCE AT
          SFPP, L.P.  SAN JOSE TERMINAL (PERMIT NO. SJ-379B)

$27$

Dear Mr. Singh:

As requested in Item 2 of the Record of Compliance Meeting dated August 17, 2006, SFPP, L.P. submits this letter detailing corrective actions to be taken at the SFPP, L.P. San Jose Terminal in response to a Total Toxic Organics effluent limit exceedance.  The exceedance occurred during sampling activities conducted at the terminal by Mr. Jim Komatsu of the City of San Jose Environmental Services Department on June 22, 2006.  The analytical result of the effluent sample collected for Total Toxic Organics (TTOs) was 12.07 milligrams per liter (mg/L), above the facility's permitted discharge limit of 2.13 mg/L.

The elevated concentration of TTOs in the terminal's effluent indicates that the granular activated carbon in the onsite wastewater treatment system is no longer effectively removing hydrocarbons from the waste stream.  SFPP, L.P. has contacted its carbon service provider, Siemens Water Technologies, to schedule service.  A sample of the spent carbon was collected on August 23, 2006, in order to renew the terminal's carbon profile with Siemens.  Analysis of the sample is still in progress, and replacement of the carbon in both of the system's vessels will be scheduled when the profile renewal has been completed.

SFPP, L.P. has also requested cost estimates from various waste management companies for cleaning out the treatment system's two wastewater holding tanks.  Removing biogrowth and other solid materials from the tanks may improve the terminal's compliance record for pH and extend the life of the carbon.

SFPP, L.P. will submit an update when the corrective actions proposed above have been conducted.  The facility is not currently discharging water to the sewer system and will not do so

*file*

Enforcement Action Approval Form

Approved: _Pgm 11/9/05_    Today's Date _11/8/05_

Company name / address: _SFPP, L.P. ( Kinder Morgan Energy Partners 16a)_
_2150 Krause Av. San Jose_

Permit #: _SJ-379B_

Parameter(s) violated: _pH  5.4  S.U._

Date of violation: _6/30/05_

Sample # (or other) _2005-07-0018-1_

History of violations: _VW issued in Aug. 2005 for low pH;_
_VW issued in July, 2005 for TTO violation_

Recommended enforcement action(s): _per ERP; verbal warning_

28

Enforcement Action Approval Form

Approved: _UPD 8/10_    Today's Date _6/9/06_

Company name / address: _SFPP,LP  2150 Knox Dr San Jose CA 95131_

Permit #: _SJ-379B_

Parameter(s) violated: _TTO · 12.07 mg/l_

Date of violation: _6/22/06_

Sample # (or other) _157137_

History of violations: _VW issued for low pH on 12/2/05_

Recommended enforcement action(s): _NV, AC $500, CM_

#22231

29