AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-7924
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se Litigant



DENIED
Judge James Ware

FILED

2008 MAY -2  A 10: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, Individually, ) | Case No. C 07-03686 JW/RS |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | Date: July 7, 2008 |
| KINDER MORGAN ENERGY PARTNERS ) | Time: 9:00 a.m. |
| LP, THE CITY OF SAN JOSE, SAN JOSE ) | Courtroom: 8, 4th floor |
| WATER COMPANY, SANTA CLARA ) | Before: Hon. Judge James Ware |
| VALLEY WATER DISTRICT et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiff in the above-entitled action requests to continue the Case Management Conference, to be scheduled for September 5, 2008. On March 28, 2008 an order was granted to amend the complaint and served it on the Defendants. On April 10, 2008 – April 17, 2008, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12 and said motion is set for hearing on June 7, 2008, at 9:00 am. In light of Defendants' Motions to Dismiss and no Answers having been filed, therefore the plaintiff

-1-
**PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 5:07-CV-3686 JW/RS

requests that the Case Management Conference be continued to September 5, 2008, at 10:30 am.

DATED: May 2, 2008

AMY L. NILSON
Pro Se Litigant

/s/ Amy L. Nilson

_____
AMY L. NILSON
Pro Se Litigant

### *** ORDER ***

Before the Court is Plaintiff's Motion to Continue Case Management Conference to September 5, 2008. However, the Court had previously vacated the case management conference in this case in light of Defendants' various motions to dismiss and the Court's grant of leave for Plaintiff to amend her Complaints. A hearing is currently scheduled for **July 7, 2008 at 9 a.m.** on Defendants' Motions to Dismiss Plaintiff's Third Amended Complaint. To the extent this case survives Defendants' motions to dismiss, the Court will set a Case Management Conference in its Order addressing those motions.

Accordingly, Plaintiff's motion is DENIED.

DATED: May 7, 2008

_____
Honorable James Ware
United States District Judge

---

-2-
PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 5:07-CV-3686 JW/RS