AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-7924
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se Litigant

Received

2008 MAY -2 A 10: 14

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, Individually, | Case No. C 07-03686 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND |
| v. | |
| KINDER MORGAN ENERGY PARTNERS LP, THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT et al. | Time: 9:00 a.m.<br>Courtroom: 8, 4th floor<br>Before: Hon. Judge James Ware |
| Defendants. | |



DENIED — Judge James Ware

This case is currently scheduled for Motion to Dismiss the plaintiff ("Nilson") Third Amended Complaint on July 7. 2008 at 9:00 am before the Honorable Judge James Ware. Plaintiff served the Summons and Complaint on all Attorneys on or about July 17, 2007 THROUGH October 22, 2007, and that the ADR process was waived by the court, and that a Declination to Proceed Before a Magistrate Judge by the plaintiff ("Nilson") on August 13, 2007, that a notice of Impending Reassignment to a U.S. District Judge James Ware and Magistrate Richard Seeborg remains the

-1-
STIPULATION AND [PROPOSED ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND RELATED DATES AND DEADLINES  - Case No. 5:07 - cv- 3686 JW

Referral Judge for this case. That on November 9, 2007 and order denying defendants motions to dismiss with leave to amend was granted, that on February 22, 2007, a consent form was submitted to the court to proceed before a U.S. Magistrate Judge. That on Motion hearing before the Honorable James Ware, in granting plaintiff ("Nilson") Motion for Leave to File an Amended Complaint was granted with the Motion for Joinder filed on March 13, 2008. In order to allow defendants to respond to the complaint and to become sufficiently familiar with the case to participate meaningfully in the case management conference, the parties hereby STIPULATE AND REQUEST that the case management conference and related deadlines are stayed on the following reasons:

1. Request for reassignment to a United States Magistrate Judge and requests for stipulation under CIV 37 L.R. 6-2 Stipulated Request for Order Changing Time for this matter of Discovery: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications in discovery rules, and a proposed order for discovery of doc. to be brought before Magistrate Judge Howard R. Lloyd, on that of June 10, 2008 Courtroom 2, 5th Floor at 10 a.m.

2. The joint request to submit this case on the written record and proceed with a hearing is hereby granted, subject to the procedures set forth in this order.

Respectfully submitted,

DATED: April 5/2, 2008

AMY L. NILSON
Pro Se Litigant

/s/ Amy L. Nilson

AMY L. NILSON
Pro Se Litigant

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS SO ORDERED.**

DATED: _____, 2008

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

-2-

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND DEADLINES** - Case No. 5:07 - cv- 3686 JW

1. Plaintiff seeks relief in this matter and requests the continuance of the Standing order for all judges of the Northern District of California under contents of an Amended Joint Case Management Statement.

2. Motion to Precede in Pro Se Litigation under L.R. 11-3 and 11-4.

3. Setting under the Third Amended Complaint pursuant 28 U.S.C. § 1331 (2005) under Federal question, "The district courts shall have original jurisdiction of all civil actions arising under the Federal Clean Water Act (CWA). Citizen lawsuit provision: 33 U.S.C. § 1365 (Section 505 of the Federal Water Pollution Control Act) - "505 suite," Clean Water Act (CWA); and the Comprehensive Environmental Response Compensation and Liability Act (CERCLA), pursuant to 42 U.S.C. § 300g–3; and or § 300j–4; 40 CFR § 403.16, pursuant the Eleventh Amendment of the United States Constitution.

Respectfully submitted,

DATED: April 5/2, 2008            AMY L. NILSON
                                  Pro Se Litigant

/s/ Amy L. Nilson

AMY L. NILSON
Pro Se Litigant

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, **IT IS SO ORDERED.**

DATED: _____, 2008

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

1. The Plaintiff requests for the continuance of Further Case Management Conference to be heard on after the referred date of the court to be heard in front of Judge James Ware, in Courtroom 8, 4th floor or for Joint CMC/Status/Pretrial Statements at 10:00 am as deemed appropriate.

    a. All other matters may be set forth as an Oral Argument of the Record.

Respectfully submitted,

DATED: April 5/2, 2008            AMY L. NILSON
                                  Pro Se Litigant

-3-

**STIPULATION AND [PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND DEADLINES** - Case No. 5:07 - cv- 3686 JW

/s/ Amy L. Nilson

_____
AMY L. NILSON
Pro Se Litigant

**[~~PROPOSED~~] ORDER**

The Court DENIES this Stipulation as it is not properly signed by all the parties. In addition, this Stipulation deemed moot by the Order of the Court denying Plaintiff's motion to continue a Case Management Confernece that has yet to be scheduled. (<u>See</u> Docket Item No. 130.)

DATED: _____May 7_____, 2008

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND DEADLINES - Case No. 5:07 - cv- 3686 JW