# LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

A PROFESSIONAL LAW CORPORATION

*Reply to*
*San Jose Office*

May 5, 2008

HONORABLE JAMES WARE
U.S. District Court
California Northern District – San Jose
280 S. First Street #2112
San Jose, CA 95113-3008

Re:   Amy Nilson v. The City of San Jose, SCVWD, and San Jose Water Company
      Our File No.: 12000-134

Dear Judge Ware:

As you might recall I represent Santa Clara Valley Water District in a case filed against it and others by Amy L. Nilson under case number C07-03686.

I recently received in the mail from plaintiff what has been identified as "Stipulation and [Proposed Order continuing Case Management Conference and Related Dates and Deadlines".

The purpose of the document is unclear to me. However, it does indicate that parties have stipulated to something. This letter is sent to alert the Court that I, on behalf of Santa Clara Valley Water District, have signed no stipulations and object to whatever proposed order is presented in the document.

Thank you for taking the time to consider my objections.

Very truly yours,

JEFFREY O'NEAL

JFO:nef

Cc: Amy L. Nilson
    All Counsel

1570 THE ALAMEDA, SUITE 150
SAN JOSE, CA 95126-2305
TELEPHONE: (408) 280-6800
FACSIMILE: (408) 275-6284
EMAIL: joneal@lbrg.com

331 "J" STREET, STE 200
SACRAMENTO, CA 95814
TELEPHONE: (916) 442-3415
FACSIMILE: (916) 442-3195