**LaMore, Brazier, Riddle & Giampaoli**
A PROFESSIONAL LAW CORPORATION
1570 THE ALAMEDA, SUITE 150
SAN JOSE, CA 95126-2305



02 1A
0004605833
MAILED FROM ZIP

HONORABLE JAMES WARE
U.S. District Court
California Northern District – San Jose
280 S. First Street #2112
San Jose, CA  95113-3008