Name: Amy L. Nilson
Address: 3735 Senter Road
San Jose, CA 95111
Telephone: (408) 509 - 6872
Email: listcontent@yahoo.com

FILED

2008 MAY 16 P 1 15

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

## CERTIFICATE OF SERVICE

I, Amy L. Nilson, hereby certify that on May 16, 2008, I Amy L. Nilson, submitted the following copies of the NOTICE OF MOTION; MOTION FOR SUSPENSION OF PLEADINGS FOR 60 DAYS AND OR FOR THE ALTERNATIVE MOTION TO STAY PROCEEDINGS; PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUSPENSION OF PLEADINGS FOR 60 DAYS AND OR FOR ALTERNATIVE MOTION TO STAY PROCEEDINGS Case No: C07 0368 6 JW, to the court dated May 16, 2008 and mailed copies to the following defendants dated May 16, 2008.

1. Kinder Morgan Energy Partners, LP
   In care of: Jill B. Rowe Esq.
   Cooper, White & Cooper LLP
   1333N. California Blvd, suite 450
   Walnut Creek, Ca 94596, USA.

2. Office of the City Attorney
   Attorney for the City of San Jose
   In care of: Deputy City Attorney
   Margo Laskowska, Esq.
   200 East Santa Clara Street
   San Jose, Ca 95113, USA.

3. Santa Clara Valley Water District
   In care of: Jeffrey F. O'neal Esq.
   La More, Brazier, Riddle and Giampaoli
   1570 The Alameda, Suite 150
   San Jose, Ca 95126, USA.

4. San Jose Water Company
   In care of: Phillip Soderquist Law Offices
   351 California Street, Suite 550
   San.Francisco, Ca 94104, USA.

[X]    **(BY MAIL)** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]    **(BY FACSIMILIE)** By transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. Transmitted to: _____

[ ]    **(BY PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]    **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    ***(Federal)*** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2008, at San Jose, California.

_____
AMY L. NILSON