1  RICHARD DOYLE, City Attorney (#88625)
   GEORGE RIOS, Assistant City Attorney (#77908)
2  MARGO LASKOWSKA, Deputy City Attorney (#187252)
   Office of the City Attorney
3  200 East Santa Clara Street
   San José, California  95113-1905
4  Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
5  E-Mail Address:  cao.main@sanjoseca.gov

6  Attorneys for CITY OF SAN JOSE

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | AMY L. NILSON,                          | Case Number:  C07-03686 JW
12 |                  Plaintiff,             | **CITY OF SAN JOSE'S OPPOSITION TO PLAINTIFF'S MOTION FOR**
13 |          v.                             | **SUSPENSION OF PLEADINGS FOR 60 DAYS AND/OR MOTION TO STAY**
14 | THE CITY OF SAN JOSE, SANTA             | **PROCEEDINGS**
15 | CLARA VALLEY WATER DISTRICT,            |
   | SAN JOSE WATER COMPANY, et al.,         | DATE:  July 7, 2008
16 |                  Defendants.            | TIME:   9:00 a.m.
17 |                                         | COURTROOM: 8
   |                                         | JUDGE: Hon. James Ware

18     On or about May 16, 2008, Plaintiff Nilson filed a motion "for suspension of pleadings

19 for 60 days and or for the alternative motion to stay proceedings," purportedly under FRCP

20 Rule 12(b)(5).  Nilson requests the stay "in order to bring suit under compliance under the

21 Safe Drinking Water Act." (Nilson's Motion for Suspension of Pleadings, etc. at 1:4-5.)  In

22 the alternative, she seeks "continuance of action pursuant to Fed. R. Civ. P. 12(b)(5) and or

23 for a more definitive statement and or amendment of the pleadings to be brought into

24 compliance under the acts . . . ." (*Id.* at 1:5-7.)

25     Nilson's memorandum of points and authorities is not helpful in discerning the grounds

26 for her motions because the memorandum does not discuss the motions made in the notice.

27 The memorandum merely contains a treatise-like general discussion of citizen suits to

28 enforce various federal environmental laws.

1

1    Nilson's current motion for a 60-day stay or, in the alternative, for a continuance,

2  appears aimed at avoiding potential dismissal of her lawsuit without leave to amend.  On

3  March 13, 2008, the Court issued an Order Granting Defendants' Various Motions to Dismiss

4  With Leave to Amend.  On March 31, 2008, Nilson filed her Third Amended Complaint.

5  Defendants' motion to dismiss will be heard on July 7, 2008.  The March 13, 2008 Order

6  states that "[t]he Court will dismiss this action without leave to amend if Plaintiff . . . fails to

7  comply with any part of this Order."  (Order Granting Defendants' Various Motions to Dismiss

8  with Leave to Amend, filed March 13, 2008.)

9    In the present motion, Nilson improperly seeks another opportunity to amend her

10  complaint.  The notice of motion states that Nilson needs the stay "to bring suit under

11  compliance under the Safe Drinking Water Act."  (Nilson's Motion for Suspension of

12  Pleadings etc. 1:4-5.)  By filing this motion, Nilson appears to acknowledge that the Third

13  Amended Complaint does not comply with the Clean Water Act.  In light of the Court's March

14  13, 2008 Order, Nilson's attempt to avoid dismissal of her complaint by seeking time for

15  another amendment is improper.  Nilson already had multiple opportunities to amend her

16  complaint in the past.

17    Additionally, Rule 12(b)(5) does not authorize Nilson's motion.  Rule 12(b)(5) allows a

18  defendant to bring a motion seeking relief based on insufficient service of process, but it does

19  not constitute a basis for a plaintiff's motion for a stay, continuance, more definitive

20  statement, or amendment of the pleadings, as enumerated in Nilson's notice of motion.

21    The City of San Jose requests the Court to deny Nilson's motion for stay and the other

22  alternative motions.

23    Respectfully submitted,

24  Dated: June 12, 2008    RICHARD DOYLE, City Attorney

25    By: _Margo Laskowska_

26    MARGO LASKOWSKA
      Deputy City Attorney

27    Attorneys for CITY OF SAN JOSE, CITY OF
      SAN JOSE PLANNING DIVISIONS and the SAN
28    JOSE REDEVELOPMENT AGENCY

2

1

**PROOF OF SERVICE**

2    CASE NAME:    AMY L. NILSON v. CITY OF SAN JOSE, et al.

3    CASE NO.:    C07-03686JW

4    I, the undersigned declare as follows:

5    I am a citizen of the United States, over 18 years of age, employed in Santa Clara

6    County, and not a party to the within action.  My business address is 200 East Santa Clara

7    Street, San Jose, California  95113-1905, and is located in the county where the service

8    described below occurred.

9    On **June 12, 2008**, I caused to be served the within:

10
**CITY OF SAN JOSE'S OPPOSITION TO**
**PLAINTIFF'S MOTION FOR SUSPENSION OF PLEADINGS FOR 60 DAYS AND/OR**
11
**MOTION TO STAY PROCEEDINGS**

12    ☒    by ELECTRONIC FILING, I caused such document(s) to be transmitted
Electronically on this date to the offices of the addressee(s).
13

14    ☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope,
with postage fully prepaid, and causing the envelope to be deposited for collection
15    and mailing on the date indicated above.

16    I further declare that I am readily familiar with the business' practice for collection
and processing of correspondence for mailing with the United States Postal Service.
17    Said correspondence would be deposited with the United States Postal Service that
same day in the ordinary course of business.
18

19    Addressed as follows:

20    **SEE ATTACHED SERVICE LIST**

21

22    I declare under penalty of perjury that the foregoing is true and correct.  Executed at

23    San Jose, California, on **June 12, 2008**.

24    Margarita Martinez

25

26

27

28

PROOF OF SERVICE                                                                                      430099

1

<u>SERVICE LIST</u>

2

**SERVICE VIA FIRST CLASS MAIL**

3

Amy L. Nilson
3735 Senter Road

4

San Jose, California 95111

5

Telephone No.:  (408) 401-7924

6

***Plaintiff In Pro Per***

7

**SERVICE VIA ELECTRONIC FILING**

8

Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.

9

COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor

10

San Francisco, California 94111
Telephone No.:     (415) 433-1900

11

Facsimile No.:     (415) 433-5530

12

***Attorneys for Defendant Kinder Morgan
Energy Partners, LP***

13

14

Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.

15

Soderquist Law Offices
351 California Street, Suite 550

16

San Francisco, California 94111
Telephone No.:     (415) 374-8500

17

Facsimile No.:     (415) 394-6390

18

***Attorneys for Defendant San Jose Water Co.***

19

Thomas S. Brazier
Jeffrey F. Oneal

20

LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150

21

San Jose, Caliornia 95126
Telephone No.:     (408) 280-6800

22

Facsimile No.:     (408) 275-6284

23

***Attorneys for Defendant Santa Clara Valley
Water District***

24

25

26

27

28

PROOF OF SERVICE

430099