RICHARD DOYLE, City Attorney (#88625)
GEORGE RIOS, Assistant City Attorney (#77908)
MARGO LASKOWSKA, Deputy City Attorney (#187252)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendant,
CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON, | Case Number: C07-03686 JW |
| Plaintiff, | |
| v. | **CITY OF SAN JOSE'S REPLY RE MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]** |
| THE CITY OF SAN JOSE, SANTA CLARA VALLEY WATER DISTRICT, SAN JOSE WATER COMPANY, et al., | |
| Defendants. | Date:       July 7, 2008 |
| | Time:       9:00 a.m. |
| | Courtroom: 8 |
| | Judge:      Hon. James Ware |

The City of San Jose has moved this Court to dismiss Plaintiff Nilson's Third

Amended Complaint for the following reasons: (1) it does not allege compliance with the

pre-lawsuit notice requirements of the Clean Water Act and the Safe Drinking Water Act;

and (2) it does not identify a cognizable legal theory of liability against the City.

Defendant City has carefully reviewed Nilson's May 2, 2008 opposition to the City's

motion to dismiss the Third Amended Complaint. Nilson's opposition does not appear to

respond to the reasons for dismissal provided by the City. The sole reference to the City is

incomprehensible. *See* Nilson's Opposition at 12:5-10.

1

CITY OF SAN JOSE'S REPLY RE MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED
COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR A MORE
DEFINITE STATEMENT [FRCP 12(e)]

C07-03686JW
488025

1    Nilson's opposition consists mostly of topics irrelevant to this lawsuit and motion to

2  dismiss.  For example, it refers to hazardous recreational activities (Opposition at 2:26),

3  lobbying activities (*id.* at 3:2), attorney fees, peremptory challenges (*id.* at 3:6-11), takings

4  (*id.* at 5:3-6:3), summary judgment, qualified immunity (*id.* at 7:1-2), habeas corpus (*id.* at

5  7:15), writs of mandamus, prohibition and certiorari (*id.* at 8:11), with citations to various out-

6  of-circuit state cases.

7    The City is unable to provide a meaningful reply to Nilson's opposition because it is

8  impossible to decipher.  The City requests the Court to grant its motion to dismiss the Third

9  Amended Complaint without leave to amend.

10

11  Dated:  June 18, 2008                    Respectfully submitted,

12                                          RICHARD DOYLE, City Attorney

13

14                                 By:   _Margo Laskowska_

15                                          MARGO LASKOWSKA
                                            Deputy City Attorney

16                                          Attorneys for Defendant,
                                            CITY OF SAN JOSE
17

18

19

20

21

22

23

24

25

26

27

28

CITY OF SAN JOSE'S REPLY RE MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED      C07-03686JW
COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR A MORE    488025
DEFINITE STATEMENT [FRCP 12(e)]

**PROOF OF SERVICE**

CASE NAME:    AMY L. NILSON v. CITY OF SAN JOSE, et al.

CASE NO.:    C07-03686JW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action.  My business address is 200 East Santa Clara Street, San Jose, California  95113-1905, and is located in the county where the service described below occurred.

On **June 19, 2008**, I caused to be served the within:

**CITY OF SAN JOSE'S REPLY RE MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT [FRCP 12(b)(1) & (6)], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**

☒    by ELECTRONIC FILING, I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

☒    by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

Addressed as follows:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct.  Executed at San Jose, California, on **June 19, 2008**.

Margarita Martinez

430099

1

<u>**SERVICE LIST**</u>

2

**SERVICE VIA FIRST CLASS MAIL**

3

Amy L. Nilson
3735 Senter Road

4

San Jose, California 95111

5

Telephone No.: (408) 401-7924

6

***Plaintiff In Pro Per***

7

**SERVICE VIA ELECTRONIC FILING**

8

Jill B. Rowe, Esq.
Barry R. Ogilby, Esq.

9

COOPER, WHITE & COOPER, LLP
201 California Street, 17th Floor

10

San Francisco, California 94111
Telephone No.:    (415) 433-1900

11

Facsimile No.:    (415) 433-5530

12

***Attorneys for Defendant Kinder Morgan
Energy Partners, LP***

13

14

Philip R. Soderquist, Esq.
Robert A. Schwartz, Esq.

15

Soderquist Law Offices
351 California Street, Suite 550

16

San Francisco, California 94111
Telephone No.:    (415) 374-8500

17

Facsimile No.:    (415) 394-6390

18

***Attorneys for Defendant San Jose Water Co.***

19

Thomas S. Brazier
Jeffrey F. Oneal

20

LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150

21

San Jose, Caliornia 95126
Telephone No.:    (408) 280-6800

22

Facsimile No.:    (408) 275-6284

23

***Attorneys for Defendant Santa Clara Valley
Water District***

24

25

26

27

28

PROOF OF SERVICE

430099