COOPER, WHITE & COOPER LLP
BARRY R. OGILBY (SBN 118133)
 bogilby@cwclaw.com
JILL B. ROWE (SBN 197713)
 jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Defendant KINDER MORGAN
ENERGY PARTNERS, L.P., erroneously sued as
KINDER MORGAN ENERGY PARTNERS,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KINDER MORGAN ENERGY PARTNERS INC., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT, et al.,<br><br>　　　　Defendants. | CASE NO. C07-03686 JW<br><br>**KINDER MORGAN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]**<br><br>Date:　　July 7, 2008<br>Time:　　9:00 a.m.<br>Crtrm.:　8<br>Judge:　Hon. James Ware |

Plaintiff Amy Nilson's opposition to Kinder Morgan's motion to dismiss the third amended complaint does nothing to address the deficiencies identified in Kinder Morgan's moving papers.

　　1.　　Plaintiff does not dispute that the statutes upon which she bases her complaint (the Clean Water Act and Safe Drinking Water Act), preclude damages for personal injuries.

　　2.　　Plaintiff still does not explain who is being sued for what, thus leaving the third amended complaint fatally unintelligible.

3. Plaintiff does not dispute that she failed to comply with the 60-day notice requirements of the Clean Water Act and Safe Drinking Water Act.

Plaintiff has been given ample opportunities to frame an adequate pleading, and the Court has twice ordered that it would dismiss the action if she failed to do so. Plaintiff has demonstrated that she cannot frame an adequate pleading, and cannot comply with the Court's orders. The action should now be dismissed without leave to amend.

DATED: June 20, 2008               COOPER, WHITE & COOPER LLP

                                   By: _____/s/ Jill B. Rowe_____
                                   Jill B. Rowe
                                   Attorneys for Defendant KINDER MORGAN
                                   ENERGY PARTNERS, L.P., erroneously sued
                                   as KINDER MORGAN ENERGY
                                   PARTNERS INC.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

603383.1                           2                              C07-03686 JW
KINDER MORGAN'S REPLY MPA'S IN SUPPORT MOTION TO DISMISS THIRD AMENDED COMPLAINT

# PROOF OF SERVICE

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On June 20, 2008, I served the following document(s): **KINDER MORGAN'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED [FRCP 12(b)(6)], OR ALTERNATIVELY, MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRIOR COURT ORDER [FRCP 41(b)], OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [FRCP 12(e)]** on each of the parties listed below at the following addresses:

## SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE                                    Case No. C07-03686 JW

# SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California 95111 | **Plaintiff**<br><br>Telephone: (408) 401-7924<br>Email: listcontent@yahoo.com |

**SERVICE VIA ELECTRONIC FILING**

| | |
|---|---|
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California 94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone: (415) 374-8500<br>Facsimile: (415) 394-6390<br>Email: raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Margo Laskowska, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California 95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone: (408) 535-1900<br>Facsimile: (408) 998-3131<br>Email: cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California 95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone: (408) 280-6800<br>Facsimile: (408) 275-6284<br>Email: joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW