AMY L. NILSON
Address: 3735 Senter Road
San Jose, CA 95111
Tel: (408) 401-7924
Email: listcontent@yahoo.com

Attorneys for :
Pro Se Litigant

FILED

2008 JUN 23 P 1:59

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON<br><br>  Plaintiff,<br><br>V<br><br>KINDER MORGAN ENERGY PARTNERS L.P., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT. ET AL.<br><br>  Defendants. | Case No. C07-03686 JW<br><br>**NOTICE OF INTENT TO FILE SUIT FOR FAILURE TO PERFORM NONDISCRETIONARY DUTY UNDER THE WATER POLLUTION CONTROL ACTS**<br><br>[Eleventh Amendment of the United States Constitution;<br>28 U.S.C. §1331 et seq.;<br>33 U.S.C. § 1251 et seq.;<br>33 U.S.C §1365 et seq.;<br>33 U.S.C. § 1391 et seq.;<br>42 U.S.C.§§ 300f et. seq.;<br>42 U.S.C. §7401 et seq.] |

PLEASE TAKE NOTICE THAT this is a 60 day notification pursuant to Personal Injury for Carbon Monoxide Poisoning, pursuant under Clean Water Act 33 U.S.C.§ 1365 under 40 C.F.R. Parts 135.1-135.3, and that Amy L. Nilson ("Nilson") intends to commence an action under 40 CFR Part 403

-1-
NOTICE OF INTENT TO FILE SUIT FOR FAILURE TO PERFORM NONDISCRETIONARY DUTY UNDER
THE WATER POLLUTION CONTROL ACTS
Case No. 5:07 - cv- 3686 JW/RS

section 505 of the Clean Water Act (33 U.S.C. §1365(b)(2)), and 40 CFR Part 54.2 section 304 of the Clean Air Act (42 U.S.C. 7604(b)) of the Safe Drinking Water Act 42 U.S.C. § 300g–3 Chapter 40 CFR Part 122.49 et seq. as propagated under the Water Pollution Control Act (33 U.S.C. §1251), against the following persons (hereinafter referred to as "defendants").

1. Kinder Morgan Energy Partners LP. HQ

    500 Dallas St., Ste. 1000;

    Houston, TX 77002

2. City of San José

    Office of the City Clerk

    200 East Santa Clara Street

    San Jose, CA 95131

3. San Jose Water Company HQ Bldg

    110 W. Taylor Street

    San Jose, CA 95133

4. Santa Clara Valley Water District HQ Bldg

    5700 Almaden Expressway

    San Jose, CA 95118

5. Regional Administrator Wayne Nastri

    California Environmental Protection Agency, Region 9

-2-
NOTICE OF INTENT TO FILE SUIT FOR FAILURE TO PERFORM NONDISCRETIONARY DUTY UNDER THE WATER POLLUTION CONTROL ACTS
Case No. 5:07 - cv- 3686 JW/RS

   75 Hawthorne St.

   San Francisco, CA 94105

6. Administrator Stephen L. Johnson

   US Environmental Protection Agency

   Ariel Rios Building

   1200 Pennsylvania Avenue, N.W.

   Washington, DC 20460

7. Attorney General

   US Department of Justice

   950 Pennsylvania Ave, NW

   Washington, DC 20530

8. Amy L. Nilson is informed and believes that defendants operate a gasoline fuel terminal located at 2150 Kruse Drive, in San Jose, California under assignment of NPDES Permit No. CA0037842 in its Waste Discharge Requirements Order No. R2-2003-0085 by California Regional Water Quality Control District Region 9. Temporary Permit issued by the City of San Jose pursuant to its authority under 33 U.S.C. § 1342(b) of 40 CFR § 403.5 and § 403.6.

9. Amy L. Nilson further believes that violations under the Clean Air Act constitute an action in which the violation is likely to continue and/or recur.

10. Defendants and the Administrator of the United States Environmental Protection Agency and the Sate of California Environmental Agency and the United States Attorney General,

1  are hereby placed on written notice of Nilson's intention to commence suit over this matter.

2  Nilson's action will seek all remedies available against each defendant.

3

4  This notice is made on behalf of Amy L. Nilson pro se.

5                                      Respectfully submitted,

6  DATED: July ____, 2008       AMY L. NILSON
7                                      Pro Se Litigant

8                                      /s/ Amy L. Nilson

9

10                                     _____
                                    AMY L. NILSON
                                    Pro Se Litigant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**NOTICE OF INTENT TO FILE SUIT FOR FAILURE TO PERFORM NONDISCRETIONARY DUTY UNDER THE WATER POLLUTION CONTROL ACTS**
Case No. 5:07 - cv- 3686 JW/RS