AMY L. NILSON
Address: 3735 Senter Road
San Jose, CA 95111
Tel: (408) 401-7924
Email: listcontent@yahoo.com

Attorneys for :
Pro Se Litigant

FILED

2008 JUN 23 P 2: 01

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON ) | Case No. C07-03686 JW |
| ) | |
| Plaintiff, ) | **MOTION FOR PRELIMINARY INJUNCTION** |
| ) | |
| V ) | [Enforcement of Regulations under the Water Pollution Control Act (1983)]. |
| ) | |
| KINDER MORGAN ENERGY PARTNERS L.P., ) THE CITY OF SAN JOSE, SAN JOSE WATER ) COMPANY, SANTA CLARA VALLEY WATER ) DISTRICT ET AL. ) | Date: July 7, 2008 Time: 10:00 a.m. Courtroom 8, 4th Floor Judge: Honorable James Ware |
| ) | |
| Defendants. ) | |

**Relief Sought**

Plaintiffs move this court for a preliminary injunction. The injunction sought will enjoin the defendants, their agents, servants, employees, and all persons in active concert or participation with them from enforcement or causing to be enforced the provisions of the regulations pursuant under the

-1-
MOTION FOR PRELIMINARY INJUNCTION
[Enforcement of Regulations under the Water Pollution Control Act (1983)].
Case No. 5:07 - cv- 3686 JW/RS

Act "pollution prevention" CAA 42 U.S.C. § 7408(a)(1)(A) propagated under 40 CFR §63.654(i), "any equipment used for recovering, removing, or oxidizing organic hazardous air pollutants Standard Industrial Classification code 2911; a gasoline loading rack classified under loading operation located at a petroleum refinery.

### Grounds for Motion

The injunction requested is required because:

1. Unless restrained by this court, the plaintiff will seek to enforce these regulations

2. This action by the defendants causing irreparable injury to the plaintiff by "Carbon Monoxide Poisoning", and that of the community through failure to certify violations under the act, through the submission of exhibits and facts, will continue to cause future harm to the general population.

3. This action presents only questions of law. All of the facts will be presented at the hearing on the request for preliminary injunction and/ or will be the subject of stipulation at this hearing.

4. There is a substantially likelihood that the defendants have failed to set a restraining order for the discontinuance of the use of a "temporary dumping permits" issued by the City of San Jose, and or preliminary and/ or permanent injunctions compelling all Defendants and its agents:

   a. to discontinue dumping gasoline waste products into POTW by Kinder Morgan Energy Partners LP;

   b. compliance with the provisions of the Freedom of Information Act (FOIA) and Privacy Act (2002), §38:37 of the Act requires that each agency, in accordance with published rules, make available for public inspection and copying (under the meaning of 5 U.S.C.A. 552(a) (2) 2002).

      (i)    production of materials and information wrongfully withheld from the Plaintiff by the San Jose Water Company, for production of documents describing the level of contaminates of water samples from "secondary treatment stage" provided to residence;

      (ii)    and or for documents provided by the Santa Clara Valley Water District, determination of water samples from Coyote Creek Montague Expressway;

      (iii)    compliance with the provisions of the Water Pollution Control Act (1983).

5.    Plaintiff to Precede in Pro Se Litigation under L.R. 11-3 and 11-4.

6.    Setting under the Amended Complaint pursuant 28 U.S.C. § 1331 under Federal question pursuant enforcement of regulations under the Water Pollution Control Act (1983).

7.    The Plaintiff requests for the continuance of Further Case Management Conference to be heard on after the referred date of the court to be heard in front of Judge James Ware, in Courtroom 8, 4th floor or for Joint CMC/Status/Pretrial Statements at 10:00 am as deemed appropriate.

8.    All other matters may be set forth as an Oral Argument of the Record.

**Support for Motion**

This motion is based on all the papers and records on file in this action, including this document, the verified complaint, the supporting "Exhibit Mm" docs., 050-053, and Memorandum of Points and Authorities.

DATED: June 23, 2008

                          AMY L. NILSON
                          Pro Se Litigant

                          /s/ Amy L. Nilson

                          _____
                          AMY L. NILSON
                          Pro Se Litigant

# "Exhibit Mm"
# Docs 050 - 052


# SAN JOSE
CAPITAL OF SILICON VALLEY

## IND Inspection Report

| | | | |
|---|---|---|---|
| WO ID | : 233,844 | Inspection Date | : 04/12/2006 |
| Task ID | : 407,461 | Inspection Type | : Initial |
| Due Date | : 04/06/2006 | Inspector | : Donella Prince |

## FACILITIY INFORMATION

Org Name:    EQUILON  
Org Code:    42307  
Address:     2165 O'Toole Ave  
             SAN JOSE, CA 95131

Permit #:  SJ-092T

## FACILITIY DETAILS

Grease Producing  : N  
Exposure          : Y  
No Wash No Service : N  

SWPPP       : Yes  
NOI Status : Yes  

### SIC Informatio

| CODE | DESCRIPTION | NOI? |
|---|---|---|
| 4226 | Special warehousing and storage | Maybe |
| 8999 | Services | |

## COMPLIANCE INFORMATION
### Violations Identified

### Enforcements for Identified Violations

## MATERIALS DISTRIBUTED

| BMP Distributed to the IU | Quantity |
|---|---|
| Preventing Storm Drain Pollution | 1 |

## RECOMMENDATIONS

Do not allow washwater or any other pollutant into storm drain

Have spill kit available for outdoor cleanup

Inspect and maintain storm drains or storm water treatment devices (e.g. storm drain filters) regularly prior to rain events

Continue to keep records of SWPPP-related monitoring and sampling results available for review

Continue good housekeeping and pollution prevention activities

## NOTES

**Notes Taken**

No AOCs- WDID 2 43SO15327  
NPDES Permit currently not in use- hauled to Martinez for treatment (more cost-effective)

**Date Notes Taken**

## FOLLOW-UP/RE-INSPECTION

Kinder Morgan Energy Partners- dba SFPP, L.P. SJ-379B non-categorical- clean-up/wash/rainwater associated with 8 tanker filling islands

| local daily max | 6-12.5 | 0.70 | 1.00 | 2.70 | 0.40 | 2.60 | 0.24 | 2.60 | 0.5/ | 2.13 | 2.13 | | max allowable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FLOW(kgal) | pH | Cd | 624 | Ethanol | | | | TTO | flam. >140F >60C | | rec date | action |
| sam date | | | | | | | | | | | | | |
| smr 11/29/00 | | 6.8 | | benzene, ethylbenzene, toluene, xylene <0.05 | | | | | | 160 gasoline | 9/29/00 | | NV# 21248 |
| potw 11/29/00 | | 11.4 | | | | | | | <0.01 | | | | |
| potw 2/28/01 | | 6.0 | <0.02 | 0.04 | 0.1 | <0.08 | 1.35 | <0.015 | 0.1 | <0.01 | 91F | 4/25/01 | NV# 21295 |
| smr 5/30/01 | | 5.2 | | xylene <0.01 | | | | | | 100F | | | NV# 21301 |
| potw 5/30/01 | | 6.0 | | | | | | | <0.01 | | | | |
| smr 11/16/01 | .4-3.5 | 6.7 | | xylene <0.0 | | | <10 | | | 8260B- MTBE | >160F | 10/31/01 | |
| potw 11/16/01 | | 8.3 | | 624<0.01 | | | | | | | >212F | | |
| smr 11/14/02 | | 7.1 | | xylene <0.01 | | | 120 | | | 8260B- MTBE .11 | >160F | 5/7/02 | |
| potw 5/16/02 | | 6.1 | | 624<0.01 | | | | | | | 65C | | |
| potw 11/14/02 | | 6.5 | | 624<0.01 | | | | | | | 100C | | |
| smr | | 4.8 | | 8260B- MTBE .028270C <0.01 | | | | | | | >160F | 12/9/02 | WN# 7531 |
| | | | WN issued for low pH and late report (5 days) + $100 AC | | | | | | | | | | |
| smr | 1.5-16.9 | 6.0 | | xylene <0.0 | <0.5 | | | | | | >140F | 4/30/03 | |
| lr 11/10/03 | esd | 5.6 | | | | | | | 0.31 | | 100C | | |
| | | VW issued for low pH 12/18/03 | | | | | | | | | | | |
| smr 2/18/04 | 4-6.5 | 5.7 | | xylene <0.0 | toluene <0.0 | 8260B- MTBE .81 | | | | | >160F | 4/29/04 | |
| | | VW issued for low pH 5/10/04 | | | | | | | | | | | |
| lr 10/5/04 | | 4.3 | | xylene <0.01 | | | | | | | | | |
| | | WN issued for low pH 10/15/04 | | | | | | | | | | | |
| smr 10/29/04 | resample | 4.3 | | xylene <0.01 | | | | | | | >160F | notified 10/15 1410 Karina Hankins | severn trent labs |
| | | WN issued for low pH | | | | | | | | | | | |
| potw 12/10/05 | esd | 6.1 | | benzene =0.045 | toluene =0.03 | | | | | | 72C | | esd |
| smr 3/25/05 | 2.1-40.5 | 5.6 | | xylene <0.01 | mtbe-5.6 benzene- 0.32 | | | | | | 150F | 4/29/05 | severn trent labs |
| | | VW issued for low pH 5/18/05 | | | | | | | | | | | |
| lr 5/19/05 | esd | 6.1 | | 3.16= benzene=3.09; toluene=0.017; 1,2 dd | | | | | 3.16 | | 95C | O&G=37 | esd |
| | | VW issued for TTO 3.16; notified 7/6/05@3:10PM | | | | | | | | | | | |
| smr 6/30/05 | 0.4-9.3 | 5.4 | | xylene <0.01 | | | | | | | >160F | notified 11/05 1410 Karina Hankins | severn trent labs |
| | | WN issued for low pH 11/7/05 | | | | | | | | | | | |
| lr 12/2/05 | esd | 5.0 | | | | | | | | 624=0.54 | <0.005 | O&G= 11 12/15/05 | esd |
| | | VW issued for low pH 12/15/05 Rick Carpenedo | | | | | | | | | | | |
| smr 3/28/06 | 1.7-37.6 | 6.0 | | xylene <0.01 | | | | | | 624=1.97 | >155F | O&G=19 | curtis & tompkins |
| lr 6/22/06 | esd | 6.0 | | | | | | | | | | | esd |
| lr 6/22/06 | esd | 6.0 | | 12.07= benzene=11.3; toluene=0.77; ethybezene=<0.01 | | | | | | | | | esd |
| | | NV, AC $500, CM issued for TTO 7/19/06 Rick Carpenedo | | | | | | | | | | | NV# 22231 |

131901

01107CA