AMY L. NILSON
Address: 3735 Senter Road
San Jose, CA 95111
Tel: (408) 401-7924
Email: listcontent@yahoo.com

Attorneys for :
Pro Se Litigant

FILED

2008 JUN 23 P 1:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON<br><br>                Plaintiff,<br><br>V<br><br>KINDER MORGAN ENERGY PARTNERS L.P., THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT ET AL.<br><br>                Defendants. | Case No. C07-03686 JW<br><br>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br><br>[Fed R Civ P 15 (C) (1) (b) – (2) (d)]<br><br>Date:    July 7, 2008<br>Time:   9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:  Honorable James Ware |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, AMY L. NILSON, as pro se, hereby moves for leave to file an amended complaint in the form attached hereto as "Exibit L1" Cover Letter, 2 Forms of Notice of Intent, and Amended

-1-

MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [Fed R Civ P 15 (C) (1) (b) – (2) (d)] Case No. 5:07 - cv- 3686 JW/RS

1  Complaint, docs. 001 – 049 pursuant Fed. Civ. P 15 (c) (1) (B) the amendment asserts a claim or

2  defense that arose out of the conduct, transaction, or occurrence set out — or attempted to be set out —

3  in the original pleading; or statute of limitations allows relation back; relating back - Fed. Civ. P 15 (C)

4  (2) (d) "On motion and reasonable notice, the court may, on just terms, permit a party to serve a

5  supplemental pleading setting out any transaction, occurrence, or event that happened after the date of

6  the pleading to be supplemented. The court may permit supplementation even though the original

7  pleading is defective in stating a claim or defense".

8

9  The Amendment includes the form attached hereto as "Exibit Mm" Doc – 050 – 053 production of new

10 information and current information entering pleading as Personal Injury from Carbon Monoxide,

11 MTBE, and VOC Poisoning.

12

13 DATED: June 23, 2008                          AMY L. NILSON
                                                Pro Se Litigant
14
                                                /s/ Amy L. Nilson
15
                                                _____
16                                              AMY L. NILSON

17 Pro Se Litigant

-2-
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [Fed R Civ P 15 (C) (1) (b) – (2) (d)] - Case No. 5:07 - cv- 3686 JW/RS**

# "Exhibit L1"
# Doc 001 - 049

July ___, 2008

**Certified Mail
Return Receipt Requested**

Mrs. Amy L. Nilson
Pro Se Litigant
3735 Senter Road
San Jose, California 951111

Dear Sir/Madame:

Enclosed please find a **NOTICE OF INTENT TO FILE SUIT FOR VIOLATION OF WATER POLLUTION CONTROL ACTS; NOTICE OF INTENT TO FILE SUIT FOR PERSONAL INJURY AND OR FAILURE TO PERFORM NONDISCRETIONARY DUTY UNDER CLEAN WATER AND SAFE DRINKING WATER AND CLEAN AIR ACTS.**

Ozone Injection Filtration proceedures provided by the San Jose Water Company has significant deficiencies, many of which result in inadequate or compromised risk and health to the general public for violations, as a result of Kinder Morgan Energy Partners LP's industrial users compliance under its NPDES permit, and or the Clean Water, Safe Drinking Water and Clean Air Acts.

If you have any questions regarding this matter, please contact Amy L. Nilson at (408) 509-6872 or at listcontent@yahoo.com.

Sincerely,


Amy L. Nilson
Pro Se Litigant

Enclosure
cc: Kinder Morgan Energy Partners LP, City of San Jose, San Jose Water Company, Santa Clara Valley Water District, EPA San Francisco Bay RWQCB, California State EPA, United States EPA, ant the United States Attorney General.