AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
TEL: (408) 509-7924
listcontent@yahoo.com

Attorneys for Plaintiff
Pro Se Litigant

FILED

2008 JUN 23 P 1:58

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY L. NILSON, Individually,<br><br>           Plaintiff,<br><br>v.<br><br>KINDER MORGAN ENERGY PARTNERS LP, THE CITY OF SAN JOSE, SAN JOSE WATER COMPANY, SANTA CLARA VALLEY WATER DISTRICT et al.<br><br>           Defendants. | Case No. C 07-03686 RS<br><br>NOTICE OF MOTION TO LEAVE TO FILE AMENDED COMPLAINT<br>[Fed R Civ P 15 (C) (1) (b) – (2) (d)]<br><br>Date: July 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th floor<br>Before: Hon. Judge James Ware |

TO ALL PARTIES AND THIER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT, pursuant to [Fed R Civ P 15 (C) (1) (b) – (2) (d)] and Civil Local Rule 26 (f) further case management of the pleadings, Plaintiff as Pro Se Litigant ("Nilson") hereby notifies the Court that she believes a motion previously filed in this court, Motion to Stay Proceedings for 60 days, and or motion is related to the above-entitled action. That on July 7, 2008, at 9:00 am the aforementioned matter will be held in Courtroom 8, 4th floor, located at 280 South

-1-

NOTICE OF MOTION TO LEAVE TO FILE AMENDED COMPLAINT [Fed R Civ P 15 (C) (1) (b) – (2) (d)] - Case No. 5:07 - cv- 3686 JW/RS

1 | First Street, San Jose, California 95113.

2 | DATED: July 23, 2008              AMY L. NILSON
                                       Pro Se Litigant

/s/ Amy L. Nilson

_____
AMY L. NILSON
Pro Se Litigant

## DECLARATION OF AMY L. NILSON

I, Amy L. Nilson, as pro se litigant, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

This motion is based on this notice of motion, memorandum of points and authorities, and or on the attached "Exhibits Ll - Mm" of Amy L. Nilson, and on all the papers, pleadings, and records on file in this action.

DATED: July 23, 2008              AMY L. NILSON
                                   Pro Se Litigant

/s/ Amy L. Nilson

_____
AMY L. NILSON
Pro Se Litigant

## CONCLUSION

Based on the reasons set forth above, plaintiff, Amy L. Nilson, respectfully requests that the court grant plaintiff's motion for motion to stay pleadings for 60 days; and/ or for amendment of the pleadings pursuant Fed R Civ P 15 (C) (1) (b) – (2) (d).

DATED: July 23, 2008              AMY L. NILSON
                                   Pro Se Litigant

/s/ Amy L. Nilson

_____
AMY L. NILSON
Pro Se Litigant

-2-

**NOTICE OF MOTION TO LEAVE TO FILE AMENDED COMPLAINT [Fed R Civ P 15 (C) (1) (b) – (2) (d)]** - Case No. 5:07 - cv- 3686 JW/RS