FILED
Clear Form
2008 JUN 23 P 2: 34
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Amy L. Nilson Plaintiff,

vs.

City of San Jose, et. al.

Defendant.

CASE NO. 05-cv-07-03686 JW/RS

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(Non-prisoner cases only)**

I, Amy L. Nilson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___ Net: ___

Employer: n/a

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ____ No X

b. Income from stocks, bonds, or royalties? Yes ____ No X

c. Rent payments? Yes ____ No X

d. Pensions, annuities, or life insurance payments? Yes ____ No X

e. Federal or State welfare payments, Social Security or other government source? Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

n/a

______________________________________________

3. Are you married? Yes ____ No X

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $________________ Net $________________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

c.

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes X No ___

Make Metro Year 1993 Model GEO

Is it financed? Yes _____ No X If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)

Name(s) and address(es) of bank: __________

_______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No X Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

_______________________________________________

8. What are your monthly expenses?

Rent: $ 1,450.00 Utilities: 225.00

Food: $ 600.00 Clothing: 75.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Medical, Dental, School loan, Creditors

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Northern District 07-CV-1341 JF/HRL

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 23, 2008
DATE

[signature]
SIGNATURE OF APPLICANT

Note: Refer 4. (c).

yearly income from support other than (spouse)

$ 60 day x 30 = ____ x 12 months.