## COOPER, WHITE & COOPER LLP

ATTORNEYS AT LAW

201 CALIFORNIA STREET SEVENTEENTH FLOOR

SAN FRANCISCO CALIFORNIA 94111

(415) 433-1900

A LIMITED LIABILITY
PARTNERSHIP INCLUDING
PROFESSIONAL CORPORATIONS
FACSIMILE (415) 433-5530
WWW.CWCLAW.COM

E-Mail: jrowe@cwclaw.com

CONTRA COSTA OFFICE
1333 N CALIFORNIA BLVD
WALNUT CREEK
CALIFORNIA 94596
(925) 935-0700

June 25, 2008

**Via Facsimile**

The Honorable James Ware
United States District Court
Northern District of California
280 S. First Street, 4th Floor, Courtroom 8
San Jose, California 95113-3008

Re: **Nilson v. Kinder Morgan Energy Partners L.P., et al.
U.S.D.C., Northern District California Case No. C07-03686 JW**

Dear Judge Ware:

I represent Kinder Morgan Energy Partners, L.P., one of the defendants in the above action. I am writing to address the untimeliness of two motions filed by Ms. Nilson as plaintiff in pro per. Specifically, plaintiff on June 23 filed (1) a motion for preliminary injunction; and (2) a motion for leave to file a fourth amended complaint.

With only 14 days notice, Ms. Nilson unilaterally scheduled these motions for hearing on July 7, when the Court is scheduled to hear the defendants' motions to dismiss plaintiff's third amended complaint. Given the July 7 hearing date, the defendants' oppositions to plaintiff's new filings were due on June 16, i.e., one full week before plaintiff filed her motions on June 23.

Given the dilemma presented by the untimely filing of plaintiff's motions, Kinder Morgan respectfully requests that the Court continue plaintiffs' motions for at least 35 days after July 7. That would give the defendants time to prepare and file oppositions in the event their motions to dismiss are denied on July 7.

If Your Honor intends to hear plaintiff's new motions on July 7, please let us know immediately so that we may prepare written oppositions on the merits.

Respectfully,

*Jill B. Rowe*

Jill B. Rowe

cc: Amy Nilson, plaintiff in pro per (by U.S. mail)
All Counsel (by e-service)

## PROOF OF SERVICE

1. I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On June 25, 2008, I served the following document(s): **LETTER TO JUDGE WARE** on each of the parties listed below at the following addresses:

### SEE ATTACHED LIST

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 25, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE                Case No. C07-03686 JW

## SERVICE LIST

**SERVICE VIA FIRST CLASS MAIL**

| | |
|---|---|
| Amy L. Nilson<br>3735 Senter Road<br>San Jose, California  95111 | **Plaintiff**<br><br>Telephone:  (408) 401-7924<br>Email:  listcontent@yahoo.com |

**SERVICE VIA ELECTRONIC FILING**

| | |
|---|---|
| Philip R. Soderquist<br>Robert A. Schwartz<br>Soderquist Law Offices<br>351 California Street, Suite 550<br>San Francisco, California  94111 | **Attorneys for Defendant**<br>**San Jose Water Company**<br><br>Telephone:  (415) 374-8500<br>Facsimile:  (415) 394-6390<br>Email:  raschwartz1@gmail.com |
| Richard Doyle, City Attorney<br>George Rios, Assist. City Attorney<br>Margo Laskowska, Deputy City Attorney<br>Office of the City Attorney<br>200 East Santa Clara Street<br>San Jose, California  95113 | **Attorneys for Defendant**<br>**City of San Jose**<br><br>Telephone:  (408) 535-1900<br>Facsimile:  (408) 998-3131<br>Email:  cao.main@sanjoseca.gov |
| Thomas S. Brazier<br>Jeffrey F. Oneal<br>LaMore, Brazier, Riddle & Giampaoli<br>1570 The Alameda, Suite 150<br>San Jose, California  95126 | **Attorneys for Defendant**<br>**Santa Clara Valley Water District**<br><br>Telephone:  (408) 280-6800<br>Facsimile:  (408) 275-6284<br>Email:  joneal@lbrg.com<br>Tom_Brazier@lbrg.com |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
PROOF OF SERVICE

Case No. C07-03686 JW