UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:** July 7, 2008  **Court Reporter:** Summer Clanton
**Case No.:** C-07-03686 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Amy Nilson v. The City of San Jose et al**

**Attorney(s) for Plaintiff(s)**: Amy Nilson (pro per)
**Attorney(s) for Defendant(s)**: Eric Steinle (Santa Clara Water Co.), Margo Laskowska (City of San Jose), Jill Rowe (Kinder Morgan), Robert Schwartz (San Jose Water)

## PROCEEDINGS

1. Defendants' Motion to Dismiss Third Amended Complaint
2. Plaintiff's Motion for Suspension of Pleadings for 60 Days or Motion to Stay Proceedings.

## ORDER AFTER HEARING

Hearing Held. The Court GRANTED the Defendants' Motion to Dismiss. The Court dismissed the case with prejudice. The Court to issue further order.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: