IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amy Nilson, | NO. C 07-03686 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| The City of San Jose, et al., | |
| Defendants. | |

Pursuant to the Court's July 24, 2008 Order Granting Defendants' Motions to Dismiss With Prejudice; Denying Plaintiff's Motion to Stay or Suspend Proceedings, judgment is entered in favor of Defendants the City of San Jose, Kinder Morgan Energy Partners, L.P., San Jose Water Company, and the Santa Clara Valley Water District, against Plaintiff Amy L. Nilson.

Each party shall bear their own fees and costs.

The Clerk shall close this file.

Dated: July 24, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry Ray Ogilby bogilby@cwclaw.com
Jeffrey Frank Oneal joneal@lbrg.com
Jill Battilega Rowe jrowe@cwclaw.com
Margo Laskowska CAO.Main@sanjoseca.gov
Robert A. Schwartz raschwartz1@gmail.com
Thomas S. Brazier Tom_Brazier@lbrg.com

Amy Nilson
3735 Senter Road
San Jose, CA 95111

**Dated: July 24, 2008**          **Richard W. Wieking, Clerk**

                                  **By:  /s/ JW Chambers**
                                     **Elizabeth Garcia**
                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California