Form 4.    Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

United States District Court for __Northern__ District of __San Jose__

A.B., Plaintiff

v.                    Case No.: __07-cv-03686__

C.D., Defendant

*Filed JUL 28 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _[signature]_ | Date: _July 28, 2008_ |

My issues on appeal are:

(e)   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify) Boyfriend | $ 900 | $ N/A | $ 900 | $ N/A |
| **Total monthly income:** | $ 900 | $ N/A | $ 900 | $ N/A |

2. List your employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| EVC College Dist. | 3095 Yerba Buena Rd. San Jose, CA 95135 | Part-time Full-time 2005 - 2008 | student |
| Home maker | | 2003 - 2008 | 0 |
| | | | |

3. List your spouse's employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| | | | |
| | N/A | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ __N/A__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| | | | |
| | N/A | | |
| | | | |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other real estate | Value |
|---|---|---|---|
| | | | |
| | N/A | | |
| | | | |

| Motor Vehicle 1 | Value | Make & Year | Model | Registration # |
|---|---|---|---|---|
| Car | $200 | GEO 93 | Metro | |
| Motor Vehicle 2 | Value | Make & Year | Model | Registration # |
| | | | | |

- 3 -

| Other Assets | Value |
|---|---|
| N/A | |
| | |
| | |

6. State every person, business, or organization owing you of your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly are.

| | You $ | Your Spouse $ |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) • Are real estate taxes included? Yes / No • Is property insurance included? Yes / No | | |
| Utilities (electricity, heating fuel, water, sewer and telephone) | $181.00 | N/A |
| Home maintenance (repairs & upkeep) | N/A | N/A |
| Food | $750.00 | N/A |
| Clothing | $125.00 | N/A |
| Laundry and dry-cleaning | $35.00 | N/A |
| Medical and dental expenses | N/A | N/A |
| Transportation (not including motor vehicle payments) | N/A | N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $75.00 | N/A |

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in Mortgage payments)<br>• Homeowner's or renter's<br>• Life<br>• Health<br>• Motor Vehicle<br>• Other: _____ | $37.00 | N/A |
| Taxes (not deducted from wages or included in Mortgage payments)<br>(Specify: _____ ) | N/A | N/A |
| Installment payments<br>• Motor Vehicle<br>• Credit card (name):<br>• Department Store (name):<br>• Other: _____ | N/A | N/A |
| Alimony, maintenance, and support paid to others | N/A | N/A |
| Regular expenses for operation of business, profession, or farm (attache detailed statement) | N/A | N/A |
| Other (specify): School Books and Supplies | $650.00 | N/A |
| Total Monthly Expenses: | $1253.00 | N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    _____ Yes     ___X___ No

    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    _____ Yes     ___X___ No

    If yes, how much? $_____ N/A _____
    If yes, state the attorney's name, address, and telephone number.

    _____ N/A _____
    _____
    _____

- 5 -

11. Have you paid – or will you be paying -- anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

_____ Yes    __X__ No

If yes, how much? $ _____N/A_____

If yes, state the person's name, address, and telephone number.

_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am currently attending school Full-Time. I have 24 more credit units before I receive an AS Degree.

13. State the address of your legal residence.

3735 Senter Road
San Jose, CA 95111

Your daytime phone number: (408) 509-6872

Your age: 35    Your years of schooling: 13.5

Your social security number: ▓▓▓▓▓-3800