AMY L. NILSON
Address: 3735 Senter Road
San Jose, CA 95111
Tel: (408) 401-7924
Email: amynilson@ymail.com

Attorneys for :
Pro Se

**Filed**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY L. NILSON ) <br> ) <br> Petitioner, ) <br> ) <br> V ) <br> ) <br> ) <br> KINDER MORGAN ENERGY PARTNERS ) <br> L.P., THE CITY OF SAN JOSE, SAN JOSE ) <br> WATER COMPANY, SANTA CLARA ) <br> VALLEY WATER DISTRICT. ET AL. ) <br> ) <br> ) <br> Respondents. ) <br> ) | Case No. C07 -03686 JW/RS <br><br> MOTION FOR EXTENSION OF TIME <br><br> Supplemental to <br> Civil Action No. 07-03686 – JW/RS <br><br><br> Judge James Ware |

## MOTION FOR EXTENSION OF TIME

Plaintiff Amy L. Nilson hereby moves the Court for an extension of time to file a reply to the response brief in order for review of consent judgment. Citizen suit provisions require that citizen suits be resolve by consent judgment and that the United States be given the opportunity to review any proposed consent judgment before its entry by the court. Because of new security procedures that may delay its arrival for a month or longer. The Appellant requests a Motion for Extension of Time for 45-day review period as commencing until the special handling process of citizen suit has been completed.

Respectfully submitted,

AMY L. NILSON
3735 Senter Road
San Jose, CA 95111
Telephone: (408) 509 – 6872
amynilson@ymail.com

By _____

PRO SE

-1-