United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amy Nilson, | NO. C 07-03686 JW |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR PERMISSION TO APPEAL *IN FORMA PAUPERIS*** |
| v. | |
| The City of San Jose, et al., | |
| Defendants. / | |

On July 24, 2008, the Court dismissed with prejudice Plaintiff's Third Amended Complaint. (Order Dismissing Plaintiff's Third Amended Complaint With Prejudice, hereafter, "Order," Docket Item No. 151.) Presently before the Court is Plaintiff's Motion for Permission to Appeal *In Forma Pauperis*. (See Docket Item No. 154.)

A party wishing to proceed *in forma pauperis* on appeal must first obtain approval from the district court which issued the ruling. Fed. R. App. P. 24(a). The party must submit an affidavit stating with specificity (1) the party's inability to pay and (2) the issues the party intends to appeal. Id. The district court may grant or deny the motion; if the motion is denied, the district court must state its reasons in writing. Id. If the denial of leave to appeal *in forma pauperis* is because appellant cannot be deemed in good faith because her claim is frivolous, the statement of reasons should explain why the claim is frivolous." Alley v. Dodge Hotel, 501 F.2d 880, 882 n.7 (D.C. Cir. 1974). The Court proceeds to consider whether Plaintiff's appeal is frivolous.

The Court set forth in detail its reasons for dismissing Plaintiff's claims with prejudice in the July 24, 2008 Order. Briefly, the Court found that the Third Amended Complaint (1) failed to state a claim upon which relief could be granted, (2) failed to comply with the Court's previous orders, and (3) failed to satisfy certain jurisdictional requirements. (Order at 5.) Specifically, the Court found that Plaintiff could not assert claims under the Clean Water Act, 33 U.S.C. § 1251 *et seq*. and other environmental protection laws without first providing notice to state and federal agencies. (Order at 3.) In dismissing the Second Amended Complaint, the Court had warned Plaintiff that her case would be dismissed with prejudice if she does not allege compliance with the notice requirement. (Order at 2.) The Third Amended Complaint failed to allege that Plaintiff properly provided notice. Significantly, Plaintiff admitted that she has not properly given notice. (Order at 5.) Without proper notice, the Court lacks jurisdiction to hear Plaintiff's case. (Order at 6.) Thus, the dismissal was proper and Plaintiff's appeal is frivolous.

Accordingly, the Court DENIES Plaintiff's motion for permission to appeal *in forma pauperis*. In light of this Order, the DENIES Plaintiff's Motion for Extension of Time as MOOT. (See Docket Item No. 155.)

Dated: August 15, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barry Ray Ogilby bogilby@cwclaw.com
Jeffrey Frank Oneal joneal@lbrg.com
Jill Battilega Rowe jrowe@cwclaw.com
Margo Laskowska CAO.Main@sanjoseca.gov
Robert A. Schwartz raschwartz1@gmail.com
Thomas S. Brazier Tom_Brazier@lbrg.com

Amy Nilson
3735 Senter Road
San Jose, CA 95111

Dated:  August 15, 2008                                    **Richard W. Wieking, Clerk**

                                                              **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California