# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.  08-16740        U.S. District Court  Case No. 5:07-cv-03686-JW

Short Case Title   Nilson v. City of San Jose, et al.

Date Notice of Appeal Filed by Clerk of District Court  07/28/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 07/07/08 | Summer Clanton | Other (specify): Motion to Dismiss |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[ ]  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X]  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ]  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant      Date Transcript Ordered Aug. 18, 2008

Jill B. Rowe
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111
(415) 433-1900

_Jill B. Rowe_
Signature Attorney/Pro Per Litigant
Atty. for Respondent
Kinder Morgan Energy
Partners, L.P.

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16740    U.S. District Court Case No. 5:07-cv-03686-JW

Short Case Title   Nilson v. City of San Jose, et al.

Date Notice of Appeal Filed by Clerk of District Court   07/28/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 07/07/08 | Summer Clanton | Other (specify): Motion to Dismiss |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Jill B. Rowe
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111
(415) 433-1900

Date Transcript Ordered Aug. 18, 2008

_Jill B. Row_
Signature Attorney/Pro Per Litigant

Atty. for Respondent
Kinder Morgan Energy
Partners, L.P.

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.c
court reporter

Arrangements for payment were made on _____.

**NOTE TO COURT REPORTER**

(1) When designation is received, contact attorney regarding payment.
(2) Complete this copy and send to the court reporter supervisor.
(3) Complete and file copy #3 with the court reporter supervisor upon completion of the transcript.

COPY TWO

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16740        U.S. District Court Case No. 5:07-cv-03686-JW

Short Case Title  Nilson v. City of San Jose, et al.

Date Notice of Appeal Filed by Clerk of District Court  07/28/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 07/07/08 | Summer Clanton | Other (specify): Motion to Dismiss |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

[ ]  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X]  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ]  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant
Jill B. Rowe
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111
(415) 433-1900

Date Transcript Ordered  Aug. 18, 2008  ▣

_Jill B. Rowe_
Signature Attorney/Pro Per Litigant
Atty. for Respondent
Kinder Morgan Energy Partners, L.P.

**SECTION C** - To be completed by court reporter.  ▣

When the transcript is filed, complete this copy and submit it to the court reporter supervisor.

Date Transcript Filed _____    Court Reporter's Signature _____
print last name

**Section D**

U.S. DISTRICT COURT CLERK, I certify that the record is available in the office of the U.S. District Court.

BY: _____

_____    _____    Deputy Clerk
(U.S. District Court Clerk)              (Date)

This copy is the **CERTIFICATE OF RECORD**. It should be transmitted to the court of appeals by the district clerk when the transcript is filed and the record is complete in the district court.

COPY THREE

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.   08-16740                U.S. District Court Case No.  5:07-cv-03686-JW

Short Case Title   Nilson v. City of San Jose, et al.

Date Notice of Appeal Filed by Clerk of District Court     07/28/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 07/07/08 | Summer Clanton | Other (specify): Motion to Dismiss |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Jill B. Rowe
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111
(415) 433-1900

Date Transcript Ordered Aug. 18, 2008

*Jill B. Rowe*
Signature Attorney/Pro Per Litigant
Atty. for Respondent Kinder Morgan Energy Partners, L.P.

**SERVICE COPY FOR OTHER PARTIES TO CASE**
A copy of this page must be served on all parties to the case. Photocopy if necessary.

COPY FOUR

# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No.  08-16740      U.S. District Court  Case No.  5:07-cv-03686-JW

Short Case Title   Nilson v. City of San Jose, et al.

Date Notice of Appeal Filed by Clerk of District Court   07/28/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 07/07/08 | Summer Clanton | Other (specify): Motion to Dismiss |

(attach additional page for designations if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Jill B. Rowe
Cooper, White & Cooper, LLP
201 California St., 17th Fl.
San Francisco, CA 94111
(415) 433-1900

Date Transcript Ordered Aug. 18, 2008

_Jill B. Rowe_
Signature Attorney/Pro Per Litigant
Atty. for Respondent
Kinder Morgan Energy
Partners, L.P.

**FILE COPY FOR ORDERING PARTY**

**COPY FIVE**

**PROOF OF SERVICE**

I am a resident of the State of California. I am over the age of eighteen years, and not a party to this action. My business address is 201 California Street, Seventeenth Floor, San Francisco, California 94111-5002.

On August 18, 2008, I served the following document(s): **TRANSCRIPT DESIGNATION AND ORDERING FORM** on each of the parties listed below at the following addresses:

**SEE ATTACHED LIST**

**BY ELECTRONIC FILING:** I caused such document(s) to be transmitted Electronically on this date to the offices of the addressee(s).

**BY MAIL:** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On the date specified above, as to each of the parties identified in the above service list, a true copy of the above-referenced document(s) were placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid; and on that same date that envelope was placed for collection in the firm's daily mail processing center, located at San Francisco, California following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 18, 2008, at San Francisco, California.

_____
Cathie Coyle

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

PROOF OF SERVICE

Case No. C07-03686 JW

1

## SERVICE LIST

2

**SERVICE VIA FIRST CLASS MAIL**

3

4

Amy L. Nilson
3735 Senter Road
San Jose, California  95111

**Plaintiff**

Telephone:     (408) 401-7924
Email:         amynilson@ymail.com

5

6

**SERVICE VIA ELECTRONIC FILING**

7

8

9

Philip R. Soderquist
Robert A. Schwartz
Soderquist Law Offices
351 California Street, Suite 550
San Francisco, California  94111

**Attorneys for Defendant
San Jose Water Company**

Telephone:     (415) 374-8500
Facsimile:     (415) 394-6390
Email:         raschwartz1@gmail.com

10

11

12

13

Richard Doyle, City Attorney
George Rios, Assist. City Attorney
Margo Laskowska, Deputy City Attorney
Office of the City Attorney
200 East Santa Clara Street
San Jose, California  95113

**Attorneys for Defendant
City of San Jose**

Telephone:     (408) 535-1900
Facsimile:     (408) 998-3131
Email:         cao.main@sanjoseca.gov

14

15

16

17

Thomas S. Brazier
Jeffrey F. Oneal
LaMore, Brazier, Riddle & Giampaoli
1570 The Alameda, Suite 150
San Jose, California  95126

**Attorneys for Defendant
Santa Clara Valley Water District**

Telephone:     (408) 280-6800
Facsimile:     (408) 275-6284
Email:         joneal@lbrg.com
               Tom_Brazier@lbrg.com

18

19

20

21

22

23

24

25

26

27

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593271.1

2
**PROOF OF SERVICE**

Case No. C07-03686 JW