**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

August 18, 2008

Amy Nilson
3735 Senter Road
San Jose, CA 95111


SUBJECT:   Request for Payment of Docket Fee

    **Title: <u>AMY L NILSON -v- THE CITY OF SAN JOSE, ET AL</u>**
    **Case Number:       <u>CV 07-03686 JW</u>**
    **Court of Appeals Number:**

A notice of appeal was filed with this Court on *7/28/08* and the docketing fee of $*455.00* has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    **RICHARD W. WIEKING, Clerk**

    by: *Cindy Vargas*
    **Case Systems Administrator**

**cc: U.S. Court of Appeals**