**E-Filed 9/18/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMY NILSON,<br><br>              Plaintiff,<br><br>     v.<br><br>THE CITY OF SAN JOSE, et al.,<br><br>              Defendants. | Case Number C 07-3686 JW (RS)<br><br>ORDER RE LETTER RECEIVED BY JUDGE JEREMY FOGEL |

      The undersigned has received a letter from Plaintiff, who is proceeding *pro se*, which appears to be a request for reconsideration of Judge James Ware's order denying her application to proceed on appeal *in forma pauperis*. The Clerk of the Court shall file the letter.

      Because this action is assigned to Judge Ware, the undersigned has no authority to address Plaintiff's request. Any future requests or motions in this case must be directed to Judge Ware or to the Ninth Circuit Court of Appeals, as appropriate.

      IT IS SO ORDERED.

DATED: 9/18/08

                                                  JEREMY FOGEL<br>                                                  United States District Judge

1  Copies of Order served on:
2
3  Barry Ray Ogilby bogilby@cwclaw.com
4  Jeffrey Frank Oneal joneal@lbrg.com
5  Jill Battilega Rowe , Esq jrowe@cwclaw.com, ccoyle@cwclaw.com
6  Margo Laskowska CAO.Main@sanjoseca.gov
7  Robert A. Schwartz raschwartz1@gmail.com
8  Thomas S. Brazier Tom_Brazier@lbrg.com, smollett@lbrg.com
9
10 Amy Nilson
   3735 Senter Road
11 San Jose, CA 95111
12
...
28

2

Case No. C 07-3686 JW (RS)
ORDER RE LETTER RECEIVED BY JUDGE FOGEL
(JFLC2)