\*\*E-Filed 9/18/08\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| AMY NILSON,<br><br>             Plaintiff,<br><br>             v.<br><br>THE CITY OF SAN JOSE, et al.,<br><br>             Defendants. | Case Number C 07-3686 JW (RS)<br><br>ORDER RE LETTER RECEIVED BY JUDGE JEREMY FOGEL |

    The undersigned has received a letter from Plaintiff, who is proceeding *pro se*, which appears to be a request for reconsideration of Judge James Ware's order denying her application to proceed on appeal *in forma pauperis*. The Clerk of the Court shall file the letter.

    Because this action is assigned to Judge Ware, the undersigned has no authority to address Plaintiff's request. Any future requests or motions in this case must be directed to Judge Ware or to the Ninth Circuit Court of Appeals, as appropriate.

    IT IS SO ORDERED.

DATED: 9/18/08

                                                     JEREMY FOGEL
                                                   United States District Judge

Copies of Order served on:

Barry Ray Ogilby bogilby@cwclaw.com

Jeffrey Frank Oneal joneal@lbrg.com

Jill Battilega Rowe , Esq jrowe@cwclaw.com, ccoyle@cwclaw.com

Margo Laskowska CAO.Main@sanjoseca.gov

Robert A. Schwartz raschwartz1@gmail.com

Thomas S. Brazier Tom_Brazier@lbrg.com, smollett@lbrg.com

Amy Nilson
3735 Senter Road
San Jose, CA 95111

2

Case No. C 07-3686 JW (RS)
ORDER RE LETTER RECEIVED BY JUDGE FOGEL
(JFLC2)